ANDREA T. MARTINEZ, Acting United States Attorney (No. 9313)
RUTH HACKFORD-PEER, Assistant United States Attorney (No. 15049)
JAMIE THOMAS, Assistant United States Attorney (No. 9420)
MARK E. WOOLF, Assistant United States Attorney (WA No. 39399)
Attorneys for the United States of America
111 S Main St., Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 | Fax: (801) 325-3310 | Mark.Woolf@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEON SAYERS,<br><br>Defendant. | Case No. 2:21-CR-00229-JNP<br><br>**NOTICE OF APPEARANCE<br>OF COUNSEL**<br><br>District Judge Jill N. Parrish |

Notice is hereby given of the entry of appearance of Mark E. Woolf, Assistant United States Attorney, as **co-counsel** for the United States of America in the above captioned matter for the purposes of all forfeiture related matters.  Please serve all further notices and copies of pleadings, papers and other materials relevant to this action upon:

Ruth Hackford-Peer (Lead Counsel)
Jamie Thomas (Co-Counsel)
Assistant United States Attorneys
111 South Main St., Ste. 1800
Salt Lake City, Utah 84111

Mark E. Woolf (Co-Counsel)
Assistant United States Attorney
111 South Main St., Ste. 1800
Salt Lake City, Utah 84111

Dated this 10th day of June, 2021.

ANDREA T. MARTINEZ
Acting United States Attorney

/s/ *Mark E. Woolf*
MARK E. WOOLF
Assistant U.S. Attorney

1