ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
RUTH HACKFORD-PEER, Assistant United States Attorney (#15049)
JAMIE THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800 • Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHAD LEON SAYERS,<br><br>    Defendant. | Case No. 2:21-cr-00229<br><br>NOTICE OF MOTION TO REASSIGN CASE TO JUDGE SAM<br><br>Judge Jill Parrish |

The United States, through the undersigned, hereby provides notice to this Court pursuant to local rules DUCrimR 57-2, DUCivR 83-2(g), and DUCIVR 42-1 that the United States has filed a Motion to Reassign Case No. 2:21-cr-00229 currently assigned to Judge Parrish to be transferred to Judge David Sam the judge assigned to the lower-numbered and related case captioned as 2:21-cr-00163. The United States also seeks consolidation under DUCivR 42-1.

These cases arise from the same, closely related transactions and events. The cases involve the same parties and the same underlying conduct by Sayers. Sayers was charged in a 1 count felony information which is the 163 case. After the plea fell through, the United States sought a multi-count indictment, which resulted in the 229 case being filed. Assigning the case to Judge Sam and then consolidating the cases -which count is fully consumed in the multi-count indictment and will allow the Court to avoid duplication of labor and unnecessary court costs and delays.

DATED this 21st day of June, 2021.

        ANDREA T. MARTINEZ
        United States Attorney

        */s/ Ruth Hackford-Peer*
        RUTH HACKFORD-PEER
        Assistant United States Attorney