IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEON SAYERS,<br><br>Defendant. | Case No. 2:21-cr-00163<br><br>ORDER REASSIGNING CASE NO. 2:21-CR-00229 TO JUDGE DAVID SAM<br><br>Judge David Sam |

Pursuant to local rules DUCRimR 57-2, DUCIVR 83-2(g), and DUCivR 42-1, and based on the United States' Motion to Reassign Case no. 2:21-cr-00229 to Judge David Sam, and good cause appearing, the Court adopts the factual averments offered in the Motion and GRANTS said Motion.

So Ordered.  This _21st___ Day of June, 2021.

*David Sam*

_____
DAVID SAM
Senior Judge
United States District Court