JOHN W. HUBER, United States Attorney (#7226)
RUTH HACKFORD-PEER, Assistant United States Attorney (#15049)
JAMIE THOMAS, Assistant United States Attorney (#09420)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 2-21-CR-00229 |
| Plaintiff, | : | |
| v. | : | STIPULATED MOTION FOR PROTECTIVE ORDER |
| CHAD SAYERS | : | |
| | | Judge David Sam |
| Defendant. | : | |

The United States of America, by and through Assistant United States Attorney, and stipulated to by defense counsel for Mr. Sayers hereby requests the Court enter the following protective order in this case:

1.      This case involves allegations that the defendant committed securities fraud, wire fraud, and money laundering in his work with his company – SAYGUS. In the course of the United States' investigation, it obtained records, not limited to bank records, financial records, customer files, and other records that contain personal identification and financial information and possibly tax information. Some of these documents may include, among other personal information, home addresses, Social Security numbers, bank account numbers, dates of birth,

1

and other identifying data.

2. The United States intends to produce the above materials in discovery to the defense. All such materials are intended solely for the use of the defendants, their attorneys, or other individuals or entities acting within the attorney-client relationship to defend the criminal case and/or prepare for the trial. The purpose of this protective order is to prevent the unauthorized dissemination, distribution, or use of such materials containing the personal information of others or gathered in connection with an on-going criminal investigation.

3. Defendants, their attorneys, and all other individuals or entities who receive materials in this case are prohibited from directly or indirectly providing access to, or otherwise disclosing the contents of, these materials to anyone not working on the defense of this criminal case, or otherwise making use of the materials in a manner unrelated to the defense of this criminal case. Authorized use of materials related to the defense of this criminal case shall include showing and discussing such materials with United States and defense witnesses.

4. Defendants, their attorneys, and all other individuals or entities who receive materials in this case shall maintain all materials received from the United States in a manner consistent with the terms of this protective order. Materials produced to the defense shall be stored in a secure manner by defense counsel in boxes, files, or folders marked "UNDER PROTECTIVE ORDER - DO NOT DISCLOSE." Electronic materials produced to the defense and printouts obtained from electronic materials shall be handled in the same manner.

7. Defendants and their attorneys are required to give a copy of this protective order to all individuals or entities engaged or consulted by defense counsel in preparation of the trial in this case. A knowing and willful violation of this protective order by the defendant, his attorney, or others may result in contempt of court proceedings or other civil or criminal sanctions.

8. Within 90 days of the conclusion of this case, including all related appeals, all documents produced pursuant to this protective order, and all copies thereof (other than exhibits of the Court), shall be returned to the United States Attorney's Office. Alternatively, the defendant's attorney may inform the United States Attorney's Office in writing that all such copies have been destroyed.

9. The provisions of this order governing disclosure and use of the documents shall not terminate at the conclusion of this criminal prosecution.

Respectfully submitted on June 23, 2021

JOHN W. HUBER
United States Attorney

*/s/ Ruth Hackford-Peer*
RUTH HACKFORD-PEER
JAMIE THOMAS
Assistant United States Attorneys

*/s/ Kris Angelos\**
KRIS ANGELOS
Federal Defenders
Counsel for Defendant Chad Sayers


*Signed by AUSA with Permission