ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
RUTH HACKFORD-PEER, Assistant United States Attorney (#15049)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CHAD LEON SAYERS,<br><br>   Defendant. | Case No. 2:21cr00229<br><br>FIRST CERTIFICATE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY<br><br><br>Judge Jill N. Parrish |

The United States of America, by and through the undersigned, hereby files its first certificate of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendant.

The United States gives notice that the following is being or has been provided to counsel for the defendant:

| Description | Bates Numbers |
|---|---|
| Reports, Interviews, Agreements, Photographs, Recordings, Transcripts, Business Information, Investor Information, Financial Records, and Phone Records produced on a 32 GB thumb drive (NOC 1) | *See attached discovery index* |

As additional discoverable material becomes available, such material will be provided within a reasonable time. Throughout this case, the United States will provide material

discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material. Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c). By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

  a. Documents and tangible objects the defendant intends to introduce as evidence at trial;

  b. Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

  c. A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph. Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

DATED this 24th day of June, 2021.

                                        ANDREA T. MARTINEZ
                                      Acting United States Attorney


                                      */s/Ruth Hackford-Peer*
                                      RUTH HACKFORD PEER
                                      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on the 24th day of June, 2021, the FIRST CERTIFICATE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY was filed electronically to the District Court, and caused to be made available via Hand Delivery, to the following:

**Kristen R. Angelos**
Federal Public Defender
District of Utah
46 W Broadway, Ste 110
Salt Lake City, UT 84101
(801) 524-4010
Email: kris_angelos@fd.org

                                              /s/ *Melissa McKinnon*
                                              Melissa McKinnon, Supervisory Paralegal

