SCOTT KEITH WILSON, Federal Public Defender (#7347)
ROBERT K. HUNT, Assistant Federal Public Defender (#5722)
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Robert_Hunt@fd.org

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHAD LEON SAYERS, <br><br> Defendant. | **APPEARANCE OF COUNSEL** <br><br><br> Case No. 2:21-cr-00229 DS |

    ROBERT K. HUNT, Assistant Federal Public Defender, hereby enters his appearance as counsel for the Defendant, CHAD LEON SAYERS.

    DATED this 24th day of June, 2021.

                                          */s/ Robert K. Hunt*
                                          ROBERT K. HUNT
                                          Assistant Federal Public Defender