SCOTT KEITH WILSON, Federal Public Defender (#7347)
KRISTEN R. ANGELOS, Assistant Federal Public Defender (#8314)
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Kris_Anglelos@fd.org

_____

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> CHAD LEON SAYERS, <br><br> Defendant. | **APPEARANCE OF CO-COUNSEL** <br><br><br> Case No. 2:21-cr-00229 DS |

    KRISTEN R. ANGELOS, Assistant Federal Public Defender, hereby enters her appearance as co-counsel for the Defendant, CHAD LEON SAYERS.

    DATED this 24th day of June, 2021.

                                                         */s/ Kristen R. Angelos*
                                                         KRISTEN R. ANGELOS
                                                         Assistant Federal Public Defender