IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEON SAYERS<br><br>Defendant. | CASE NO:2:21-cr-00229<br><br>[PROPOSED] NO-CONTACT ORDER<br><br>Judge David Sam |

For good cause and pursuant to 18 U.S.C. 3142(h), the Court finds that a pre-trial no-contact order is appropriate and hereby incorporates this no-contact order into the Court's June 22, 2021 Order setting conditions of Release as to Chad Leon Sayers. Doc. No. 14.

Mr. Sayers shall have no-contact with the individuals identified in Exhibit 1, except for the individuals who contain a description that he is allowed to contact them as long as he does not discuss SAYGUS, this case, and conduct leading up to this case. Mr. Sayers shall have no contact with Roger Yack, Timothy Williams, Randy Poole, Alicia DeLeon, and Barbara and James Hawkins.

These are conditions of Mr. Sayers' pretrial release.

So Ordered. This ___ day of _____, 2021.

                                                                                     _____
                                                                                     Daphne Oberg
                                                                                     U.S. Magistrate Judge