|    | A | B | C | D |
|----|---|---|---|---|
| 1  | Alicia De Leon | no contact exception requested | | |
| 2  | Barbara & James Hawkins | no contact exception requested | | |
| 3  | HDP ENERGY Group c/o Jim Hawkins | no contact exception requested | | |
| 4  | Randy Poole | no contact exception requested | | |
| 5  | Roger Yack | no contact exception requested | | |
| 6  | Tim Williams | no contact exception requested | | |
| 7  | Destry & Layne Peterson | | non-case related contact allowed | |
| 8  | Destry Peterson | | non-case related contact allowed | |
| 9  | Jeff Flamm | | non-case related contact allowed | |
| 10 | Jeffrey C Flamm | | non-case related contact allowed | |
| 11 | Jimmy & Kathryn Keesee | | non-case related contact allowed | |
| 12 | Jon Samuelson | | non-case related contact allowed | |
| 13 | Jonathan Everett Samuelson | | non-case related contact allowed | |
| 14 | Kasem Charnvitayapong MD | | non-case related contact allowed | |
| 15 | Kathy Keesee | | non-case related contact allowed | |
| 16 | Kevin & Shannon Busby | | non-case related contact allowed | |
| 17 | Layne Peterson | | non-case related contact allowed | |
| 18 | Olympus Investments LLC c/o Eric Thomas | | non-case related contact allowed | |
| 19 | Patsy M Rubrecht | | non-case related contact allowed | |
| 20 | Pulmonary & Internal Medicine Assoc c/o Kasem Charnvitayapong | | non-case related contact allowed | |
| 21 | Regency Excavation LLC c/o Eric Thomas | | non-case related contact allowed | |
| 22 | Rick Simpson | | non-case related contact allowed | |
| 23 | Roger A. Graham | | non-case related contact allowed | |
| 24 | Roger Graham | | non-case related contact allowed | |
| 25 | Ron Rubrecht | | non-case related contact allowed | |
| 26 | Ronald Rubrecht | | non-case related contact allowed | |
| 27 | Shannan & Kevin Busby | | non-case related contact allowed | |
| 28 | Stephen Ross | | non-case related contact allowed | |
| 29 | Steve M Ross | | non-case related contact allowed | |
| 30 | T and T Holdings LLC c/o Eric Thomas | | non-case related contact allowed | |
| 31 | Turbine Diagonistic Services c/o Ronald Rubrecht | | non-case related contact allowed | |
| 32 | AAF TEG FUNDING ACCNT | | | no contact |
| 33 | Aaron Mackley | | | no contact |
| 34 | Adil & Kowser Rodleh Alatig | | | no contact |
| 35 | Adrienne Daigle | | | no contact |
| 36 | AJM Consulting LTD c/o Angelo Michilli | | | no contact |
| 37 | Alex Carvalho | | | no contact |
| 38 | Alice & Mark Pampton | | | no contact |
| 39 | Allan Packer | | | no contact |
| 40 | American Enterprise Investment Services | | | no contact |
| 41 | American Estate & Trust | | | no contact |
| 42 | American Pension Services | | | no contact |
| 43 | Andrew Dignam | | | no contact |
| 44 | Anne Hart | | | no contact |
| 45 | Anne Olsen | | | no contact |
| 46 | Annette Schillinger | | | no contact |
| 47 | Anthony List | | | no contact |
| 48 | Anthony M Limpede | | | no contact |
| 49 | Antonio DiGiovanni | | | no contact |
| 50 | Arthur Roltstein | | | no contact |
| 51 | Ash Darwish | | | no contact |
| 52 | ATP LEGACY LLC | | | no contact |
| 53 | Avtech Services, LLC c/o Don Young | | | no contact |
| 54 | Barbara Stucki | | | no contact |
| 55 | Baron Investments LLC c/o Lester A Perry | | | no contact |

| | A | B | C | D |
|---|---|---|---|---|
| 56 | Barry Welch | | | no contact |
| 57 | Becky & Jacob Harris | | | no contact |
| 58 | Becky Brady | | | no contact |
| 59 | Becky Fisher | | | no contact |
| 60 | Ben Spencer | | | no contact |
| 61 | Benjamin Landau | | | no contact |
| 62 | Bethany Werner | | | no contact |
| 63 | Beverly Beach | | | no contact |
| 64 | Bill Helbig | | | no contact |
| 65 | Bob & Alice Klassen | | | no contact |
| 66 | Bob Pray Jr | | | no contact |
| 67 | Bob Vaggen | | | no contact |
| 68 | Bob Watson | | | no contact |
| 69 | Bohman Family LLC c/o Bruce Bohman | | | no contact |
| 70 | Brad Adams | | | no contact |
| 71 | Brad Welch | | | no contact |
