ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
RUTH HACKFORD-PEER, Assistant United States Attorney (#15049)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00229 |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF ERRATA |
| CHAD LEON SAYERS, | Judge David Sam |
| Defendant. | |

The Motion to Modify Conditions of Release filed by USA on October 19, 2021 (No. 22), contained the incorrect number of individual's there should be no contact with, and an incorrect no contact list, in Exhibit 1 (No. 22-2), was attached.  A notice of errata is provided herewith and the motion will be refiled with correct version of Exhibit 1.

DATED this 22nd day of October, 2021.

ANDREA T. MARTINEZ
Acting United States Attorney

 /s/Ruth Hackford-Peer
RUTH HACKFORD-PEER
Assistant United States Attorney