| # | Name | | | |
|---|---|---|---|---|
| 1 | Alicia De Leon | no contact exception requested | | |
| 2 | Barbara & James Hawkins | no contact exception requested | | |
| 3 | HDP ENERGY Group c/o Jim Hawkins | no contact exception requested | | |
| 4 | Randy Poole | no contact exception requested | | |
| 5 | Roger Yack | no contact exception requested | | |
| 6 | Tim Williams | no contact exception requested | | |
| 7 | Destry & Layne Peterson | | non-case related contact allowed | |
| 8 | Jeffrey C Flamm | | non-case related contact allowed | |
| 9 | Jimmy & Kathryn Keesee | | non-case related contact allowed | |
| 10 | Jonathan Everett Samuelson | | non-case related contact allowed | |
| 11 | Kevin & Shannon Busby | | non-case related contact allowed | |
| 12 | Olympus Investments LLC/ Regency Excavation LLC/ T and T Holdings LLC/ Eric Thomas | | non-case related contact allowed | |
| 13 | Patsy M & Ronald Rubrecht | | non-case related contact allowed | |
| 14 | Pulmonary & Internal Medicine Assoc c/o Kasem Charnvitayapong MD | | non-case related contact allowed | |
| 15 | Rick Simpson | | non-case related contact allowed | |
| 16 | Roger A. Graham | | non-case related contact allowed | |
| 17 | Steve M Ross | | non-case related contact allowed | |
| 18 | AAF TEG FUNDING ACCNT | | | no contact |
| 19 | AJM CONSULTING LTD c/o Angelo Michilli | | | no contact |
| 20 | Allan Packer | | | no contact |
| 21 | AMERICAN ENTERPRISE INVESTMENT SERVICES | | | no contact |
| 22 | American Estate & Trust | | | no contact |
| 23 | AMERICAN PENSIONS SERVICES INC | | | no contact |
| 24 | America's First Credit Union | | | no contact |
| 25 | Andrew Dignam | | | no contact |
| 26 | ANNE OLSEN | | | no contact |
| 27 | Annette Schillinger | | | no contact |
| 28 | Anthony M Limpede | | | no contact |
| 29 | Antonio DiGiovanni | | | no contact |
| 30 | ATP LEGACY LLC | | | no contact |
| 31 | Avtech Services, LLC c/o Don Young | | | no contact |
| 32 | Baron Investments LLC c/o Lester A Perry | | | no contact |
| 33 | Becky & Jacob Harris | | | no contact |
| 34 | Beverly Beach | | | no contact |
| 35 | Bob Pray Jr | | | no contact |
| 36 | Bohman Family LLC c/o Bruce Bohman | | | no contact |
| 37 | Bradley G Williams | | | no contact |
| 38 | Bradley P. Welch DDS | | | no contact |
| 39 | Brendan G Burke | | | no contact |
| 40 | Brent & Sharlyn Knight | | | no contact |
| 41 | Brett Olveson | | | no contact |
| 42 | Bruce W. Reiche | | | no contact |
| 43 | Burke K. Poole | | | no contact |
| 44 | Carol J. Brown | | | no contact |
| 45 | Chancey & Wilberta Dement | | | no contact |
| 46 | Cheddi Thomas | | | no contact |
| 47 | Christina Powell | | | no contact |
| 48 | Christopher G Poole | | | no contact |
| 49 | Christopher Robinson | | | no contact |
| 50 | Clair Schaffer | | | no contact |
| 51 | CLOUDBASE INC 401K c/o Glen Volk | | | no contact |
| 52 | Connie Jo Bachman | | | no contact |
| 53 | Craig and Ronda Shaffer | | | no contact |
| 54 | Cyprus Credit Union | | | no contact |
| 55 | Daniel A Metzler | | | no contact |
