SCOTT KEITH WILSON, Federal Public Defender (#7347)
ROBERT K. HUNT, Assistant Federal Public Defender (#5722)
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email:Robert_Hunt@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHAD LEON SAYERS, Defendant. | **PARTIAL OBJECTIONS TO GOVERNMENT'S MOTION FOR NON-CONTACT ORDER** Case No. 2:21-cr-00229 DS Magistrate Judge Daphne A. Oberg |

Chad Leon Sayers, by and through his counsel of record, Robert K. Hunt, hereby objects to the non-contact list submiit3ed by the government. Mr. Sayers does not object to the totality of the list; rather, to inclusion of seven individuals.

Underpinning this objection is the reality that, contrary to the government's allegation, Saygus is a legitimate, active, ongoing business. Among the methods of proving the veracity of Saygus, would be the testimony of the government's own witnesses: Alicia DeLeon, Tim Williams and James Hawkins. These witnesses are all on

the non-contact list. Each of these individuals would testify that the business is moving forward, despite breached contracts, supply line problems and the indictment of Mr. Sayers. The notion that Saygus is non-profitable does not nullify its existence. To the contrary, Saygus is actively pursuing business relations and contractual arrangements that would allow it to continue to develop phones and other electronic devices, like it has in the past. To that end, there are numerous individuals on the non- contact list are actively involved in the business. Those individuals are:

    Alicia Deleon
    James Hawkins
    Tim Williams
    Randy Poole
    Steven Rose
    Jeff Schunk

Contact with these individuals appears inevitable. The defense respectfully requests that a non-contact order be fashioned that recognizes that contact will occur, but precludes Mr. Sayers from discussing the case with these individuals.

Mr. Sayers also requests that four other individuals be included in the "Non-case related communication allowed" group as they are close family friends who frequent the Sayers' household.

    Paula Nabuko
    Pamela Harristen
    Spencer Bailey
    Susan St. Martin

Mr. Sayers has no other objections to the non-contact list. Mr. Sayers is not asking the Court to remove anyone from the list; rather, Mr. Sayers respectfully requests that the

order be modified to recognize the realities of the business and familiar relations that would make contact unavoidable with these individuals.

DATED this 22nd day of October, 2021.

/s/ Robert K. Hunt
ROBERT K. HUNT
Assistant Federal Public Defender