UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant: Chad Leon Sayers             Docket Number: 1088 2:21CR229-001

Name of Judicial Officer:  Honorable Daphne A. Oberg
U.S. Magistrate Judge

Date of Release:  June 22, 2021

### PETITIONING THE COURT

To issue a Summons █████████████████████████████

### CAUSE

The probation officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** The defendant is alleged to have had contact with Mr. Tim Williams. An individual listed on his no contact order issued by the court on October 21, 2021.

Evidence in support of this allegation is a "pitch deck" presented by the Government indicating the defendant is on the same team as Tim Williams for a company referred to as Smart'r.

I declare under penalty of perjury that the foregoing is true and correct.

By   Caroline Bye-Routh
U.S. Pretrial Services Officer
Date:  September 28, 2022

**THE COURT ORDERS:**

☐ The issuance of a Summons
☐ The issuance of a Warrant
☐ No action
☐ Other: _____
☐ That the conditions or pretrial release be amended as outlined above
☐ That the Warrant issued on the above date be withdrawn

☐ Previous Petition to be amended and the issuance of a Warrant
☒ Expedited hearing set for: October 6, 2022 at 10:30 a.m.
   before U.S. Magistrate Judge Oberg_____

*Daphne A. Oberg*
Honorable Daphne A. Oberg
U.S. Magistrate Judge

Date: **September 29, 2022**