US v. CHAD SAYERS DISCOVERY INDEX

| CATEGORY | FOLDER NAME | | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| Investigative Reports | Interviews & Memos | Closing Memo issued by Sean Fuller & Liz Blaylock with the Utah Department of Commerce Division of Securities ("UDC") dated 02/26/2019 | INV-UDC-01-00001 | INV-UDC-01-00001.02 | | Agent | NOC 1 |
| | Interviews & Memos | Saygus Shareholder Conference Call Meeting memos for meeting on 03/26/2019 | INV-UDC-01-000002 | INV-UDC-01-000003 | | Agent | NOC 1 |
| | Interviews & Memos | Copy of email response from Sergio Levarto regarding Saygus dated 06/08/2019 | INV-UDC-01-000004 | INV-UDC-01-000004 | | Agent | NOC 1 |
| | Interviews & Memos | Copy of email response from Jason Player regarding Saygus dated 07/08/2019 | INV-UDC-01-000005 | INV-UDC-01-000005 | | Agent | NOC 1 |
| | Interviews & Memos | Copy of email response from Dan Gralak regarding Saygus dated 08/02/2019 and 09/05/2019 | INV-UDC-01-000006 | INV-UDC-01-000007 | | Agent | NOC 1 |
| | Interviews & Memos | Copy of email response from Chris Baker regarding Saygus dated 10/01/2019 | INV-UDC-01-000008 | INV-UDC-01-000008 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Glen Volk | INT-UDC-GV-01-00001 | INT-UDC-GV-01-00001 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Ron Dunn | INT-UDC-RD-01-00001 | INT-UDC-RD-01-00001.02 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for James Hawkins | INT-UDC-JH-01-00001 | INT-UDC-JH-01-00001 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Brett Sterrett | INT-UDC-BS-01-00001 | INT-UDC-BS-01-00001.02 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Kay Wixom | INT-UDC-KW-01-00001 | INT-UDC-KW-01-00001 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Beverly Beach | INT-UDC-BB-01-00001 | INT-UDC-BB-01-00001.02 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Property Management (lease holder) | INT-UDC-SBP-01-00001 | INT-UDC-SBP-01-00001.02 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Alex Carvallo | INT-UDC-AC-01-00001 | INT-UDC-AC-01-00001 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for George Lohman | INT-UDC-GL-01-00001 | INT-UDC-GL-01-00001.02 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Harold Wake | INT-UDC-HW-01-00001 | INT-UDC-HW-01-00001 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for James Geitsfeld | INT-UDC-JG-01-00001 | INT-UDC-JG-01-00001 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Jeff Lund | INT-UDC-JL-01-00001 | INT-UDC-JL-01-00001 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Karen Mcrae | INT-UDC-KM-01-00001 | INT-UDC-KM-01-00001 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for William Cooper | INT-UDC-WC-01-00001 | INT-UDC-WC-01-00001.02 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Alicia DeLeon | INT-UDC-ADL-01-00001 | INT-UDC-ADL-01-00001.02 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Paul Nabuco | INT-UDC-PN-01-00001 | INT-UDC-PN-01-00001 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Thomas Richardson | INT-UDC-TR-01-00001 | INT-UDC-TR-01-00001.02 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Alan Chadwick | INT-UDC-ALC-01-00001 | INT-UDC-ALC-01-00001.02 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Wayne Garkie | INT-UDC-WG-01-00001 | INT-UDC-WG-01-00001 | | Agent | NOC 1 |
| | Interviews & Memos | Video Conference Interview Memo for Randy Poole | INT-UDC-RP-01-00001 | INT-UDC-RB-01-00001.18 | | Agent | NOC 1 |
| | Interviews & Memos | Interview Memo for Rebecca Brady | INV-UDC-01-000013 | INT-UDC-RP-01-00001.03 | | Agent | NOC 1 |
| | Interviews & Memos | Video Conference Interview Memo for Roger Yack | INV-UDC-01-000024 | INT-UDC-RY-01-00001.02 | | Agent | NOC 1 |
| | Interviews & Memos | Video Conference Interview Memo for Tim Williams | INT-UDC-TW-01-00001 | INT-UDC-TS-01-00001 | | Agent | NOC 1 |
| | Interviews & Memos | Telephonic Interview Memo for Tom Sherwood | INT-UDC-TS-01-00001 | INT-UDC-TW-01-00001.02 | | Agent | NOC 1 |
| | Undercover | Alicia De Leon solicitation inquiry, response, and undercover call with transcript for inquiry of 06/06/2019 | INV-UDC-01-000009 | INV-UDC-01-000012 | | Agent | NOC 1 |
| | Undercover | Alicia De Leon solicitation inquiry and response with attachments for inquiry of 02/06/2019 | INV-UDC-01-000013 | INV-UDC-01-000023 | | Agent | NOC 1 |
| | Undercover | Chad Sayers solicitation inquiry, response, and undercover call with transcript and agent notes for inquiry of 09/08/2018 | INV-UDC-01-000024 | INV-UDC-01-000038 | | Agent | NOC 1 |
| | Undercover | Chad Sayers solicitation inquiry and response with attachments for 06/06/2019 and 06/19/2019 inquiries | INV-UDC-01-000039 | INV-UDC-01-000042 | | Agent | NOC 1 |
| | Undercover | Randy Poole solicitation inquiry telephone call with transcript and follow-up text messages for 09/26/2018 inquiry | INV-UDC-01-000043 | INV-UDC-01-000045.03 | | Agent | NOC 1 |
| | Undercover | Randy Poole stock offer solicitation for 06/21/2019 inquiry | INV-UDC-01-000046 | INV-UDC-01-000050.17 | | Agent | NOC 1 |
| | Undercover | Alicia De Leon solicitation of 07/31/2019 | INV-UDC-01-000051 | INV-UDC-01-000051.02 | | Agent | NOC 1 |
| | Additional Co. Fraud | Letter to the Florida Office of Financial Regulation, Division of Securities regarding Mobile Romance company scam with attachment | INV-UDC-01-000052 | INV-UDC-01-000053.24 | | Agent | NOC 1 |
| Tolling Agreements | Tolling Agreements | Copies of the Tolling Agreements entered in this matter (One through Four) | TA-01-00001 | TA-01-00004.02 | | Agent | NOC 1 |