| 72 | Brad Williams | | | no contact |
| 73 | Bradley G Williams | | | no contact |
| 74 | Bradley K & Angie K Jordan | | | no contact |
| 75 | Bradley K Davis | | | no contact |
| 76 | Bradley P. Welch DDS | | | no contact |
| 77 | Brendan G Burke | | | no contact |
| 78 | Brenden Burke | | | no contact |
| 79 | Brent & Sharlyn Knight | | | no contact |
| 80 | Brett Olveson | | | no contact |
| 81 | Brett Sterrett | | | no contact |
| 82 | Brian Broderius | | | no contact |
| 83 | Brian Glenn | | | no contact |
| 84 | Brian Kusmer | | | no contact |
| 85 | Brian Smith | | | no contact |
| 86 | Brian Watt | | | no contact |
| 87 | Bruce Reiche | | | no contact |
| 88 | Bruce W. Reiche | | | no contact |
| 89 | Bryce & Roseanne Bowles | | | no contact |
| 90 | Burke K. Poole | | | no contact |
| 91 | C. Kenneth Johnson | | | no contact |
| 92 | Carol J. Brown | | | no contact |
| 93 | Carol John | | | no contact |
| 94 | Carol Pavitt | | | no contact |
| 95 | Casey Melaney | | | no contact |
| 96 | Casey Pickard | | | no contact |
| 97 | Chad Sayers | | | no contact |
| 98 | Chancey & Wilberta Dement | | | no contact |
| 99 | Charles Bauschelt | | | no contact |
| 100 | Cheddhi Thomas | | | no contact |
| 101 | Cheddi Thomas | | | no contact |
| 102 | Chris & Mayrean Carter | | | no contact |
| 103 | Chris Baker | | | no contact |
| 104 | Chris Coats | | | no contact |
| 105 | Chris Roth | | | no contact |
| 106 | Christian & Brittany Becker | | | no contact |
| 107 | Christina Powell | | | no contact |
| 108 | Christopher G Poole | | | no contact |
| 109 | Christopher Jensen | | | no contact |
| 110 | Christopher Poole | | | no contact |

|   | A | B | C | D |
|---|---|---|---|---|
| 111 | Christopher Robinson | | | no contact |
| 112 | Christopher T Welch | | | no contact |
| 113 | Clair Schaffer | | | no contact |
| 114 | Claudio Carvalho | | | no contact |
| 115 | Clifford Kelaita | | | no contact |
| 116 | Clifton (Billy) Barnes | | | no contact |
| 117 | Cloudbase INC 401K c/o Glen Volk | | | no contact |
| 118 | Coleman Afford | | | no contact |
| 119 | Connie Bachman | | | no contact |
| 120 | Connie Jo Bachman | | | no contact |
| 121 | Cort V Bedin | | | no contact |
| 122 | Cory & Melanie Koerner | | | no contact |
| 123 | Courtney King | | | no contact |
| 124 | Craig and Ronda Shaffer | | | no contact |
| 125 | Craig Kotter | | | no contact |
| 126 | Craig Shaffer | | | no contact |
| 127 | Cyprus Credit Union | | | no contact |
| 128 | Dan & Vickie Limpede | | | no contact |
| 129 | Dan Davis | | | no contact |
| 130 | Dan Gibbons | | | no contact |
| 131 | Dan Graylak | | | no contact |
| 132 | Dan Kooyman | | | no contact |
| 133 | Dan Prince | | | no contact |
| 134 | Dan Sullivan | | | no contact |
| 135 | Dan Werner | | | no contact |
| 136 | Daniel A Metzler | | | no contact |
| 137 | Daniel Kowalewski | | | no contact |
| 138 | Daniel Krispin | | | no contact |
| 139 | Danny Metzler | | | no contact |
| 140 | Danny Werner | | | no contact |
| 141 | Darrell King | | | no contact |
| 142 | Darrell King | | | no contact |
| 143 | Darren Josephson | | | no contact |
| 144 | Daryl Kingsmill | | | no contact |
| 145 | Daryl Pohl | | | no contact |
| 146 | Dave Janos | | | no contact |
| 147 | David A Dye | | | no contact |
| 148 | David Dye | | | no contact |
| 149 | David Gabers | | | no contact |
| 150 | David Gerbers | | | no contact |
| 151 | David J Boydston | | | no contact |
| 152 | David J Langley | | | no contact |
| 153 | David L Girard | | | no contact |
| 154 | David McMillen | | | no contact |
| 155 | David Pedroli | | | no contact |
| 156 | David Picanco | | | no contact |
| 157 | David Pirl | | | no contact |
| 158 | David S Pedroli | | | no contact |
| 159 | David Swan | | | no contact |
| 160 | David Warren | | | no contact |
| 161 | David William Bentley | | | no contact |
| 162 | David Wilson | | | no contact |
| 163 | Dean Brown | | | no contact |
| 164 | Dean L Brown | | | no contact |