| 56 | Darrell King | | | no contact |

| # | Name | | | Status |
|---|---|---|---|---|
| 57 | David A Dye | | | no contact |
| 58 | David J Boydston | | | no contact |
| 59 | David L Girard | | | no contact |
| 60 | David S Pedroli | | | no contact |
| 61 | Dean L Brown | | | no contact |
| 62 | Deborah J Kominus | | | no contact |
| 63 | Deborah K. Jackson & John P. Jackson | | | no contact |
| 64 | Deloris & Douglas Kisiel | | | no contact |
| 65 | Don & Melissa Young | | | no contact |
| 66 | Donald A. Werner | | | no contact |
| 67 | Donald R. Curtis | | | no contact |
| 68 | Donna Chan | | | no contact |
| 69 | Doug Nilsson | | | no contact |
| 70 | Douglas Jones | | | no contact |
| 71 | Dr ED Horton | | | no contact |
| 72 | Dr. Steven J Wideman | | | no contact |
| 73 | Edward C Wallace | | | no contact |
| 74 | Elvin C Peabody | | | no contact |
| 75 | Equity Trust Group | | | no contact |
| 76 | Erik Poole | | | no contact |
| 77 | FBO Various retirement | | | no contact |
| 78 | FOUR SEASONS POOL SERVICE | | | no contact |
| 79 | Fredrick L. Beck | | | no contact |
| 80 | Gary Conley | | | no contact |
| 81 | Gary F. Hansen | | | no contact |
| 82 | Gary Winthers | | | no contact |
| 83 | Gene Batey Jr. | | | no contact |
| 84 | George Anthony Delbert | | | no contact |
| 85 | George Lohmann | | | no contact |
| 86 | Gerald Dee Smith c/o Diana Wadsworth | | | no contact |
| 87 | Gerhard Linder | | | no contact |
| 88 | Gita Chandra | | | no contact |
| 89 | Glen Holm | | | no contact |
| 90 | Glenda Griffin | | | no contact |
| 91 | GREENEST PASTURES LLC | | | no contact |
| 92 | Greg Frownfelter | | | no contact |
| 93 | Gregory P. Welch DDS | | | no contact |
| 94 | Gregory R. Harris | | | no contact |
| 95 | H Barr Carlisle III | | | no contact |
| 96 | Harold E Wake | | | no contact |
| 97 | Henry Liu | | | no contact |
| 98 | Huber Leasing & Properties LLC | | | no contact |
| 99 | Huber Shaw Living Trust c/o Randy Huber | | | no contact |
| 100 | Humbert Bromma | | | no contact |
| 101 | J fiege & M Feige | | | no contact |
| 102 | Jack D & Julie Newsome | | | no contact |
| 103 | James G Geistfeld | | | no contact |
| 104 | Janelle Newman | | | no contact |
| 105 | Janet P. Harrison | | | no contact |
| 106 | Jason Lynch | | | no contact |
| 107 | JDF GRISWOLD LTD c/o James Feldhan | | | no contact |
| 108 | Jed & Jamie Seeley | | | no contact |
| 109 | Jeff Hampsten | | | no contact |
| 110 | Jeff Lund | | | no contact |
| 111 | Jeff Schunk | | | no contact |
| 112 | Jeremy R Hoge | | | no contact |

| # | Name | | | Status |
|---|------|---|---|--------|
| 113 | Jerrel Lee Whited | | | no contact |
| 114 | Jerry B Davis | | | no contact |
| 115 | Jerry L Dillahunty | | | no contact |
| 116 | Jesse Coombs | | | no contact |
| 117 | Joanne M Williams | | | no contact |
| 118 | Jodie Lynn Stimpson | | | no contact |
| 119 | John and Gloria J. Smith | | | no contact |
| 120 | John Mark Langley MD | | | no contact |
| 121 | John R Hoge & Sharon Hoge | | | no contact |
| 122 | Joseph Barth | | | no contact |