| Photographs | Office Visit Photos | Photographs of Saygus, Inc.'s office space | PH-SI-01-00001 | PH-SI-01-00001 | | Agent | NOC 1 |
| Audio/Video | Recordings | Alicia De Leon phone call recordings dated 05/28/2019, 06/06/2019, 6/10/2018, and 6/18/2019 | AV-UDC-ADL-01-00001 | AV-UDC-ADL-01-00006 | | Agent | NOC 1 |
| | Recordings | Chad Sayers phone call recording dated 09/172018 and attempts to contact phone call | AV-UDC-CS-01-00001 | AV-UDC-CS-01-00006 | | Agent | NOC 1 |
| | Recordings | Randy Poole phone call recording | AV-UDC-RP-01-00001 | AV-UDC-RP-01-00001 | | Agent | NOC 1 |
| Transcripts | Transcripts | Alicia De Leon transcripts for calls on 05/28/2019, 06/10/2019 (two calls), and 06/18/2019 | TR-UDC-ADL-01-00001 | TR-UDC-ADL-01-00004.58 | | Agent | NOC 1 |
| Company Background Information | Entities | Certified copy of Saygus, Inc.'S Application for Foreign Corporation & Certificate of Good Standing issued by the UDC | CI-UDC-SI-01-00001 | CI-UDC-SI-01-00001.03 | | Agent | NOC 1 |
| | Entities | Listing of affiliated Saygus, Inc.'s entities with the UDC | CI-UDC-SI-01-00002 | CI-UDC-SI-01-00002 | | Agent | NOC 1 |
| | Entities | Business entity information for American Smartphone, Inc. with the UDC | CI-UDC-AS-01-00001 | CI-UDC-AS-01-00001.40 | | Agent | NOC 1 |
| | Entities | Certified copy of PSNET Communications, Inc.'s Application for Foreign Corporation & Certificate of Good Standing with the UDC | CI-UDC-PC-01-00001 | CI-UDC-PC-01-00001.03 | | Agent | NOC 1 |
| | Entities | State of Nevada Secretary of State's Business Entity Information for PSNET, Inc. | CI-NV-PC-01-00001 | CI-NV-PC-01-00001.03 | | Agent | NOC 1 |
| | Entities | Business entity information for Global Business Ventures with the UDC | CI-UDC-GBV-01-00001 | CI-UDC-GBV-01-00001.03 | | Agent | NOC 1 |
| | Entities | Business entity information for On The Go Video, Inc. with the UDC | CI-UDC-OTG-01-00001 | CI-UDC-OTG-01-00001.03 | | Agent | NOC 1 |
| | Entities | Business entity information for Virtual PC, LLC with the UDC | CI-UDC-VPC-01-00001 | CI-UDC-VPC-01-00001.09 | | Agent | NOC 1 |
| | SEC Filings | Copy of Saygus, Inc.'s SEC Form D filing for 2013 | CI-SEC-SI-01-00001 | CI-SEC-SI-01-00001.04 | | Agent | NOC 1 |
| | SEC Filings | Copy of American Smartphone's SEC Form D filing and amended filing for 2013 | CI-SEC-AS-01-00001 | CI-SEC-AS-01-00002.05 | | Agent | NOC 1 |
| | News Media | Into Tomorrow Saygus video (2009) | CI-NM-SI-01-00001 | CI-NM-SI-01-00001 | | Agent | NOC 1 |
| | News Media | KSL Article and Video (2015) | CI-NM-SI-01-00002 | CI-NM-SI-01-00003.02 | | Agent | NOC 1 |
| | News Media | Blog Posts (2015) | CI-NM-SI-01-00004 | CI-NM-SI-01-00005.03 | | Agent | NOC 1 |
| | News Media | Droid Life article (01/29/2016) | CI-NM-SI-01-00006 | CI-NM-SI-01-00006.02 | | Agent | NOC 1 |
| | News Media | KSL article regarding Saygus V (10/23/2017) | CI-NM-SI-01-00007 | CI-NM-SI-01-00007.02 | | Agent | NOC 1 |
| | News Media | KSL, Droid Life, ToggleMAG, NewsWatch TV, Nextbit Robin, and PC Magazine articles (2017) | CI-NM-SI-01-00008 | CI-NM-SI-01-00017 | | Agent | NOC 1 |
| | News Media | Blog Posts (2018) | CI-NM-SI-01-00017 | CI-NM-SI-01-00021.04 | | Agent | NOC 1 |
| | News Media | Blog Posts & articles (2019) | CI-NM-SI-01-00022 | CI-NM-SI-01-00024 | | Agent | NOC 1 |
| | News Media | News Watch Saygus Promo Video | CI-NM-SI-01-00025 | CI-NM-SI-01-00025 | | Agent | NOC 1 |
| | News Media | Additional Articles | CI-NM-SI-01-00026 | CI-NM-SI-01-00028.10 | | Agent | NOC 1 |
| | Legal Matters | Tower's Building Signage Agreement between Utah Business Insurance Company and Saygus | CI-LM-SI-01-00001 | CI-LM-SI-01-00001.02 | | Agent | NOC 1 |
| | Legal Matters | Notice to Vacate 106th South Business Park | CI-LM-SI-01-00002 | CI-LM-SI-01-00002.02 | | Agent | NOC 1 |
| | Legal Matters | Copy of Complaint for Eviction filed in 106th South Business Park, LP v. Saygus, LLC, American Smartphone, Inc. (04/15/2019) | CI-LM-SI-01-00003 | CI-LM-SI-01-00003.04 | | Agent | NOC 1 |
| | Legal Matters | Copy of Complaint, Garnishment, and Order filed in the USDC EDM, Needa Parts Manufacturing, Inc., et al. v. Saygus, Inc. and PSNet Communications | CI-LM-SI-01-00004 | CI-LM-SI-01-00006.03 | | Agent | NOC 1 |
| | Legal Matters | Copy of Complaint filed in Utah Business Insurance Company v. American Smartphone | CI-LM-AS-01-00001 | CI-LM-AS-01-00001.05 | | Agent | NOC 1 |
| | Legal Matters | Colorado Dept. of Regulatory Agencies News Release "Littleton man indicted for $1 million securities fraud" (Daniel Sullivan) (06/22/2015) with copy of Indictment | CI-LM-DS-01-00001 | CI-LM-DS-01-00002.42 | | Agent | NOC 1 |
| | Legal Matters | Bankruptcy Complaint filed in the USBC DU, In re Steve Zimmer Paige (Debtor) Gary Jubber v. Chad Sayers, PSNET Communications, et al. (05/18/2006) | CI-LM-PC-01-00001 | CI-LM-PC-01-00001.16 | | Agent | NOC 1 |
| | Web Presence | Saygus, Inc.'s web presence | CI-WP-SI-01-00001 | CI-WP-SI-01-00008 | | Agent | NOC 1 |
| | Web Presence | Saygus, Inc.'s Blog information | CI-WP-SI-02-00009 | CI-WP-SI-02-00010.03 | | Agent | NOC 1 |
| | Web Presence | Saygus, Inc. on YouTube | CI-YT-SI-01-00001 | CI-YT-SI-01-00001 | | Agent | NOC 1 |
| | Web Presence | Saygus, Inc.'s BBB Profile | CI-BBB-SI-01-00001 | CI-BBB-SI-01-00001.03 | | Agent | NOC 1 |
| | Web Presence | Saygus, Inc.'s BBB Complaints | CI-BBB-SI-01-00002 | CI-BBB-SI-01-00002.09 | | Agent | NOC 1 |
| | Web Presence | Saygus, Inc.'s Facebook Information | CI-FB-SI-01-00001 | CI-FB-SI-01-00004.05 | | Agent | NOC 1 |