| 165 | Deanne Carter | | | no contact |

| | A | B | C | D |
|---|---|---|---|---|
| 166 | Deborah J Kominus | | | no contact |
| 167 | Deborah K. Jackson & John P. Jackson | | | no contact |
| 168 | Delbert Anthony | | | no contact |
| 169 | Delbert Biela | | | no contact |
| 170 | Delmer J & Katherine E Anderson | | | no contact |
| 171 | Deloris & Douglas Kisiel | | | no contact |
| 172 | Dennis Clarno | | | no contact |
| 173 | Derek & Brenda Boyko Pouchnik | | | no contact |
| 174 | Don & Melissa Young | | | no contact |
| 175 | Dona L Bohnet | | | no contact |
| 176 | Donald & Joan Werner | | | no contact |
| 177 | Donald A. Werner | | | no contact |
| 178 | Donald R. Curtis | | | no contact |
| 179 | Donna Chan | | | no contact |
| 180 | Doug Nilsson | | | no contact |
| 181 | Doug Phillips | | | no contact |
| 182 | Douglas Jones | | | no contact |
| 183 | Douglas Jones | | | no contact |
| 184 | Doyle Anderson | | | no contact |
| 185 | Dr ED Horton | | | no contact |
| 186 | Dr. Steven J Wideman | | | no contact |
| 187 | Dusan & Patricia | | | no contact |
| 188 | Ed & Linda Jensen | | | no contact |
| 189 | Ed Williams jr | | | no contact |
| 190 | Eddie Wallace | | | no contact |
| 191 | Edmund Aku | | | no contact |
| 192 | Edward Booker | | | no contact |
| 193 | Edward C Wallace | | | no contact |
| 194 | Eleazar Mora | | | no contact |
| 195 | Elizabeth 'Anne' Olsen | | | no contact |
| 196 | Elvin C Peabody | | | no contact |
| 197 | Equity Trust Group | | | no contact |
| 198 | Eric D Merten | | | no contact |
| 199 | Eric P Thomas | | | no contact |
| 200 | Erik Poole | | | no contact |
| 201 | Evan Russell | | | no contact |
| 202 | Farrel | | | no contact |
| 203 | FBO Various retirement | | | no contact |
| 204 | Fonyo & Carolyn Bogges | | | no contact |
| 205 | Fosdick | | | no contact |
| 206 | Four Seasons Pool Service | | | no contact |
| 207 | Franklin Hu | | | no contact |
| 208 | Fredrick L. Beck | | | no contact |
| 209 | Gale Borde | | | no contact |
| 210 | Garrett Dolan | | | no contact |
| 211 | Gary & Susan & Jason W Prothero | | | no contact |
| 212 | Gary Conley | | | no contact |
| 213 | Gary Conley | | | no contact |
| 214 | Gary F. Hansen | | | no contact |
| 215 | Gary Finizio | | | no contact |
| 216 | Gary Horne | | | no contact |
| 217 | Gary Linder | | | no contact |
| 218 | Gary Winthers | | | no contact |
| 219 | Gary, Susan, Jason Prothero | | | no contact |
| 220 | Gene Batey Jr. | | | no contact |

|     | A                                       | B | C | D          |
|-----|-----------------------------------------|---|---|------------|
| 221 | Gene Beaty                              |   |   | no contact |
| 222 | Gentry Boswell                          |   |   | no contact |
| 223 | George & Eleanor Bauschelt              |   |   | no contact |
| 224 | George Anthony Delbert                  |   |   | no contact |
| 225 | George Creighton                        |   |   | no contact |
| 226 | George Giovani                          |   |   | no contact |
| 227 | George Lohmann                          |   |   | no contact |
| 228 | Gerald Dee Smith c/o Diana Wadsworth    |   |   | no contact |
| 229 | Gerhard Linder                          |   |   | no contact |
| 230 | Gerrolyn Anderson                       |   |   | no contact |
| 231 | Gerry McDonald                          |   |   | no contact |
| 232 | Gery Huber                              |   |   | no contact |
| 233 | Girard David                            |   |   | no contact |
| 234 | Gita Chandra                            |   |   | no contact |
| 235 | Glen & Nancy Holm                       |   |   | no contact |
| 236 | Glen Holm                               |   |   | no contact |
| 237 | Glen Volk                               |   |   | no contact |
| 238 | Glenda Griffin                          |   |   | no contact |
| 239 | Gordon Brooks                           |   |   | no contact |