| 123 | Joseph P Aivazian | | | no contact |
| 124 | Julie Zinderman | | | no contact |
| 125 | K A RIETKERK PENSION PLAN U/A/ DTD 7/01/2019 | | | no contact |
| 126 | Kade D Harral | | | no contact |
| 127 | Katie Liljenquist | | | no contact |
| 128 | Kay & Lapriel Wixom | | | no contact |
| 129 | Kelly Poole | | | no contact |
| 130 | Kenneth Alan Zinderman | | | no contact |
| 131 | Kent E Banner | | | no contact |
| 132 | Kevin W. Carpenter | | | no contact |
| 133 | Lacynda F Springer | | | no contact |
| 134 | Larry Springer | | | no contact |
| 135 | Larry Villa | | | no contact |
| 136 | Laurie Pray | | | no contact |
| 137 | Lehardy Family Trust | | | no contact |
| 138 | Leonard Penner | | | no contact |
| 139 | Leslie Herbst | | | no contact |
| 140 | Lester A Perry | | | no contact |
| 141 | Lewis P. Blake & Betty J. Blake | | | no contact |
| 142 | LG & S FARMS INC. c/o Leo G. Epp | | | no contact |
| 143 | Lois Arelene Meihak | | | no contact |
| 144 | Lola R Maughan Trust Angela Daniels Trust | | | no contact |
| 145 | Lorne L. Olson | | | no contact |
| 146 | Louis A Burton | | | no contact |
| 147 | Luana A Williams | | | no contact |
| 148 | Mark v Sprague | | | no contact |
| 149 | Marlien Paine | | | no contact |
| 150 | Mehta D. Yeshwant | | | no contact |
| 151 | Mei Hong | | | no contact |
| 152 | Melinda St. Pierre | | | no contact |
| 153 | Michael R Schrand | | | no contact |
| 154 | Michele E Lehman | | | no contact |
| 155 | Miguel E Nelson | | | no contact |
| 156 | Mike Macpherson | | | no contact |
| 157 | Mitchel C. Ratchford & Sheri Ratchford | | | no contact |
| 158 | Mtn. America Credit Union | | | no contact |
| 159 | Nancy Holm | | | no contact |
| 160 | Nicholas Green | | | no contact |
| 161 | Northern Wyoming Ophthalmology c/o Barry Welch | | | no contact |
| 162 | Nyla Benedict | | | no contact |
| 163 | Pamela A Harrison | | | no contact |
| 164 | Pamela Levine | | | no contact |
| 165 | Paul Hansen | | | no contact |
| 166 | Paul W. Roberts & Beverly A. Roberts | | | no contact |
| 167 | Paulo Nabuco | | | no contact |
| 168 | Purity Technology of Utah/ Jeff Lund | | | no contact |

| # | Name | | | Status |
|---|---|---|---|---|
| 169 | Q TEE PIES INC. c/o Pamela Harrison | | | no contact |
| 170 | Raymond Steffner | | | no contact |
| 171 | Rebecca & Nathan B. Adams | | | no contact |
| 172 | Rebecca Brady | | | no contact |
| 173 | REBECCA FISHER | | | no contact |
| 174 | RED BURRO INVESTMENTS LLC c/o Todd Newman | | | no contact |
| 175 | Renae W Mackley & Reo Mackley | | | no contact |
| 176 | Renee M Brady | | | no contact |
| 177 | Richard G. Winsor | | | no contact |
| 178 | Richard H Bachman | | | no contact |
| 179 | Richard L. Hammitt & Barbara J. Hammitt | | | no contact |
| 180 | Ricky S Brown | | | no contact |
| 181 | Robert C Richardson | | | no contact |
| 182 | Robert C. Pernsteiner | | | no contact |
| 183 | Robert H Klassen & Alice Klassen | | | no contact |
| 184 | Robert L Vaagen | | | no contact |
| 185 | Robert N. Miller | | | no contact |
| 186 | Ron R and Nancy E. Hatch | | | no contact |