US v. CHAD SAYERS DISCOVERY INDEX

| CATEGORY | FOLDER NAME | | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| | Web Presence | Saygus, Inc.'s Twitter Information | CI-TW-SI-01-00001 | CI-TW-SI-01-00002 | | Agent | NOC 1 |
| | Web Presence | Saygus, Inc.'s LinkedIn information | CI-LK-SI-01-00001 | CI-LK-SI-01-00001.02 | | Agent | NOC 1 |
| | Web Presence | Saygus, Inc.'s Wiki information | CI-WI-SI-01-00001 | CI-WI-SI-01-00001.03 | | Agent | NOC 1 |
| | FCC Information | Saygus, Inc.'s FCC OEP Search Results (2009) | CI-FCC-SI-01-00001 | CI-FCC-SI-01-00001 | | Agent | NOC 1 |
| | FCC Information | Saygus, Inc.'s FCC OEP Search Results (2019) | CI-FCC-SI-01-00002 | CI-FCC-SI-01-00002.02 | | Agent | NOC 1 |
| | Campaign | Indiegogo Campaign Information (2019) | CI-CA-IND-01-00001 | CI-CA-IND-01-00005 | | Agent | NOC 1 |
| Background | Subjects | Chad Sayer's Utah Driver's License Details | BG-CS-01-00001 | BG-CS-01-00001.05 | | Agent | NOC 1 |
| | Subjects | Chad Sayer's Background Search Details | BG-CS-01-00002 | BG-CS-01-00002 | | Agent | NOC 1 |
| | Subjects | Chad Sayer's Accurint Report | BG-CS-01-00003 | BG-CS-01-00003.51 | | Agent | NOC 1 |
| | Subjects | Chad Sayer's PSNET Communications Judgment | BG-CS-01-00004 | BG-CS-01-00004.03 | | Agent | NOC 1 |
| | Subjects | Docket Report for Market Direct, et al. v. Jubber, et al. (2009) | BG-CS-01-00005 | BG-CS-01-00005.02 | | Agent | NOC 1 |
| | Subjects | Chad Sayer's photographs | BG-CS-01-00006 | BG-CS-01-00008 | | Agent | NOC 1 |
| | Subjects | Chad Sayer's Facebook information | BG-CS-01-00009 | BG-CS-01-00009.02 | | Agent | NOC 1 |
| | Subjects | Chad Sayer's articles | BG-CS-01-00010 | BG-CS-01-00011 | | Agent | NOC 1 |
| | Subjects | Listing of Chad Sayer's UT businesses | BG-CS-01-00012 | BG-CS-01-00012.02 | | Agent | NOC 1 |
| | Subjects | Roger Yack's biography and photo | BG-RY-01-00001 | BG-RY-01-00003 | | Agent | NOC 1 |
| | Subjects | Roger Yack's Accurint Report | BG-RY-01-00004 | BG-RY-01-00004.18 | | Agent | NOC 1 |
| | Subjects | Roger Yack's Bankruptcy Information | BG-RY-01-00005 | BG-RY-01-00005.02 | | Agent | NOC 1 |
| | Subjects | Roger Yack's response to the UDC | BG-RY-01-00006 | BG-RY-01-00005.06 | | Agent | NOC 1 |
| | Subjects | Roger Yack's Subject Letter | BG-RY-01-00007 | BG-RY-01-00007.02 | | Agent | NOC 1 |
| | Subjects | Email and letters to Saygus setting forth Yack's resignation and request for the company to stop using his signature | BG-RY-01-00009 | BG-RY-01-00010 | | Agent | NOC 1 |
| | Subjects | Timothy Williams biography | BG-TW-01-00001 | BG-TW-01-00001.02 | | Agent | NOC 1 |
| | Subjects | Timothy Williams Accurint Report | BG-TW-01-00002 | BG-TW-01-00002.24 | | Agent | NOC 1 |
| | Subjects | Timothy Williams Subject Letter | BG-TW-01-00003 | BG-TW-01-00003.02 | | Agent | NOC 1 |
| | Subjects | Rebecca Brady's UT Driver's License Details | BG-RB-01-00001 | BG-RB-01-00001 | | Agent | NOC 1 |
| | Subjects | Rebecca Brady's Accurint Report | BG-RB-01-00002 | BG-RB-01-00002.22 | | Agent | NOC 1 |
| | Subjects | Rebecca Brady's Facebook Information | BG-RB-01-00003 | BG-RB-01-00004.11 | | Agent | NOC 1 |
| | Subjects | Rebecca Brady's UT businesses | BG-RB-01-00005 | BG-RB-01-00007.04 | | Agent | NOC 1 |
| | Subjects | Rebecca Brady's bankruptcy information | BG-RB-01-00008 | BG-RB-01-00008 | | Agent | NOC 1 |
| | Subjects | Alicia De Leon's biography and photograph | BG-ADL-01-00001 | BG-ADL-01-00002 | | Agent | NOC 1 |
| | Subjects | Alicia De Leon's Accurint Report | BG-ADL-01-00003 | BG-ADL-01-00003.22 | | Agent | NOC 1 |
| | Subjects | Alicia De Leon's Facebook Information | BG-ADL-01-00004 | BG-ADL-01-00004.02 | | Agent | NOC 1 |
| | Subjects | Alicia De Leon's Twitter information | BG-ADL-01-00005 | BG-ADL-01-00005.04 | | Agent | NOC 1 |
| | Subjects | Alicia De Leon misc. background information (copy of check from Saygus, email to Jim Hawkins, Loan Agreement email to Hawkins, and State of Utah email re Sayers) | BG-ADL-01-00006 | BG-ADL-01-00009.10 | | Agent | NOC 1 |
| | Subjects | Alicia De Leon emails (Saygus emails to shareholders) | BG-ADL-01-00010 | BG-ADL-01-00052.11 | | Agent | NOC 1 |
| | Subjects | Alicia De Leon's Criminal History Report | CH-ADL-01-00001 | CH-ADL-01-00001.08 | | Agent | NOC 1 |
| | Subjects | Alicia De Leon's Subject Letter | BG-ADL-01-00053 | BG-ADL-01-00053.02 | | Agent | NOC 1 |
| | Subjects | Randy Poole's biography and photographs | BG-RP-01-00001 | BG-RP-01-00004.02 | | Agent | NOC 1 |
| | Subjects | Randy Poole's Accurint Report | BG-RP-01-00005 | BG-RP-01-00005.33 | | Agent | NOC 1 |