| 240 | Greenest Pasture LLC                    |   |   | no contact |
| 241 | Greg & Sandie Royce                     |   |   | no contact |
| 242 | Greg Brennan                            |   |   | no contact |
| 243 | Greg Frownfelter                        |   |   | no contact |
| 244 | Greg Humphreys                          |   |   | no contact |
| 245 | Gregory Harris                          |   |   | no contact |
| 246 | Gregory P. Welch DDS                    |   |   | no contact |
| 247 | Gregory R. Harris                       |   |   | no contact |
| 248 | Gregory Welch                           |   |   | no contact |
| 249 | Gregory Young                           |   |   | no contact |
| 250 | H Barr Carlisle III                     |   |   | no contact |
| 251 | H. Hasan Pinar                          |   |   | no contact |
| 252 | Harold E Wake                           |   |   | no contact |
| 253 | Henry Liu                               |   |   | no contact |
| 254 | Huber Leasing & Properties LLC          |   |   | no contact |
| 255 | Huber Shaw Living Trust c/o Randy Huber |   |   | no contact |
| 256 | Hugh Paine                              |   |   | no contact |
| 257 | Humbert Bromma                          |   |   | no contact |
| 258 | J fiege & M Feige                       |   |   | no contact |
| 259 | J. Roberto Feige                        |   |   | no contact |
| 260 | Jack D & Julie Newsome                  |   |   | no contact |
| 261 | Jacob & Jessika Shaffer                 |   |   | no contact |
| 262 | Jacob Harris                            |   |   | no contact |
| 263 | James & Lana Barlow                     |   |   | no contact |
| 264 | James C Humphreys                       |   |   | no contact |
| 265 | James D Feldhan                         |   |   | no contact |
| 266 | James E Lowery JR                       |   |   | no contact |
| 267 | James G Geistfeld                       |   |   | no contact |
| 268 | James Rice                              |   |   | no contact |
| 269 | James Russell                           |   |   | no contact |
| 270 | James Sonnenberg                        |   |   | no contact |
| 271 | Jamison & Magdalena Huber               |   |   | no contact |
| 272 | Jane McCrary                            |   |   | no contact |
| 273 | Janelle Newman                          |   |   | no contact |
| 274 | Janet P. Harrison                       |   |   | no contact |
| 275 | Jason Lynch                             |   |   | no contact |

| | A | B | C | D |
|---|---|---|---|---|
| 276 | Jason Lynch | | | no contact |
| 277 | Jason Player | | | no contact |
| 278 | Jason Southwick | | | no contact |
| 279 | JDF GRISWOLD LTD c/o James Feldhan | | | no contact |
| 280 | Jean & Jim Stout | | | no contact |
| 281 | Jeanie Cook | | | no contact |
| 282 | Jeanna Hollingshead | | | no contact |
| 283 | Jed & Jamie Seeley | | | no contact |
| 284 | Jed Seeley | | | no contact |
| 285 | Jeff Hampsten | | | no contact |
| 286 | Jeff Lund | | | no contact |
| 287 | Jeff McDonald | | | no contact |
| 288 | Jeff Merten | | | no contact |
| 289 | Jeff Schunk | | | no contact |
| 290 | Jeff Schunk | | | no contact |
| 291 | Jeffrey Moore | | | no contact |
| 292 | Jeremy Hoge | | | no contact |
| 293 | Jeremy Powell | | | no contact |
| 294 | Jeremy R Hoge | | | no contact |
| 295 | Jerrel Lee Whited | | | no contact |
| 296 | Jerry B Davis | | | no contact |
| 297 | Jerry Dillahunty | | | no contact |
| 298 | Jerry L Dillahunty | | | no contact |
| 299 | Jerry Maring | | | no contact |
| 300 | Jerry Whited | | | no contact |
| 301 | Jill Urrutia | | | no contact |
| 302 | Jim Austin | | | no contact |
| 303 | Joanne M Williams | | | no contact |
| 304 | Jodie Lynn Stimpson | | | no contact |
| 305 | Joel D & Dana K Howe | | | no contact |
| 306 | Joel Lehman | | | no contact |
| 307 | Joey Panebianco | | | no contact |
| 308 | John & Christi Love | | | no contact |
| 309 | John & Joanne Crabtree | | | no contact |