| 187 | Ronald Dunn | | | no contact |
| 188 | RONALD J REIMERS | | | no contact |
| 189 | Rosa Hu | | | no contact |
| 190 | Roy Dale Griffin | | | no contact |
| 191 | Roy l. Roberts | | | no contact |
| 192 | Ryan harrison | | | no contact |
| 193 | Sandford Hopkins | | | no contact |
| 194 | SANDMANS DREAMSCAPES LLC c/o Sanford Leverne Hopkins | | | no contact |
| 195 | Sandra & Ted Silva | | | no contact |
| 196 | Santuccio Ricciardi MD | | | no contact |
| 197 | Sarah Gorodn Drake | | | no contact |
| 198 | Scott & Athena Poole | | | no contact |
| 199 | Scott A Caldwell | | | no contact |
| 200 | Scott Duyon Stringham | | | no contact |
| 201 | Scott R. Jenkins | | | no contact |
| 202 | Scury Appraisal Company LLC c/o Dnaile Scury | | | no contact |
| 203 | Sean Jump | | | no contact |
| 204 | Sergio Leveratto | | | no contact |
| 205 | Set4 Life Enterprises LLC c/o Sally A Simpson | | | no contact |
| 206 | Shawn Stephen Stimpson | | | no contact |
| 207 | Shirley Bales | | | no contact |
| 208 | Sid Dey | | | no contact |
| 209 | Silvana Fredrickson | | | no contact |
| 210 | Spencer Bailey | | | no contact |
| 211 | Stanley Mccuiston | | | no contact |
| 212 | Stephanie L Sander | | | no contact |
| 213 | Stephen Smith | | | no contact |
| 214 | Stetson L Belnap | | | no contact |
| 215 | Steven B Hayes | | | no contact |
| 216 | Steven Fullmer | | | no contact |
| 217 | Steven G Crockett | | | no contact |
| 218 | Stuart A Wheelwright | | | no contact |
| 219 | Susan St. Martin | | | no contact |
| 220 | T Indro Shahzam & Zamualudeen Shahzman | | | no contact |
| 221 | Terri A Dickerson | | | no contact |
| 222 | Thane or Connie Christensen | | | no contact |
| 223 | THE ENTRUST GROUP | | | no contact |
| 224 | Thomas F. Lenagh | | | no contact |

| # | Name | | | Status |
|---|---|---|---|---|
| 225 | Thomas L & Judy Dougerty | | | no contact |
| 226 | Thomas P Mahan | | | no contact |
| 227 | Thomas Paine | | | no contact |
| 228 | Thomsa McMillan | | | no contact |
| 229 | Tina Effendi | | | no contact |
| 230 | Tina Luo | | | no contact |
| 231 | Tod G Williams | | | no contact |
| 232 | Todd Kartchner | | | no contact |
| 233 | Toni K. Elkins | | | no contact |
| 234 | Traci Ellis Poole | | | no contact |
| 235 | Tyson L Aeschbacher | | | no contact |
| 236 | V Leroy Chausse | | | no contact |
| 237 | Vicki Lynn Harder | | | no contact |
| 238 | Virgil E Wenger & Jo Anne Wenger | | | no contact |
| 239 | Walter R. & Shauna Hoge | | | no contact |
| 240 | Warren W Rohrer | | | no contact |
| 241 | Wayne C. Garkie & Enid L. Garkie | | | no contact |
| 242 | Wayne Davies | | | no contact |
| 243 | Wayne J Bachman & Patti A. Bachman | | | no contact |
| 244 | William C. Powell | | | no contact |
| 245 | William Cooper | | | no contact |
| 246 | William Elkins | | | no contact |
| 247 | William J Masuen | | | no contact |
| 248 | William M Ives | | | no contact |
| 249 | Wyoming Traders c/o Alan Chadwick | | | no contact |
| 250 | Xiao Guang Gao Or Yuan Zhu Gao | | | no contact |
| 251 | Xin Liu | | | no contact |