| | Subjects | Randy Poole's FINRA Report | BG-RP-01-00006 | BG-RP-01-00006.07 | | Agent | NOC 1 |
| | Subjects | Randy Poole's SEC-IA Report | BG-RP-01-00007 | BG-RP-01-00007.07 | | Agent | NOC 1 |
| | Subjects | Randy Poole's Facebook information | BG-RP-01-00008 | BG-RP-01-00008 | | Agent | NOC 1 |
| | Subjects | Randy Poole misc. background information (broker check and email with State of Utah) | BG-RP-01-00009 | BG-RP-01-00010.05 | | Agent | NOC 1 |
| | Subjects | Randy Poole's Subject Letter | BG-RP-01-00011 | BG-RP-01-00011.02 | | Agent | NOC 1 |
| | Subjects | Russ Sayers' biography and Twitter information | BG-RS-01-00001 | BG-RS-01-00002.02 | | Agent | NOC 1 |
| | Subjects | Sandra Sayers' Facebook information | BG-SS-01-00001 | BG-SS-01-00001.02 | | Agent | NOC 1 |
| | Subjects | Alex Sayers' Facebook and bankruptcy information | BG-AS-01-00001 | BG-AS-01-00002.02 | | Agent | NOC 1 |
| | Subjects | Pamela Sayers' Facebook Information | BG-PS-01-00001 | BG-PS-01-00001.03 | | Agent | NOC 1 |
| | Subjects | Pamela Sayers' response to the UDC | BG-PS-01-00002 | BG-PS-01-00002 | | Agent | NOC 1 |
| | Subjects | Benjamin Grindstaff biography, photograph, and business information | BG-BG-01-00001 | BG-BG-01-00004 | | Agent | NOC 1 |
| | Subjects | Chris Baker biography, background information, business information, and responses to UDC | BG-CB-01-00001 | BG-CB-01-00012 | | Agent | NOC 1 |
| | Subjects | Dan Gralak photographs, Twitter, Accurint report, misc. records, and US Bank check copy | BG-DG-01-00001 | BG-DG-01-00006 | | Agent | NOC 1 |
| | Subjects | Gary Horne Accurint report | BG-GH-01-00001 | BG-GH-01-00001.17 | | Agent | NOC 1 |
| | Subjects | Mitchell P. Owens biography and litigation information, include SEC Complaints and Gibbins v. Owens | BG-MO-01-00001 | BG-MO-01-00000.14 | | Agent | NOC 1 |
| | Subjects | Paul Nabuco business information | BG-PN-01-00001 | BG-PN-01-00005.02 | | Agent | NOC 1 |
| | Subjects | Sergio Lever at to biography, photos, Accurint report, Twitter and Wiki information, and correspondence | BG-SL-01-00001 | BG-SL-01-00006.02 | | Agent | NOC 1 |
| | Subjects | Tim Riker biography, Accurint report, Twitter and Facebook information, Indegogo video, and business information | BG-TR-01-00001 | BG-TR-01-00007 | | Agent | NOC 1 |
| | Subjects | Tim Rush biography, Accurint report, money going to Springboard, Rush video, UT DL, and business records | BG-TIR-01-00001 | BG-TIR-01-00007.03 | | Agent | NOC 1 |
| | Subjects | Alex Carvalho biography and Twitter information | BG-AC-01-00001 | BG-AC-01-00002.08 | | Agent | NOC 1 |
| | Subjects | Neil Crabtree biography | BG-NC-01-00001 | BG-NC-01-00001.02 | | Agent | NOC 1 |
| | Subjects | Karen Mcrae Emails with UDC | BG-KM-01-00001 | BG-KM-01-00003.02 | | Agent | NOC 1 |
| | Subjects | Address List of Certain Subjects | BG-01-00001 | BG-01-00001 | | Agent | NOC 1 |
| Investors | Investors | Alan Chadwick survey response with documents | IP-AC-01-00001 | IP-AC-01-00011.03 | | Agent | NOC 1 |
| | Investors | Alan Packer survey response | IP-AP-01-00001 | IP-AP-01-00001.07 | | Agent | NOC 1 |
| | Investors | Beverly Beach survey response | IP-BB-01-00001 | IP-BB-01-00001.16 | | Agent | NOC 1 |
| | Investors | Cameron Rich voicemail from 05/26/2021 | IP-CR-01-00001 | IP-CR-01-00001 | | Agent | NOC 1 |
| | Investors | Doug Nilsson survey response | IP-DN-01-00001 | IP-DN-01-00001.06 | | Agent | NOC 1 |
| | Investors | Elizabeth Anne Olsen survey response | IP-EAO-01-00001 | IP-EAO-01-00001.14 | | Agent | NOC 1 |
| | Investors | Gary Horne survey response | IP-GH-01-00001 | IP-GH-01-00001.05 | | Agent | NOC 1 |
| | Investors | George Lohmann survey response with documents including Complaint form | IP-GL-01-00001 | IP-GL-01-00005.05 | | Agent | NOC 1 |
| | Investors | Estate of Gerald Smith survey response with copy obituary | IP-GS-01-00001 | IP-GS-01-00002 | | Agent | NOC 1 |
| | Investors | Glen Volk Saygus email correspondence with business plan, purchase agreements, and Saygus certificates | IP-GV-01-00001 | IP-GV-01-00071.79 | | Agent | NOC 1 |
| | Investors | Harold Wake Complaint and call memo | IP-HW-01-00001 | IP-HW-01-00002.16 | | Agent | NOC 1 |
| | Investors | James Geistfeld survey response with documents | IP-JG-01-00001 | IP-JG-01-00007.03 | | Agent | NOC 1 |
| | Investors | Jeff Lund survey response with documents | IP-JL-01-00001 | IP-JG-01-00004 | | Agent | NOC 1 |
| | Investors | Jeff Schunk survey response | IP-JS-01-00001 | IP-JS-01-00001.06 | | Agent | NOC 1 |
| | Investors | Jesse Coombs civil suit documents and photograph | IP-JC-01-00001 | IP-JC-01-00007 | | Agent | NOC 1 |