| 310 | John and Gloria J. Smith | | | no contact |
| 311 | John Baker | | | no contact |
| 312 | John Langley | | | no contact |
| 313 | John Mark Langley MD | | | no contact |
| 314 | John Pierson | | | no contact |
| 315 | John R Hoge & Sharon Hoge | | | no contact |
| 316 | John Smith | | | no contact |
| 317 | Johnathan Hawley | | | no contact |
| 318 | Jordan | | | no contact |
| 319 | Joseph Barth | | | no contact |
| 320 | Joseph Barth | | | no contact |
| 321 | Joseph Daniel Davis | | | no contact |
| 322 | Joseph Glenn | | | no contact |
| 323 | Joseph P Aivazian | | | no contact |
| 324 | Joseph Panebianco | | | no contact |
| 325 | Judy Porter | | | no contact |
| 326 | Julie Miles | | | no contact |
| 327 | Julie Zinderman | | | no contact |
| 328 | Julie Zinderman | | | no contact |
| 329 | K A Rietkerk | | | no contact |
| 330 | Kade D Harral | | | no contact |

| | A | B | C | D |
|---|---|---|---|---|
| 331 | Karen Alipia | | | no contact |
| 332 | Karen, Mark, Joanne McRae | | | no contact |
| 333 | Karl A Haunold | | | no contact |
| 334 | Karol Dangaran | | | no contact |
| 335 | Kathy Strong | | | no contact |
| 336 | Katie Liljenquist | | | no contact |
| 337 | Kauko Laurinolli | | | no contact |
| 338 | Kay & Lapriel Wixom | | | no contact |
| 339 | Kaye Kent | | | no contact |
| 340 | Keith & Patti Anderson | | | no contact |
| 341 | Keith Johnston | | | no contact |
| 342 | Keitha Russell | | | no contact |
| 343 | Kelly Poole | | | no contact |
| 344 | Kelly Poole | | | no contact |
| 345 | Kelly Raczniak | | | no contact |
| 346 | Ken Brown | | | no contact |
| 347 | Ken Little | | | no contact |
| 348 | Ken Mayer | | | no contact |
| 349 | Kenneth Alan Zinderman | | | no contact |
| 350 | Kenneth Miller | | | no contact |
| 351 | Kenneth St. Pierre | | | no contact |
| 352 | Kenneth W & Leslie Hall | | | no contact |
| 353 | Kent Banner | | | no contact |
| 354 | Kent E Banner | | | no contact |
| 355 | Kent Wenz | | | no contact |
| 356 | Kerry Sisk | | | no contact |
| 357 | Kevin & Linda Layton | | | no contact |
| 358 | Kevin M & Rebecca Leggat | | | no contact |
| 359 | Kevin W. Carpenter | | | no contact |
| 360 | Kimberly Haberman | | | no contact |
| 361 | Kristi Ritchie | | | no contact |
| 362 | Kuenz | | | no contact |
| 363 | L Wyatt | | | no contact |
| 364 | Lacynda F Springer | | | no contact |
| 365 | LaMonte Cox | | | no contact |
| 366 | Larry Crompton | | | no contact |
| 367 | Larry Griffin | | | no contact |
| 368 | Larry Springer | | | no contact |
| 369 | Larry Villa | | | no contact |
| 370 | Laurie Pray | | | no contact |
| 371 | LaVerne & Stacy Gerig | | | no contact |
| 372 | Lee Hu | | | no contact |
| 373 | Lehardy Family Trust | | | no contact |
| 374 | Leib Donald Alexander | | | no contact |
| 375 | Leonard Maynard | | | no contact |
| 376 | Leonard Penner | | | no contact |
| 377 | Leroy & Myrna Chausse | | | no contact |
| 378 | Leslie Herbst | | | no contact |
| 379 | Leslie Herbst | | | no contact |
| 380 | Lester A Perry | | | no contact |
| 381 | Lester Perry | | | no contact |
| 382 | Lester Thompson | | | no contact |
| 383 | Levy Jose | | | no contact |
| 384 | Lewis Blake | | | no contact |
| 385 | Lewis P. Blake & Betty J. Blake | | | no contact |

| | A | B | C | D |
|---|---|---|---|---|
| 386 | LG & S FARMS INC. c/o Leo G. Epp | | | no contact |
| 387 | Lino V & Stacie Musso | | | no contact |
| 388 | Linus Rhode | | | no contact |
| 389 | Lisa Roy | | | no contact |
| 390 | Lois Arelene Meihak | | | no contact |
| 391 | Lola R Maughan Trust Angela Daniels Trust | | | no contact |
| 392 | Lorne L. Olson | | | no contact |
| 393 | Lorne Olson | | | no contact |
| 394 | Louis A Burton | | | no contact |
| 395 | Luana A Williams | | | no contact |
| 396 | Mark & Lisa Savage Shore | | | no contact |
| 397 | Mark Bair | | | no contact |
| 398 | Mark D & Chana Grill | | | no contact |
| 399 | Mark l & Patricia s Fosdick | | | no contact |