US v. CHAD SAYERS DISCOVERY INDEX

| CATEGORY | FOLDER NAME | | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| | Investors | Jim Hawkins emails, complaint filings, loan agreement, settlement declaration, and emails | IP-JH-01-00001 | IP-JH-01-00001 | | Agent | NOC 1 |
| | Investors | John Hoge survey response | IP-JOH-01-00001 | IP-JOH-01-00001.04 | | Agent | NOC 1 |
| | Investors | Joseph Cooper survey response | IP-JCO-01-00001 | IP-JCO-01-00001.17 | | Agent | NOC 1 |
| | Investors | Lori Burton survey response with email | IP-LB-01-00001 | IP-LB-01-00002 | | Agent | NOC 1 |
| | Investors | Lois Melhak survey response | IP-LM-01-00001 | IP-LM-01-00001.04 | | Agent | NOC 1 |
| | Investors | Mike MacPherson survey response with documents | IP-MMP-01-00001 | IP-MMP-01-00004.05 | | Agent | NOC 1 |
| | Investors | Renae Mackley survey response | IP-RM-01-00001 | IP-RM-01-00001.10 | | Agent | NOC 1 |
| | Investors | Ron Dunn civil suit information and company information | IP-RD-01-00001 | IP-RD-01-00007.09 | | Agent | NOC 1 |
| | Investors | Ronald Reimer survey response | IP-RR-01-00001 | IP-RR-01-00001.06 | | Agent | NOC 1 |
| | Investors | Todd Newmann survey response with documents | IP-TN-01-00001 | IP-TN-01-00003 | | Agent | NOC 1 |
| | Investors | Tom Lenagh survey response | IP-TL-01-00001 | IP-TL-01-00001.04 | | Agent | NOC 1 |
| | Investors | Walter Hoge survey response | IP-WH-01-00001 | IP-WH-01-00001.20 | | Agent | NOC 1 |
| | Investors | Wayne Garkie survey response with documents | IP-WG-01-00001 | IP-WG-01-00003.03 | | Agent | NOC 1 |
| | Investors | William Cooper survey response with documents | IP-WC-01-00001 | IP-WC-01-00016.04 | | Agent | NOC 1 |
| Business Records | Business Records | 106th South Business Park Contact Information and Lease Agreement with American Smartphone | BR-SBP-AS-01-00001 | BR-SBP-01-00002.20 | | Agent | NOC 1 |
| | Business Records | Email correspondence sent to UDC from American Smartphone's counsel regarding financials | BR-AS-01-00001 | BR-AS-01-00001 | | Agent | NOC 1 |
| | Business Records | Balance Sheets, P&L, and Statement of Cash Flow (years 2015-2019) | BR-AS-01-00002 | BR-AS-01-00016.02 | | Agent | NOC 1 |
| | Business Records | Saygus, Inc.'s Investor Newsletters (years 2014-2019) | BR-SI-01-00001 | BR-SI-01-00050.09 | | Agent | NOC 1 |
| | Business Records | Saygus, Inc.'s March 2019 shareholder meeting documents | BR-SI-01-00051 | BR-SI-01-00063.03 | | Agent | NOC 1 |
| | Business Records | Copies of the FTC Consumer Complaints filed against Saygus, Inc. | BR-SI-01-00064 | BR-SI-01-00064.89 | | Agent | NOC 1 |
| | Business Records | Copies of various advertising documents for Saygus, Inc. | BR-SI-01-00065 | BR-SI-01-00076 | | Agent | NOC 1 |
| | Business Records | Emails sent to shareholders of Saygus, Inc. | BR-SI-01-00077 | BR-SI-01-00081.03 | | Agent | NOC 1 |
| Financial Instruments | Affordable Title Loans | Correspondence regarding loans xx2851 and xx2129 for Chad Sayers | FI-ATL-CS-01-00001 | FI-ATL-CS-01-00001 | | Agent | NOC 1 |
| | Affordable Title Loans | Chad Sayers (xx2851 Loan Documentation) | FI-ATL-CS-02-00001 | FI-ATL-CS-02-00001.22 | | Agent | NOC 1 |
| | Affordable Title Loans | Chad Sayers (xx2129 Loan Documentation) | FI-ATL-CS-03-00001 | FI-ATL-CS-03-00001.15 | | Agent | NOC 1 |
| | American Express | Certificate of Authenticity | FI-AMEX-01-00001 | FI-AMEX-01-00002 | FI-AMEX-01-00001-2 | Subpoena | NOC 1 |
| | American Express | Timothy Williams, Financial Intermediaries (xx1008 Statements) | FI-AMEX-TW-01-00001 | FI-AMEX-TW-01-00001.533 | FI-AMEX-01-00001-2 | Subpoena | NOC 1 |
| | American Express | Timothy Williams, Financial Intermediaries (xx1008 Account Correspondence) | FI-AMEX-TW-01-00002 | FI-AMEX-TW-01-00002.29 | FI-AMEX-01-00001-2 | Subpoena | NOC 1 |
| | American Express | Timothy Williams, Financial Intermediaries (xx2006 Account Correspondence) | FI-AMEX-TW-02-00001 | FI-AMEX-TW-02-00001.2 | FI-AMEX-01-00001-2 | Subpoena | NOC 1 |
| | Bank of America | Certificate of Authenticity | FI-BOA-01-00001 | FI-BOA-01-00001 | FI-BOA-01-00001 | Subpoena | NOC 1 |
| | Bank of America | American Smartphone dba Saygus, Inc. (xx5504 Signature Card) | FI-BOA-SC-AS-01-00001 | FI-BOA-SC-AS-01-00001.04 | FI-BOA-01-00001 | Subpoena | NOC 1 |
| | Bank of America | American Smartphone dba Saygus, Inc. (xx5504 Statements) | FI-BOA-AS-01-00001 | FI-BOA-AS-01-00001.46 | FI-BOA-01-00001 | Subpoena | NOC 1 |
| | Bank of America | American Smartphone dba Saygus, Inc. (xx5504 Deposits) | FI-BOA-AS-01-00002 | FI-BOA-AS-01-00002.08 | FI-BOA-01-00001 | Subpoena | NOC 1 |
| | Bank of America | American Smartphone dba Saygus, Inc. (xx5504 Wires) | FI-BOA-AS-01-00003 | FI-BOA-AS-01-00003 | FI-BOA-01-00001 | Subpoena | NOC 1 |
| | Bank of America | American Smartphone dba Saygus, Inc. (xx8552 MC Statements) | FI-BOA-AS-02-00001 | FI-BOA-AS-02-00001.124 | FI-BOA-01-00001 | Subpoena | NOC 1 |