| 400 | Mark Olsen | | | no contact |
| 401 | Mark Solazzo | | | no contact |
| 402 | Mark v Sprague | | | no contact |
| 403 | Mark V Sprague | | | no contact |
| 404 | Marko Radosavjevic | | | no contact |
| 405 | Marlien Paine | | | no contact |
| 406 | Marlien Paine | | | no contact |
| 407 | Martha Williams | | | no contact |
| 408 | Martin Runyon | | | no contact |
| 409 | Marty & Michelle Jensen | | | no contact |
| 410 | Marvin & Sharon Stroschein | | | no contact |
| 411 | Mehta D. Yeshwant | | | no contact |
| 412 | Mei Hong | | | no contact |
| 413 | Melinda St. Pierre | | | no contact |
| 414 | Melinda St. Pierre | | | no contact |
| 415 | Michael & Jocelyn Armer | | | no contact |
| 416 | Michael & Lianne Gardner | | | no contact |
| 417 | Michael Brandy | | | no contact |
| 418 | Michael Bunyard | | | no contact |
| 419 | Michael Gardner | | | no contact |
| 420 | Michael J Faux | | | no contact |
| 421 | Michael Moore | | | no contact |
| 422 | Michael N Middendorff | | | no contact |
| 423 | Michael Owends | | | no contact |
| 424 | Michael R Schrand | | | no contact |
| 425 | Michele E Lehman | | | no contact |
| 426 | Michelle & Daniel Metzler | | | no contact |
| 427 | Michelle & Jeffrey Keller | | | no contact |
| 428 | Michelle Voiland | | | no contact |
| 429 | Michelle Williams | | | no contact |
| 430 | Miguel E Nelson | | | no contact |
| 431 | Mike Macpherson | | | no contact |
| 432 | Mike MacPherson | | | no contact |
| 433 | Mike Powell | | | no contact |
| 434 | Mindy Koopman | | | no contact |
| 435 | Minica Charette | | | no contact |
| 436 | Mitch Genser | | | no contact |
| 437 | Mitch Ratchford | | | no contact |
| 438 | Mitchel C. Ratchford & Sheri Ratchford | | | no contact |
| 439 | Monica Nabuco | | | no contact |
| 440 | Monique Dyer | | | no contact |

| | A | B | C | D |
|---|---|---|---|---|
| 441 | Mtn. America Credit Union | | | no contact |
| 442 | Nancy Holm | | | no contact |
| 443 | Neil Crabtree | | | no contact |
| 444 | Nicholas Green | | | no contact |
| 445 | Nick & Maureen Daschel | | | no contact |
| 446 | Nick Fowler | | | no contact |
| 447 | Noel & Elise Christenson Krantz | | | no contact |
| 448 | Noel Krantz | | | no contact |
| 449 | Northern Wyoming Ophthalmology c/o Barry Welch | | | no contact |
| 450 | Norva Johnson | | | no contact |
| 451 | Nyla Benedict | | | no contact |
| 452 | Pamala Levine | | | no contact |
| 453 | Pamela A Harrison | | | no contact |
| 454 | Pamela Levine | | | no contact |
| 455 | Pamela Peabody | | | no contact |
| 456 | Patrick Dunn | | | no contact |
| 457 | Patrick Hu | | | no contact |
| 458 | Patti Anderson | | | no contact |
| 459 | Paul & Beverly Roberts | | | no contact |
| 460 | Paul Colwell | | | no contact |
| 461 | Paul Hansen | | | no contact |
| 462 | Paul Hansen | | | no contact |
| 463 | Paul W. Roberts & Beverly A. Roberts | | | no contact |
| 464 | Paulo Nabuco | | | no contact |
| 465 | Phil Dennis | | | no contact |
| 466 | Purity Technology of Utah | | | no contact |
| 467 | Q TEE PIES INC. c/o Pamela Harrison | | | no contact |
| 468 | Rachael Smith | | | no contact |
| 469 | Ralph Carlson | | | no contact |
| 470 | Randal Richardson | | | no contact |
| 471 | Ray Malenica | | | no contact |
| 472 | Raymond Steffner | | | no contact |
| 473 | Rebecca & Nathan B. Adams | | | no contact |
| 474 | Rebecca Brady | | | no contact |
| 475 | Rebecca Fisher | | | no contact |
| 476 | Rebecca Goggans | | | no contact |
| 477 | RED BURRO INVESTMENTS LLC c/o Todd Newman | | | no contact |
| 478 | Renae W Mackley & Reo Mackley | | | no contact |
| 479 | Renee M Brady | | | no contact |
| 480 | Reo Mackley | | | no contact |
| 481 | Reyan Hutchison | | | no contact |
| 482 | Ricciardi Santuccio | | | no contact |
| 483 | Rich Winsor | | | no contact |
| 484 | Richard G. Winsor | | | no contact |
| 485 | Richard H Bachman | | | no contact |
| 486 | Richard Hammitt | | | no contact |
| 487 | Richard Heftel | | | no contact |