| | JP Morgan Chase | Certificate of Authenticity | FI-JPMC-01-00001 | FI-JPMC-01-00005 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | American Smartphone dba Saygus, Inc. (xx8982 Signature Card) | FI-JPMC-SC-AS-01-00001 | FI-JPMC-SC-AS-01-00001.04 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | American Smartphone dba Saygus, Inc. (xx8982 Statements) | FI-JPMC-AS-01-00001 | FI-JPMC-AS-01-00001.150 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | American Smartphone dba Saygus, Inc. (xx8982 Deposits) | FI-JPMC-AS-01-00002 | FI-JPMC-AS-01-00002.129 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | American Smartphone dba Saygus, Inc. (xx8982 Checks, Withdrawals, & ACH) | FI-JPMC-AS-01-00003 | FI-JPMC-AS-01-00005 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | American Smartphone dba Saygus, Inc. (xx8982 IR spreadsheet) | FI-JPMC-AS-01-00006 | FI-JPMC-AS-01-00006 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | American Smartphone dba Saygus, Inc. (xx8982 TDF spreadsheet) | FI-JPMC-AS-01-00007 | FI-JPMC-AS-01-00007 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | American Smartphone dba Saygus, Inc. (xx8982 Wires spreadsheet) | FI-JPMC-AS-01-00008 | FI-JPMC-AS-01-00008 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | American Smartphone dba Saygus, Inc. (xx8982 Paperless transaction) | FI-JPMC-AS-01-00009 | FI-JPMC-AS-01-00009.22 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | American Smartphone dba Saygus, Inc. (xx8982 Account correspondence) | FI-JPMC-AS-01-00010 | FI-JPMC-AS-01-00010.336 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | American Smartphone (xx3610 CC Application) | FI-JPMC-LV-01-00001 | FI-JPMC-LV-01-00001 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Larry Villa (American Smartphone) (xx3610 CC Statements) | FI-JPMC-LV-01-00002 | FI-JPMC-LV-01-00002.48 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Sergio Leveratto (American Smartphone) (xx4821 CC Application) | FI-JPMC-SL-01-00001 | FI-JPMC-SL-01-00001 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Sergio Leveratto (American Smartphone) (xx4821 CC Statements) | FI-JPMC-SL-01-00002 | FI-JPMC-SL-01-00002.48 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Timothy Williams (American Smartphone) (xx6009 CC Application) | FI-JPMC-TW-01-00001 | FI-JPMC-TW-01-00001 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Timothy Williams (American Smartphone) (xx6009 CC Statements) | FI-JPMC-TW-01-00002 | FI-JPMC-TW-01-00002.48 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Pamela Harrison (American Smartphone) (xx6422 CC Application) | FI-JPMC-PH-01-00001 | FI-JPMC-PH-01-00001 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Pamela Harrison (American Smartphone) (xx6422 CC Statements) | FI-JPMC-PH-01-00002 | FI-JPMC-PH-01-00002.48 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Internet Telebusiness & Marketing Services, Inc. dba ITMS (xx0820 Signature Card) | FI-JPMC-SC-ITMS-01-00001 | FI-JPMC-SC-ITMS-01-00001 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Internet Telebusiness & Marketing Services, Inc. dba ITMS (xx0820 Statements) | FI-JPMC-ITMS-01-00001 | FI-JPMC-ITMS-01-00001.180 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Timothy Williams (xx6069 Statements) | FI-JPMC-TW-02-00001 | FI-JPMC-TW-02-00001.213 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Timothy Williams (xx6069 Checks and Deposits) | FI-JPMC-TW-02-00002 | FI-JPMC-TW-02-00002.307 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Innovative Solutions Technologies, Inc. dba Starlite Coatings of Michigan (xx9245 Signature Card) | FI-JPMC-SC-IST-01-00001 | FI-JPMC-SC-IST-01-00001.05 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Innovative Solutions Technologies, Inc. dba Starlite Coatings of Michigan (xx9245 Statements) | FI-JPMC-IST-01-00001 | FI-JPMC-IST-01-00001.310 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | JP Morgan Chase | Innovative Solutions Technologies, Inc. dba Starlite Coatings of Michigan (xx9245 Checks and Deposits) | FI-JPMC-IST-01-00002 | FI-JPMC-IST-01-00004.164 | FI-JPMC-01-00001-5 | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx0157 Signature Card) | FI-USB-SC-AS-01-00001 | FI-USB-SC-AS-01-00001.02 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx0157 Statements) | FI-USB-AS-01-00001 | FI-USB-AS-01-00001.04 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx0157 Deposits) | FI-USB-AS-01-00002 | FI-USB-AS-01-00002.55 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx0157 Checks & Withdrawals) | FI-USB-AS-01-00003 | FI-USB-AS-01-00003.02 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx0177 Signature Card and Removal of Signature Addendum) | FI-USB-SC-AS-02-00001 | FI-USB-SC-AS-02-00002 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx0177 Statements) | FI-USB-AS-02-00001 | FI-USB-AS-02-00001.166 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx0177 Deposits) | FI-USB-AS-02-00002 | FI-USB-AS-02-00002.133 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx0177 Wires) | FI-USB-AS-02-00003 | FI-USB-AS-02-00004.02 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx0177 Checks and Withdrawals) | FI-USB-AS-02-00005 | FI-USB-AS-02-00005 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx0177 Correspondence) | FI-USB-AS-02-00006 | FI-USB-AS-02-00006.17 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx3300 Statements) | FI-USB-AS-03-00001 | FI-USB-AS-03-00001.84 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone for Rebecca Brady (xx3940 Statements) | FI-USB-RB-01-00001 | FI-USB-RB-01-00001.07 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone for Daniel Gralak (xx4107 Statements) | FI-USB-DG-01-00001 | FI-USB-DG-01-00001.08 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone for Tim Williams (xx5121 Statements) | FI-USB-TW-01-00001 | FI-USB-TW-01-00001.03 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx6033 Signature Card) | FI-USB-SC-AS-04-00001 | FI-USB-SC-AS-04-00001.04 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx6033 Statements) | FI-USB-AS-04-00001 | FI-USB-AS-04-00001.362 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone (xx6033 Deposits) | FI-USB-AS-04-00002 | FI-USB-AS-04-00002.147 | | Subpoena | NOC 1 |