| 488 | Richard L. Hammitt & Barbara J. Hammitt | | | no contact |
| 489 | Richard Ward | | | no contact |
| 490 | Rick Bachman | | | no contact |
| 491 | Rick Beck | | | no contact |
| 492 | Rick Hanson | | | no contact |
| 493 | Rick Simson | | | no contact |
| 494 | Ricky Brow | | | no contact |
| 495 | Ricky S Brown | | | no contact |

| | A | B | C | D |
|---|---|---|---|---|
| 496 | Robert Barnes | | | no contact |
| 497 | Robert Bartz | | | no contact |
| 498 | Robert Bedient | | | no contact |
| 499 | Robert C Richardson | | | no contact |
| 500 | Robert C. Pernsteiner | | | no contact |
| 501 | Robert H Klassen & Alice Klassen | | | no contact |
| 502 | Robert Harrison jr | | | no contact |
| 503 | Robert L Vaagen | | | no contact |
| 504 | Robert N. Miller | | | no contact |
| 505 | Robert Norikane | | | no contact |
| 506 | Robert Pernsteiner | | | no contact |
| 507 | Robert Richardson | | | no contact |
| 508 | Robert T & Susan Johnson | | | no contact |
| 509 | Robert Welch | | | no contact |
| 510 | Robert Worthen jr | | | no contact |
| 511 | Rod & Jill Gardner | | | no contact |
| 512 | Roger & Lois Melhak | | | no contact |
| 513 | Roger & Roxie Parker | | | no contact |
| 514 | Roger Klein | | | no contact |
| 515 | Roger Marshall | | | no contact |
| 516 | Roger Pullan | | | no contact |
| 517 | Ron & Cynthia Bertleson | | | no contact |
| 518 | Ron Burns | | | no contact |
| 519 | Ron R and Nancy E. Hatch | | | no contact |
| 520 | Ron Ramirez | | | no contact |
| 521 | Ron Reimers | | | no contact |
| 522 | Ronald Dunn | | | no contact |
| 523 | Ronald Hatch | | | no contact |
| 524 | Ronald Iriat | | | no contact |
| 525 | RONALD J REIMERS | | | no contact |
| 526 | Rosa Hu | | | no contact |
| 527 | Roy Dale Griffin | | | no contact |
| 528 | Roy I. Roberts | | | no contact |
| 529 | Roy Lee Roberts | | | no contact |
| 530 | Russ Sayers | | | no contact |
| 531 | Ryan & Jessie Galusha | | | no contact |
| 532 | Ryan harrison | | | no contact |
| 533 | Sam Fairchild | | | no contact |
| 534 | Sandford Hopkins | | | no contact |
| 535 | SANDMANS DREAMSCAPES LLC c/o Sanford Leverne Hopkins | | | no contact |
| 536 | Sandra & Ted Silva | | | no contact |
| 537 | Sandra Gilson | | | no contact |
| 538 | Sanford & Shirley Hopkins | | | no contact |
| 539 | Sanford Hopkins jr | | | no contact |
| 540 | Santuccio Ricciardi MD | | | no contact |
| 541 | Sarah Drake | | | no contact |
| 542 | Sarah Gorodn Drake | | | no contact |
| 543 | Scott & Athena Poole | | | no contact |
| 544 | Scott A Caldwell | | | no contact |
| 545 | Scott D Stringham | | | no contact |
| 546 | Scott Duyon Stringham | | | no contact |
| 547 | Scott Jenkins | | | no contact |
| 548 | Scott Leaver | | | no contact |
| 549 | Scott Newman | | | no contact |
| 550 | Scott Poole | | | no contact |

| | A | B | C | D |
|---|---|---|---|---|
| 551 | Scott R. Jenkins | | | no contact |
| 552 | Scott Smillins | | | no contact |
| 553 | Scury Appraisal Company LLC c/o Dnaile Scury | | | no contact |
| 554 | Sean Jump | | | no contact |
| 555 | Sean Jump | | | no contact |
| 556 | Sergio Leveratto | | | no contact |
| 557 | Set4 Life Enterprises LLC c/o Sally A Simpson | | | no contact |
| 558 | Seth Hopkins | | | no contact |
| 559 | Shawn Evanson | | | no contact |
| 560 | Shawn Stephen Stimpson | | | no contact |
| 561 | Shawna Hanson | | | no contact |
| 562 | Shirley Bales | | | no contact |
| 563 | Shirley Bales | | | no contact |
| 564 | Sid Dey | | | no contact |
| 565 | Silvana Fredrickson | | | no contact |
| 566 | Spencer Bailey | | | no contact |
| 567 | Stanley McCuiston | | | no contact |
| 568 | Stephanie L Sander | | | no contact |
| 569 | Stephen Smith | | | no contact |
| 570 | Stetson L Belnap | | | no contact |
| 571 | Steve & Susan St Martin | | | no contact |
| 572 | Steve Fredrickson | | | no contact |
| 573 | Steve Fullmer | | | no contact |
| 574 | Steve Perienfein | | | no contact |
| 575 | Steve Smith | | | no contact |
| 576 | Steve Young | | | no contact |