## US v. CHAD SAYERS DISCOVERY INDEX

| CATEGORY | FOLDER NAME | | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| | US Bank | American Smartphone (xx6033 Reverse Line of Credit Application) | FI-USB-AS-04-00003 | FI-USB-AS-04-00003.05 | | Subpoena | NOC 1 |
| | US Bank | American Smartphone for Chad Sayers (xx9859 Statements) | FI-USB-CS-01-00001 | FI-USB-CS-01-00001.04 | | Subpoena | NOC 1 |
| | US Bank | Saygus Global (xx0047 Statements) | FI-USB-SG-01-00001 | FI-USB-SG-01-00001.70 | | Subpoena | NOC 1 |
| | US Bank | Saygus Global (xx0047 Deposits) | FI-USB-SG-01-00002 | FI-USB-SG-01-00002.02 | | Subpoena | NOC 1 |
| | US Bank | Genesis Credit Services (xx3162 Signature Card) | FI-USB-SC-GCS-01-00001 | FI-USB-SC-GCS-01-00001.02 | | Subpoena | NOC 1 |
| | US Bank | Rebecca Brady (xx2063 Signature Card) | FI-USB-SC-RB-02-00001 | FI-USB-SC-RB-02-00001.02 | | Subpoena | NOC 1 |
| | US Bank | Rebecca Brady (xx2774 Signature Card) | FI-USB-SC-RB-03-00001 | FI-USB-SC-RB-03-00001.02 | | Subpoena | NOC 1 |
| | US Bank | Chad Sayers (xx9718 Signature Card) | FI-USB-SC-CS-02-00001 | FI-USB-SC-CS-02-00001.02 | | Subpoena | NOC 1 |
| | US Bank | Chad Sayers (xx9718 Correspondence) | FI-USB-CS-02-00001 | FI-USB-CS-02-00001.43 | | Subpoena | NOC 1 |
| Phone Records | Verizon Wireless | Certificate of Liability Insurance for Saygus, Inc. offered by Accord dated 08/27/10 | PR-VZW-SI-01-00001 | PR-VZW-SI-01-00001.03 | | Subpoena | NOC 1 |
| | Verizon Wireless | Open Development Certification Agreement with Saygus, Inc. | PR-VZW-SI-01-00002 | PR-VZW-SI-01-00002.29 | | Subpoena | NOC 1 |

4