| 577 | Steve Young | | | no contact |
| 578 | Steven & Norma Anderson | | | no contact |
| 579 | Steven B Hayes | | | no contact |
| 580 | Steven Fullmer | | | no contact |
| 581 | Steven G Crockett | | | no contact |
| 582 | Steven Hanson | | | no contact |
| 583 | Steven Hayes | | | no contact |
| 584 | Steven Mudd | | | no contact |
| 585 | Stuart A Wheelwright | | | no contact |
| 586 | Sue Hunt | | | no contact |
| 587 | Susan St. Martin | | | no contact |
| 588 | T Indro Shahzam & Zamualudeen Shahzman | | | no contact |
| 589 | Taylor Woodruff | | | no contact |
| 590 | Ted & Linda Zmak | | | no contact |
| 591 | Ted & Sandra Silva | | | no contact |
| 592 | Terri A Dickerson | | | no contact |
| 593 | Terri Dickerso | | | no contact |
| 594 | Terry | | | no contact |
| 595 | Terry Evans | | | no contact |
| 596 | Thane or Connie Christensen | | | no contact |
| 597 | THE ENTRUST GROUP | | | no contact |
| 598 | Theresa Bowden Casal | | | no contact |
| 599 | Thomas Cray | | | no contact |
| 600 | Thomas F. Lenagh | | | no contact |
| 601 | Thomas L & Judy Dougerty | | | no contact |
| 602 | Thomas Lahey | | | no contact |
| 603 | Thomas P Mahan | | | no contact |
| 604 | Thomas Paine | | | no contact |
| 605 | Thomsa McMillan | | | no contact |

|   | A | B | C | D |
|---|---|---|---|---|
| 606 | Tim & Patricia Miller | | | no contact |
| 607 | Tim Burridge | | | no contact |
| 608 | Tim Riker | | | no contact |
| 609 | Timothy Hahn | | | no contact |
| 610 | Tina Effendi | | | no contact |
| 611 | Tina Luo | | | no contact |
| 612 | Tod G Williams | | | no contact |
| 613 | Todd Caldwell | | | no contact |
| 614 | Todd Kartchner | | | no contact |
| 615 | Todd Newman | | | no contact |
| 616 | Todd Williams | | | no contact |
| 617 | Tom Mahan | | | no contact |
| 618 | Tom McMillan | | | no contact |
| 619 | Tom Paine | | | no contact |
| 620 | Tom Richardson | | | no contact |
| 621 | Tom Sherwood | | | no contact |
| 622 | Tommy Tallman | | | no contact |
| 623 | Toni K. Elkins | | | no contact |
| 624 | Tony Drama | | | no contact |
| 625 | Tony Shahzaman | | | no contact |
| 626 | TorreyCochrane | | | no contacty |
| 627 | Traci Ellis Poole | | | no contact |
| 628 | Tracy Mandur | | | no contact |
| 629 | Trina Packard | | | no contact |
| 630 | Tyson Aeschbacher | | | no contact |
| 631 | Tyson L Aeschbacher | | | no contact |
| 632 | Ulla Sponbeck | | | no contact |
| 633 | V K Mahant | | | no contact |
| 634 | V Leroy Chausse | | | no contact |
| 635 | Vicki Harder | | | no contact |
| 636 | Vicki Lynn Harder | | | no contact |
| 637 | Virgil E Wenger & Jo Anne Wenger | | | no contact |
| 638 | Virgil Wenger | | | no contact |
| 639 | W. Rich & Shauna Hoge | | | no contact |
| 640 | Wade Cox | | | no contact |
| 641 | Wallace Kletzker | | | no contact |
| 642 | Walter & Mindy Watson Herrera | | | no contact |
| 643 | Walter R. & Shauna Hoge | | | no contact |
| 644 | Ward LeHardy | | | no contact |
| 645 | Warren Rohrer | | | no contact |
| 646 | Warren W Rohrer | | | no contact |
| 647 | Wayne Bachman | | | no contact |
| 648 | Wayne C. Garkie & Enid L. Garkie | | | no contact |
| 649 | Wayne Davies | | | no contact |
| 650 | Wayne Garkie | | | no contact |
| 651 | Wayne J Bachman & Patti A. Bachman | | | no contact |
| 652 | Whal | | | no contact |
| 653 | William C. Powell | | | no contact |
| 654 | William Cooper | | | no contact |
| 655 | William Elkins | | | no contact |
| 656 | William Elkins | | | no contact |
| 657 | William J Masuen | | | no contact |
| 658 | William M Ives | | | no contact |
| 659 | William Masuen | | | no contact |
| 660 | William Voiland | | | no contact |

| | A | B | C | D |
|---|---|---|---|---|
| 661 | Willis Barnes | | | no contact |
| 662 | Winston Churchill | | | no contact |
| 663 | Wyoming Traders c/o Alan Chadwick | | | no contact |
| 664 | Xiao Guang Gao Or Yuan Zhu Gao | | | no contact |
| 665 | Xin Liu | | | no contact |
| 666 | Z Chris, MD, FACP | | | no contact |