TRINA A. HIGGINS, United States Attorney (#7349)
RUTH J. HACKFORD-PEER, Assistant United States Attorney (#15049)
JAMIE Z. THOMAS, Assistant United States Attorney (# 9420)
Attorneys for the United States of America
111 South Main, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  2:21cr229 |
| Plaintiff, | : | **UNITED STATES' MOTION TO REVOKE PRETRIAL RELEASE** |
| v. | : | Judge DAVID SAM |
| CHAD LEON SAYERS, | : | |
| Defendant. | : | Magistrate Judge DAPHNE A. OBERG |

---

On September 29, 2022, the United States Probation Office filed a petition alleging Mr. Sayers violated his pretrial release by having contact with T.W., an individual with whom Mr. Sayers was ordered to have no contact with. In addition to this allegation, the United States, under 18 U.S.C. § 3148(b) alleges additional violations of pretrial release and hereby seeks Mr. Sayers' pretrial detention for these additional pretrial release violations.

**Government's Allegation No. 1**: Mr. Sayers is alleged to have had contact with S.L., an individual listed on his no contact order, agreed to by the parties and ordered by the Court on October 21, 2021.

Evidence in support of this allegation includes S.L.'s statements to Senior Investigator Liz Blaylock on 9/29/2022 regarding the same.

**Government's Allegation No. 2**: Mr. Sayers is alleged to have solicited an investment from L.C., a prior investor in Saygus, in violation of his pretrial release conditions 6(p) which states Mr. Sayers is "not [to] be employed in any fiduciary capacity. Not to seek any investments or conduct any fundraisers."

Evidence in support of this allegation include L.C.'s statements to Senior Investigator Liz Blaylock on 9/29/2022 that Mr. Sayers contacted him by phone sometime between December 2021 and February 2022 to ask for $7,000 as an investment in Saygus so that Mr. Sayers could get Saygus materials out of storage in order to revive his company.

**Government's Allegation No. 3**: Mr. Sayers is alleged to have directly or indirectly solicited investments for a new company named Smart'r.

Evidence in support of this allegation includes a pitch deck identifying Mr. Sayers as the founder of Smart'r and a one-page summary of Smart'r that Mr. Sayers emailed to M.V. M.V. is a part of a group of investment consultants and sales agents. These materials were circulated among sales agents for the purpose of raising capital and selling investments on behalf of Smart'r. M.V. claims that Mr. Sayers e-mailed the pitch materials directly to him from his email chadsayers@gmail.com. In email communication Mr. Sayers stated, "We are living for between $300k and $500k and only from funds outside of the US. We could accept more for those who recognize the $1,650 to $1 ratio in favor of startups. It's a huge advantage to those angels who invest in pre-revenue, pre-IPO startups with a unique product in a very large market like ours of healthcare." The United States believes that Mr. Sayers wants money from investors outside of the United States in an attempt to circumvent his pretrial restrictions.

**Government's Allegation No. 4:** Mr. Sayers is alleged to be continuing the Saygus fraud scheme while under pretrial release using the new company name "Smart'r".

Evidence in support of this allegation includes comparing the Saygus pitch deck and the

Smart'r pitch deck where Mr. Sayers is identified as the "Founder" and claims he "is a patented inventor with 20+ years' experience creating ground breaking products for US carriers Verizon, AT&T, Spring, and TMobile, European carriers and retailers such as EE in GB, and Media Saturn in the EU, in addition to Amazon, Best Buy, Vodafone and many others." Mr. Sayers continues to make material misrepresentations in an effort to obtain money.

Smart'r states it is positioned to launch a medical device, the Vmed device for distribution. Vmed (or Vmedical Inc) is a Utah company owned by E.T. An interview with E.T. revealed that he is unaware of Mr. Sayers' new company Smart'r; he did not authorize images of Vmed's device or use of Vmed's company name or logo to be used by Mr. Sayers and states Vmed has no affiliation with Smart'r or any associated fundraising efforts.

**Government's Allegation No. 5:** Mr. Sayers is alleged to have directed A.D. to contact prior Saygus investors and seek additional investments on behalf of Mr. Sayers as he is not permitted to contact these individuals himself.

Evidence in support of this allegation includes statements by C.T. to Senior Investigator Liz Blaylock that A.D. called him soliciting an investment in Saygus in July 2022.


TRINA A. HIGGINS
UNITED STATES ATTORNEY


*/s/Ruth Hackford-Peer*
Ruth Hackford-Peer
Jamie Thomas
Assistant United States Attorneys

# MEMORANDUM

Utah Department of Commerce
Division of Securities



**To:**   Case File
**From:** Liz Blaylock
**Date:** Sept. 20, 2022
**Case:** 2:21-cr-00229-DS-1 - Sayers, Chad Leon
**RE:**   **pre-trial release violations**

On or about August 2, 2022, I received information from ▮▮▮▮▮▮▮, an investor and business advisor/consultant of Saygus Inc. The information included a one-page summary and pitch deck for a company named Smart'r Inc. ▮▮▮ forwarded the information and expressed concerns that Mr. Sayers had started a new company and was raising funds for this company.

Additional investigation of these materials provided by ▮▮▮ indicated that from June 2022 to present, Sayers is listed as the founder of the new company Smart'r Inc. (Smart'r). Smart'r is a Wyoming corporation entity number 2022-001131123 established on June 28, 2022. Principles listed for the company are Registered Agents Inc., a privacy business registration service. Smart'r purports to do business at 1042 E. Fort Union Blvd. Suite 233 Salt Lake City, UT 84047 and online at smartrinc.com. The Utah business address is that of a Mail Center business, box 233 has been registered to Chad Sayers and his mother Pamala Sayers since 2002. The address was also used most recently by Pamala Sayers on her Utah Notary registration.

Smart'r purports to be, "*a technology company that specializes in designing and developing the world's most advanced mobile devices in the medical, communications and entertainment industry.*" Smart'r states it is positioned to launch the Vmed device for distribution and provides projected financials and earnings claims of the company's value and anticipated retailer shares of the medical device market. Vmed or Vemdical Inc. is a Utah company owned by ▮▮▮▮▮▮▮. An interview with ▮▮▮▮▮▮▮ revealed that he was unaware of Mr. Sayers new company Smart'r; he did not authorize images of Vmed's device or use of Vmed's company name or logo to be used by Mr. Sayers and has no affiliation with Smart'r or any associated fundraising efforts.

In executive marketing materials promoting the Smart'r business Sayers is identified as the "*Founder - Chad Sayers is a patented inventor with 20+ years' experience creating ground breaking products for US carriers Verizon, AT&T, Sprint and TMobile, European carriers and retailers such as EE in GB, and Media Saturn in the EU, in addition to Amazon, Best Buy, Vodafone and many others.*" Additional individuals listed on the Smart'r promotional materials include people who Mr. Sayers has been ordered to have no contact with including, but not limited to, Timothy Williams, former Saygus CFO, is also listed on the new marketing materials as the CFO for Smart'r.

The pitch deck and one-page summary had been emailed to a group of investment consultants and sales agents including ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ and others. An interview with ▮▮▮ affirmed the materials had been circulated among sales agents for the purpose of raising capital or selling investments on behalf of Smart'r.

Exhibits:

1. Smart'r Inc. Pitch deck
2. Smart'r Inc. One Page summary
3. Smart'r Inc. Email offering to sales agents
4. Mail Center postal box



# Executive Summary

**SAYGUS**

10421 S. Jordan Gateway
Suite 500
Salt Lake City, UT 84095

Contact Info:
Phone: (801) 748-1780
Fax: (801) 748-1781
Email: info@saygus.com
Website: www.saygus.com



**Wireless HD Beaming**

**The VSquared**





## Summary

Saygus is a smartphone handset maker that designs and develops the world's most advanced smartphones. The Saygus smartphones have won the Consumer Electronics Show's Design & Engineering Showcase Award for Innovation twice and one has been certified by the Verizon lab and received its final "Authorization to Sell" on the Verizon network which only a handful of smartphone makers have achieved. The newest version of our Vphone series, the VSquared, has been upgraded with exclusive features and is expected to be ready for launch and distribution in 4th Quarter 2019. Verizon signed a three-year distribution agreement for the original Vphone that gave Saygus access to 30,000 Verizon Reseller locations, including Best Buy, Wal-Mart, Target, and hundreds of other local and regional resellers in the US. AT&T, Sprint and T-Mobile and International retailers Media Saturn (in Germany) the leading consumer electronic retailer in Europe and Everything Everywhere, British Mobile Network Operator and internet service provider (in the UK), along with online retailers Amazon and Flipcart have requested sample phones. Clearly the VSquared's International sales potential is impressive. The VSquared will launch as an international "unlocked" smartphone, giving it the opportunity for rapid global distribution. The Company is poised to sell the VSquared into markets with more than 940 million cell subscribers in the U.S., Latin America and Canada within the next 12-18 months. Our recent sales and marketing campaign pre-sold the V Squared to 74 countries around the world. We anticipate selling a conservative 1 million VSquared smartphones in 2019 providing gross profits of $100 million. Saygus previously raised $8 million in a 506 Reg D offering for the VSquared design and development. The Company expects to initiate an Initial Public Offering (IPO) in the next 12 to 18 months to raise a minimum of $432 million to fund the manufacturing and distribution of nearly 8 million phones annually by Year-3 (less than .5 percent of the projected smartphone market in 2022). Prior to January, 2019, the country of Mexico committed to buy 400,000 of our rugged smartphones by reserving $48 million for that purchase. Of this amount, it is anticipated that Saygus will generate about $8 million in gross profit from that contract.

## The VSquared

The VSquared competes in the largest personal electronics market worldwide. Smartphones are more than a half-trillion dollar industry and sales of 1.7 billion are expected in 2019 with nearly 2 billion sold annually by 2023. Saygus competes against Apple's iPhone, Samsung's Galaxy, LG's V10, and other high-end smartphones through a unique combined feature set at a lower price. It promotes user choice of software by being "rooted" out of the box.

This means that programmers can write and deploy Android apps on our phones without having their computer to assist. A programmer in the field can identify a problem or opportunity, invent an application solution, and deploy it to a network or computer all using the VSquared. It can connect to multiple devices simultaneously while exclusively beaming lag free HD video to a TV or overhead projector via the 60 GHz spectrum without a WiFi connection. The VSquared promotes a "host" USB port (like a laptop) that directly connects memory sticks, printers, keyboards, medical devices, displays, etc. to it for unparalleled versatility. The VSquared includes an exclusive sunlight viewable screen, expanded removable dual memory SD card slots of up to 1.24 TB (Terabytes) of storage, exclusive dual water-resistant high-fidelity speakers made for tablets, a large battery for superb movie and/or video performance, and even a TV/audio system remote control IR port. It is the first smartphone designed as a mini-laptop and is targeted to be priced at about $100 less than competitors who have substantially fewer features. The VSquared will be the most advanced smartphone to hit the market. Verizon's handset buyer is awaiting samples.

## Distribution

The VSquared will be positioned as the phone with the best combined feature-set at the lowest price and will launch on networks worldwide with the latest Qualcomm chipset in the coming months. The target is value-minded consumers who demand high-end features at a competitive price. Targeted retailers are Amazon, Media Saturn (Europe), Flipcart, Best Buy etc. and most International carriers, including Verizon.

## Market Share

Global smartphone subscribers will hit 6.1 billion in 2020 analysts say. Using our lower priced, full-featured device and launching its exclusive features worldwide, Saygus expects to conservatively capture one half of a percent (.5%) of the global market by Year-3, or 8 million units annually. These sales will generate nearly a Billion Dollars in gross profits and establish an approximate company valuation of between $7 and $9 billion.

## Projected Financials

| IN THOUSANDS | Yr-1 | Yr-2 | Yr-3 | Yr-4 | Yr-5 | Yr-6 | Yr-7 |
|---|---|---|---|---|---|---|---|
| Units | 100 | 1,105 | 7,791 | 9,169 | 10,637 | 12,126 | 13,823 |
| Revenue | $35,000 | $348,100 | $2,259,281 | $2,659,142 | $3,084,603 | $3,516,450 | $4,008,752 |
| $ EBITDA | $2,489 | $72,170 | $533,092 | $678,189 | $787,965 | $949,441 | $1,082,363 |
| % EBITDA | 7.1% | 20.7% | 23.6% | 25.5% | 25.5% | 27.0% | 27.0% |
| Projected Val at PE: | 10 | $471,798 | $3,751,362 | $4,722,558 | $5,463,935 | $6,583,652 | $7,505,361 |



## Overview

### American Smartphone, Inc.

Designs, develops, engineers production of, and establishes branding, marketing and sales strategies for lines of new mobile devices and ancillary equipment for global enterprise and global healthcare delivery markets.



Company Facts

Year established:
2014

Worldwide offices:
USA & China

Production facility:
Shenzhen, China

Ownership:
Privately held

Management:
Developed & launched over 200
new mobile devices combined

Research & Development:
Salt Lake City, USA &
Shenzhen, China

# Product Line-Up



We focus on enterprise mobile handset solutions for our international clients

Patient monitoring and wellness solutions





Saygus-branded VSquared smartphone

Designed and developed mobile handset solution for government public safety entities



**SAYGUS**



Saygus-branded SaygusMD, enterprise, personal healthcare gateway and patient biometric information devices



# Partnerships

Qualcomm

Google android

CORNING

Lattice

SHARP

SONY

HARMAN
A SAMSUNG COMPANY

QuickLogic

SanDisk

TOSHIBA

REDSTONE

FINGERPRINTS

Iritech, Inc.
Technology with the Iris

FRACTAL ANTENNA
SYSTEMS INC

# Team



**Dr. Gary Barbour**

CTO: Phobos Corporation (Founder/Chair), Fusion-io (Founder/Director: IT), University of Vermont (Assistant Professor), University of Utah (Research Professor)



**Tim Williams**

CFO: Innovation Solutions Technologies (CFO), Acadian Energy (CFO), Internet Telebusiness & Marketing Service (CFO), Sprint Arbor Distribution Company (CFO)



**Clay Epstein**

Chief Security Officer: Saygus; VP Cryptography Bank of America, CIO Venafi, SVP Technology Identrust, Head of eCommerce ANZ Bank



**Tim Riker**

Chief Scientist: Saygus (Co-founder and CTO), Lineo (CTO), Texas Instruments (Linux Project Director) Multiple International Smartphone Design Awards and CES Software Award



**Kelly Poole**

Project Management Director: Kaiser Permanente (Project Manager/IT Business Consultant Specialist). Management Projects: Kaiser, Boeing, Walmart



**Dr. Brad Adams**

Board Certified: Medical Oncology/Internal Medicine. Board eligible: Hematology. Conducts groundbreaking research and co-inventor of the patented IL-2 Transmembrane Construct, 3 years gene therapy research at the Huntsman Cancer Institute. Director and owner of Onesource Home Health and Hospice. Doctor of Medicine, University of Vermont; MS in Medical Laboratory Science, University of Utah; BS in Clinical Laboratory Science, BYU



**Chad Sayers**

Chairman: Saygus (Founder, CEO), CONOCO (Senior Marketing Advisor), VHS Network (SVP), Multiple International Smartphone Design Awards

**Dr. Wenyu (Henry) Li**

GM/Manufacturing: Motorola (Senior Design and Production Engineering Mgr. for multiple models including RAZR, Lead Software Integration Mgr. for integration of Android OS) Multiple International Smartphone Engineering Awards

# Awards & Accolades



Consumer Electronics Association

*Outstanding Design Award*

- Android Authority's Top Pick at CES
- Gizmag Best of CES
- Forbes Magazine's Most Disruptive Innovation
- The Fuse Joplin Best Smartphone
- Computer Business Review Standout Smartphone
- WIRED Magazine Coolest Gadget
- Computerworld Smartphone Star
- International Business Times Top 2 Gadgets
- Best of State, Hardware/Firmware Development, 5x



Consumer Electronics Show

*Design/Engineering Innovation Award*

- **PC Magazine:** *"Dream Phone"*
- **CNET:** *"The Superman Phone", "Uber Phone", "Superphone"*
- **Gizmag:** *"Beast of a Smartphone"*
- **Tom's Guide:** *"Swiss Army Knife of Smartphones"*
- **Tech Radar:** *"Spec Lover's Dream"*
- **Computerbild:** *"The Killer-Super-Mega-Smartphone"*
- **Mobile ID World:** *"Super-Phone"*
- **Popzara:** *"The Most Drool-Worthy Phone"*

# SMART'R

## Executive Summary

### SMART'R INC.

1042 E. Fort Union Blvd.
Suite 233
Salt Lake City, UT 84047

Contact Info:

Email: info@smartrinc.com

Website: smartrinc.com



**The Vmed**



**Vmed Vitals Measured**



**Box Contents**



**FCC and CE (European) Electronics Certification**

## Summary

**Smart'r** is a technology company that specializes in designing and developing the world's most advanced mobile devices in the medical, communications and entertainment industry. Smart'r executives and advisors have won some of the world's top product awards, including the coveted Consumer Electronics Show's (CES) *Design & Engineering Showcase Award for Innovation*, twice as well as for a variety of innovative hardware, software and chipset designs. Our team has had devices certified by Verizon, AT&T, Sprint and TMobile and received authorization to sell on Verizon's network to more than 30,000 direct resellers including Best Buy, Wal-Mart and Target etc. in the US. AT&T, Sprint, T-Mobile and Int'l retailers Media Saturn, with more than a thousand consumer electronic retail stores across Europe, and EE, the largest mobile carrier in England, in addition to online retailers Amazon and Flipcart, are all direct buyer contacts for Smart'r among many others. The Smart'r team of experts have designed and built consumer products in a variety of markets including the medical, smartphone, router, tablet and TV industries for consumers in the US, Japan, Asia, Europe and across the globe. They have served as top engineers and/or executives, founders and CEOs for a number of technology companies, some of which continue to build and develop products today. The accolades awarded to Smart'r team members from the products their teams have created across varied industries establishes their expertise in technology and the international consumer appeal for their products. During Q3 of 2022 Smart'r expects to launch the world's most advanced handheld mobile healthcare device, the Vmed, that measures key vital statistics in the body to assist medical professionals in the assessment of a patient's health on the fly. The Vmed data can help confirm diagnosis accuracy and assist in recognizing health issues. This data can help identify a variety of health concerns in a significantly shorter period when compared to the months or years it may take to identify them due to limited vitals testing done through visits only.

## Healthcare

Healthcare is the largest and fastest growing industry in the world. The global healthcare industry is expected to top $10 trillion this year (2022) according to advicepolicy.com with more than $4 trillion of that amount being attributed to the US alone. The current Smart'r consumer product is designed for the healthcare industry and is already certified by the FCC and CE. Although FDA approval is not necessary, we do believe it can be certified it as a Type II FDA device prior to launch. This handheld device is the most advanced self-use vital statistics monitoring device the world has ever seen providing doctor approved accuracy. As a one-of-a-kind medical device this credit card sized product provides a plethora of vital statistics data in less than one minute. This data is considered crucial by doctors in determining a patients immediate health status throughout their day while away from direct medical monitoring at hospitals and clinics, while on home recovery or living with challenging health issues that are better diagnosed through intermittent daily monitoring to help confirm condition of health, find maladies or observe status of recovery. Our palm-sized device accurately measures temperature, blood pressure, blood oxygen (Sp02), ECG, pulse, respiration (breathing) rate, heart rate variability and afib/arrhythmia through the simple placement of just two fingers, one from each hand, on the finger pads of the device. The process is easy, takes less than one minute and can be done multiple times in an hour, during a workout, before/after or while eating, or throughout the day or night providing instant uploading capabilities for swift analysis by medical professionals as needed. A wrist version is in the planning stages.

## Distribution

The Vmed is positioned for distribution to healthcare companies and hospitals worldwide. Since March of 2022, one of the largest healthcare companies in the US has been testing our Vmed device with doctors and has expressed enthusiasm for its capabilities. Our Smart'r contact believes that this healthcare giant will likely order an initial 100,000 units and up to a million units by the end of 2022.

## Market Share

The Global medical device technology industry was valued in 2021 at more than $470 billion and is expected to grow significantly with IoT (Internet of Things) expanding worldwide to allow for access to on-the-go data like never before. We expect the Smart'r Vmed vital statistics device to sell in the millions of units to hospitals and clinics as well as to retailers worldwide. Our "Year 3" (below) would account for less than .004 percent of the market.

## Projected Financials

| IN THOUSANDS | Yr-1 | Yr-2 | Yr-3 | Yr-4 | Yr-5 | Yr-6 | Yr-7 |
|---|---|---|---|---|---|---|---|
| Units | 100 | 1,105 | 7,791 | 9,169 | 10,637 | 12,126 | 13,823 |
| Revenue | $35,000 | $348,100 | $2,259,281 | $2,659,142 | $3,084,603 | $3,516,450 | $4,008,752 |
| $ EBITDA | $2,489 | $72,170 | $533,092 | $678,189 | $787,965 | $949,441 | $1,082,363 |
| % EBITDA | 7.1% | 20.7% | 23.6% | 25.5% | 25.5% | 27.0% | 27.0% |
| Projected Val at PE: | 10 | $471,798 | $3,751,362 | $4,722,556 | $5,463,935 | $6,583,652 | $7,505,361 |

## Management Team

- Founder - Chad Sayers is a patented inventor with 20+ years' experience creating ground breaking products for US carriers Verizon, AT&T, Sprint and TMobile, European carriers and retailers such as EE in GB, and Media Saturn in the EU, in addition to Amazon, Best Buy, Vodafone and many others.

- CTO - Tim Riker has been an award-winning Linux architect for more than 18 years. He was the CTO at Lineo, a top Linux development software company, and the Linux Project Director at Texas Instruments. Tim headed Sharp's Zaurus Linux OS team, winning the CES 'Best Mobile OS' award.

- Senior Advisor – Sergio Leveratto worked as the Product Manager for one of the world's largest carriers out of Spain, Telefonica Movil, during his 5 years there. From 2000 to 2013 Sergio ran two of Nokia's multi-billion-dollar phone sales divisions where he was instrumental in the building and distribution of more than a billion Nokia phones worldwide, including Nokia's all-time best seller.



# Overview

## SMART'R

We design, develop and engineer smarter mobile devices and mobile equipment for global mobile enterprise and consumers, and the global mobile healthcare market.

Our smarter designs fuel the mobile innovations of tomorrow and become the innovations of today.



# Company Facts



Year established:
**2022**



Worldwide offices:
**USA & China**



Production facility:
**Shenzhen, China**
**Future Facilities Scheduled for**
**the United Kingdom and the USA**



Ownership:
**Privately Held**



Management:
**Developed & Launched Over 200**
**Mobile Devices Combined with**
**Numerous International Awards Won**



Research & Development:
**Salt Lake City, USA**
**Shenzhen, China**

# Product Line-Up



Enterprise and personal healthcare gateway and patient biometric information devices.



Advanced 5G indoor and outdoor router production with sales over 10 million units. TV and unique home storage devices planned.



Designed and developed mobile device solutions for government public safety and government medical entities.



We focus on mobile device solutions for our international buyers and partners.

International mobile device awards for design and engineering and top honors at the international Consumer Electronics Show.



Patient monitoring and wellness solutions for home and mobile use to assist doctors, clinics, hospitals, etc.

# Home and Mobile Technologies - Features



**Screen Protector**
Ruggedized

**Storage**
Secured Home and Office Memory Storage

**Security**
Proprietary Mobile Communications, Biometrics, Banking, Blockchain & Monitoring



**Routers**
Exclusive Most Advanced 5G Indoor and Outdoor Home and Office

**Artificial Intelligence**
Proprietary Artificial Intelligence Information Analysis Technology



**WiHD**
Exclusive Wireless Content Beaming With No Lag Time From Smartphone to TV or Monitor

**Iris Scanning**
Most Advanced Security Technology



**Mobile Video**
Award Winning Proprietary Cellular Video Calling Technology for Super Low Bandwidth Push-To-Talk Two-Way Video Calling





**Waterproofing**
IPX Waterproofing and Dust Rating



**Screen Technology**
High Resolution Exclusive Sunlight Viewability Screens



# Partnerships

Qualcomm

Google android

CORNING

Lattice

SHARP

SONY


HARMAN
A SAMSUNG COMPANY

QuickLogic

SanDisk

TOSHIBA

REDSTONE

FINGERPRINTS

Iritech, Inc.
Technology with the Iris


FRACTAL ANTENNA
SYSTEMS INC

# Team



**Chad Sayers**

**Founder, CEO**

Mobile Device Visionary, Designer and Creator of Award Winning Smartphones; Creator of the world's first low-bandwidth two-way video calling technology and patented inventor.



**Tim Riker**

**Chief Scientist**

Lineo (CTO), Texas Instruments (Linux Project Director) Multiple International Smartphone Design and Engineering and Software Awards and Linux Developer Extraordinaire; Engineer of the world's first low-bandwidth two-way video calling software



**Tim Williams**

**CFO**

Innovation Solutions Technologies (CFO), Acadian Energy (CFO), Internet Telebusiness & Marketing Service (CFO), Sprint Arbor Distribution Company (CFO)



**Dr. Gary Barbour**

**CTO**

Phobos Corporation (Founder/Chair), Fusion-io (Founder/Director, IT), University of Vermont (Assistant Professor), University of Utah (Research Professor)



**Kuang Cheng (KC) Lo**

**VP of Manufacturing and Production**

Founder of Cyber Sys Integration Technology, developer of LCD screen tech used today; Founder of Litemix, developer of high brightness screens; Former President of high-end tablet maker; Current Advisor to Chinese smartphone makers



**Dr. Kasem Charnvitayapong**

**Chief Medical Director**

Board Certified: American Board of Pulmonary Disease: Doctor of Medicine: Medical School: Creighton University School of Medicine; Pulmonary Emergency Room Specialist



**Anthony Delow**

**Board Advisor**

Financial and Technology Industry Analyst; Executive Management Director and Marketing Management Consultant to Fortune 500 Companies



**Clay Epstein**

**Chief Security Officer**

VP Cryptography Bank of America, CIO Venafi, SVP Technology Identrust, Head of eCommerce ANZ Bank

# Awards & Accolades



Consumer Electronics Association

## *Outstanding Design Award*

- **Android Authority's** Top Pick at CES
- **Gizmag** Best of CES
- **Forbes Magazine's** Most Disruptive Innovation
- **The Fuse Joplin** Best Smartphone
- **Computer Business Review** Standout Smartphone
- **WIRED Magazine** Coolest Gadget
- **Computerworld** Smartphone Star
- **International Business Times** Top 2 Gadgets
- **Best of State**, Hardware/Firmware Development, 5x



Consumer Electronics Show

## *Design/Engineering Innovation Award*

- **PC Magazine:** *"Dream Phone"*
- **CNET:** *"The Superman Phone", "Uber Phone", "Superphone"*
- **Gizmag:** *"Beast of a Smartphone"*
- **Tom's Guide:** *"Swiss Army Knife of Smartphones"*
- **Tech Radar:** *"Spec Lover's Dream"*
- **Computerbild:** *"The Killer-Super-Mega-Smartphone"*
- **Mobile ID World:** *"Super-Phone"*
- **Popzara:** *"The Most Drool-Worthy Phone"*

**From:** ███████████████████ @pm.me>
**Sent:** Friday, July 15, 2022 10:03 AM
**To:** ██████████████ @live.com>
**Cc:** ███████ @duck.com>
**Subject:** SAYGUS LATEST UPDATE

Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, June 15th, 2022 at 9:36 AM, ████████████████ @gmail.com> wrote:

FYI Take a look let me know your thoughts. We have access to this new device.

---------- Forwarded message ---------
From: ██████████ ████████ @gmail.com>
Date: Wed, Jun 15, 2022 at 9:25 AM
Subject: Fwd: Confirmation
To: ███████████ @ria.net>, ████████████████ @gmail.com>, ███████████
███ @theinvestmentcompass.com>

**2 attachments**

📄 **ECJ~Chad_Smartr One Page Summary.pdf**
658K

📄 **ECJ~Chad_Smartr Slidedeck 06_22.pdf**
941K

## MEMORANDUM OF INTERVIEW

Utah Department of Commerce
Division of Securities



**To:**    Case File

**From:** Liz Blaylock

**Date:** Sept. 29, 2022

**Case:** 2:21-cr-00229-DS-1 - Sayers, Chad Leon

**RE:** ████████████    Phone Interview

On September 29, 2022, I, Liz Blaylock contacted ████████ by phone ████████ concerning his contact with Chad Sayers. After being advised of the parties present and purpose of the call ████ provided the following information:

████████ is a resident of Houston, Texas who invested in Saygus. On or about July 29, 2022, ████ received a phone call from ████████ at ████████. ████ told ████ she was calling on Chad's behalf about Saygus, because Chad could not contact investors directly.

████ told ████ among other things that Chad's legal problems would be going away in February and that they had a plan to salvage Saygus. She told ████ that there is still a possibility that the phone could be manufactured and sold. ████ relayed Chad's explanation that ████ in China was the obstacle for Saygus not delivering the phone prior and that moving forward they would work with new manufacturing principles to successfully bring the phone to market.

████ explained in order to move forward they needed funds. ████ was not receptive to putting in more funds. He did not follow up on ████'s offers to inquire how much they were seeking or further details of how funds would be used. ████ explains ████ was not being direct with a hard sales pitch, but the purpose of her call was to gauge his support for Saygus and interest in investing. ████ describes he has accepted his investment in Saygus is lost. He was hopeful and still expresses some hope that the company and his stock hold some value, but just doesn't see how the company can move forward.

## MEMORANDUM OF INTERVIEW

Utah Department of Commerce
Division of Securities



**To:**    Case File

**From:** Liz Blaylock

**Date:** Sept. 29, 2022

**Case:** 2:21-cr-00229-DS-1 - Sayers, Chad Leon

**RE:** ███████████    Phone Interview

On September 29, 2022, I, Liz Blaylock contacted ███████ by phone ███████ concerning his contact with Chad Sayers. After being advised of the parties present and purpose of the call ███ provided the following information:

███ is an 85-year-old resident of Minot, North Dakota. ███ is an investor in Saygus. ███ states between December 2021 and February 2022, Chad Sayers called him on the phone out of the blue and asked him for money.

Chad told ███ all the Saygus records were locked up in storage and that he needs to pay the storage fees to access the records and salvage the company. Chad made it sound like Saygus was still viable if he could just get the records from storage. Chad asked ███ to give him $7,000 cash. Chad said he would use the funds to pay the storage fees and get the company back running. ███ told Chad he's put too much money into Saygus already and doesn't have that kind of money accessible. Chad then asked him to pay $7,000 using his credit card. ███ was not willing to do that either. He states he just couldn't give Chad more without seeing any return to date. ███'s impression was that once Chad understood he wasn't going to get any more money from ███ he hung up and hasn't reached out since.

███ states he didn't come forward initially, because he didn't want to cause more trouble for Chad. ███ describes he really likes Chad and believes in the Saygus product. He has known Chad through Saygus for over 10 years and describes him as a good guy. ███ estimates he invested around 100k in Saygus over the years and had hopes the company would succeed. ███ still has hopes the company will succeed, but doesn't see how that will be possible given Chad's criminal matters. ███ said he would look back through his phone records to see if he can locate the exact date, time and duration of the call.

# MEMORANDUM OF INTERVIEW

Utah Department of Commerce
Division of Securities



**To:**     Case File

**From:** Liz Blaylock

**Date:**   Sept. 29, 2022

**Case:**   2:21-cr-00229-DS-1 - Sayers, Chad Leon

**RE:**     ███████████ Phone Interview

On September 29, 2022, I, Liz Blaylock contacted ████████████ by email ███@ria.net and phone ███
███████ concerning investment materials for the company Smart'r Inc.. After being advised of the
parties present and purpose of the call ██████ provided the following information:

████ states he recalls receiving marketing materials concerning Smartr Inc. by email back in June 2022.
He reports he received them from ███████████ who he works with and has known for many years
along with ██████████ and ███████████ at Catalyst Capital Holdings, INC. a company that creates or
acquires capital for companies. Smartr was presented as a possible investment opportunity to present to
their investors.

████ states he had no prior relationship with Chad Sayers or his companies before receiving the
materials. ██████ describes there was some initial talks with Chad Sayers about his business and product
plans earlier in the summer and haven't heard back.

# MEMORANDUM OF INTERVIEW

Utah Department of Commerce
Division of Securities



**To:**   Case File
**From:** Liz Blaylock
**Date:** Sept. 29, 2022
**Case:** 2:21-cr-00229-DS-1 - Sayers, Chad Leon
**RE:** ███████████ Phone Interview

On September 29, 2022, I, Liz Blaylock contacted ███████████ by email ███████████@gmail.com and phone ███████ concerning investment materials for the company Smart'r Inc. After being advised of the parties present and purpose of the call ████████ provided the following information:

███████ states he received the Smart'r Inc. investment materials from Chad Sayers by email chadsayers@gmail.com on or around May 2022. Sayers sent the materials, because he was seeking capital for his business.

███████ describes Chad had a prior relationship with his former business partner ███████████, who had moved to the Philippines. In or around May 2022, ████████ referred Chad to ████████ forwarding him photos of the Vmed and pitch materials Chad had sent to ████████. Chad presented the investment information for Smart'r to them in hopes of starting a business relationship. Chad was seeking $300,000 to $500,000 in investments to finish development on a blood pressure chip for the Vmed device.

Following the email ████████ and Chad spoke by phone at ██████████ . Chad told him about Smart'r and its Vmed device. ███████ thought the product sounded interesting and thought they might be able to help him out with raising capital for Smart'r. ████████ continued to communicate with Chad by phone and circulated the Smart'r marketing materials to his CEO, President and COO for consideration. ████████ recalls he had several conversations with Chad about his Vmed venture, their spiritual believes and families.

After 5 to 6 discussions or more with Chad. ████████ describes he has to have a deep personal relationship to do business together which he expressed to Chad. ████████ describes he really bore into Chad telling him they would need to meet face to face and quizzed him on providing the live product to them. Chad offered to do some in live demos and said such a presentation would be forthcoming. ████████ wanted to see the device first hand and have a medical doctor he knew look at the device for a consult. ████████ was getting ready to really start the due diligence process when Chad ceased all communication with him. Chad gave him a few excuses about some unexpected delay, then sickness, then went dark. ████████ hasn't heard from him since. ████████ was very concerned to hear Chad had been indicted. Nothing like that had been mentioned by Chad in any of their conversations.

*Attachment:* ████████ *emails*



Elizabeth Blaylock <lblaylock@utah.gov>

## Fwd: VMed
1 message

██████████ <i██████████@gmail.com>                    Thu, Sep 29, 2022 at 5:11 PM
To: Liz Blaylock <lblaylock@utah.gov>

---------- Forwarded message ---------
From: ██████████ @gmail.com>
Date: Wed, May 18, 2022 at 4:58 PM
Subject: VMed
To: ██████████ @gmail.com>

Got more details, need to explain

See photos. Got one more chip to develop then complete. Blood Pressure chip.
Needs $350K to finish.

Ed

**5 attachments**



Sayers~IMG_20220503_155114.jpg
2282K



Sayers~IMG_20220507_175158.jpg
2390K

Sayers~IMG_20220503_155516.jpg
2436K





**Sayers~IMG_20220503_155130.jpg**
2408K



**Sayers~IMG_20220507_174623.jpg**
2756K



**Elizabeth Blaylock <lblaylock@utah.gov>**

## Fwd: sports
1 message

_____@gmail.com>                                              Thu, Sep 29, 2022 at 6:33 PM
To: Liz Blaylock <lblaylock@utah.gov>


---------- Forwarded message ---------
From: _____@gmail.com>
Date: Fri, May 27, 2022 at 4:28 PM
Subject: Fwd: sports
To: _____@gmail.com>


---------- Forwarded message ---------
From: **Chad**
Date: Wed, May 18, 2022 at 7:07 PM
Subject: Re: sports
To: _____@gmail.com>



Attached are recent images of our newly finished product.

The BP (Blood Pressure) needs some software work and the servers need to be tested with just minor adjustments for the doctors to access each individual patient's medical data once measured and sent to the cloud.

Time to completion after funds are in is estimated by the engineers to be 3-5 months. At that time we expect to have our personal medical vitals reader fully tested and ready for the market WITH initial FDA certification in process as a Class I/Class II device. FDA certification is NOT needed to sell, but does build credibility. That is why we will begin pushing for the FDA certifications immediately after the funds arrive.

There is an FDA fast track for immediately relevant devices like the Vmed, called Fast Track. We plan to get it qualified for that certification process.

We are living for between $300k and $500k and only from funds outside of the US. We could accept more for those who recognize the $1,650 to $1 ratio in favor of startups. It's a huge advantage to those angels who invest in pre-revenue, pre-IPO starups with a unique product in a very large market like ours of healthcare

The healthcare market alone is a $3.8 trillion industry in just the US with spending at it $11.582 per person in 2019, according to Wikipedia. And we actually think that this little mobile health measuring device could be even bigger in third world countries where there are fewer doctors and less resources available overall.

The world healthcare industry was valued at $8.45 trillion in 2018 and was expected to hit $10 trillion by 2022, 5 months ago according to Policy Advice.org. Our industry is extremely large and expected to continue to grow with the increased life expectancy rising and the US spending twice as much on healthcare as other countries.

Advantages in participating in our Vmed product:
1. Pre-revenue
2. Pre-IPO
3. Huge Market
4. R&D Completed
5. Product Finished- Software Adjustments Needed Only.

6. Samples in the Hands of US Doctors for Months of Testing Already
7. Doctors Reviews are Thumbs Up
8. Buyers Already in Place with Relationships Established
9. Sales Planned to Begin Fall 22'
10. Price of Shares Just $1 Each

ROI for Original Angel Investors in the Following Pre- Revenue,/Pre-IPO Companies:

| COMPANY | ROI | FOUNDED |
|---|---|---|
| Microsoft | 104,499 | 1975 |
| Apple | 3,191,000 | 1976 |
| Amazon | 440,049 | 1994 |
| Netflix | 268,529 | 1997 |
| Google | 21,705 | 1998 |
| Tesla | 116,291 | 2003 |
| Palantir | 13,977 | 2003 |
| Facebook | 12,443. | 2004 |
| ETSY | 9,944 | 2005 |
| Roblox | 37,930 | 2005 |
| FitBit | 16,956 | 2007 |
| AirBnB | 52,771 | 2007 |
| ROKU | 14,790 | 2008 |
| UBER | 29,915 | 2009 |
| DataDog | 14,460 | 2010 |
| Pinterest | 32,957 | 2010 |
| Shopify | 92,180 | 2010 |
| ZOOM | 10,732 | 2011 |
| SNAP | 22,229 | 2011 |
| Carta | 17,051 | 2012 |
| Door Dash | 43,372 | 2013 |

These are just a few. They're are hundreds of them. The question is, where do angel investors find these future unicorns? Well, HERE WE ARE!! There's no need to look any farther.

"Startups generate about $3 trillion in economic output a year. That's about eight Amazons, twenty Microsoft's or Ninety-seven Teslas creating 3.1 million jobs a year" according to Josh Zanderkin,  Lawyer and Business Analyst.

That's more than Fortune 500 companies. Startups in the US are the number one source for new jobs each year. Today, $148 billion goes into new start ups each year in the US.

Ebay did something amazing as a startup when it went from a $20 million in value during one of its first years, to $21 billion in value just one year later! That was an increase in value by 1,050 times in just twelve months.

Studies reveal that startups beat stock returns by 1,650 times!

And finally, studies have confirmed that by the time a company IPOs, 95% of its gains are taken off the table by the original angel investors.

Startups create generational wealth faster and more often than any other investment opportunity for those who can find them.

Angel investing is how the rich invest, when they can. Here we are right now and the opportunity to step in as one of our angels is on the table.

We are looking for $300K to $500K. We would consider more, but that's what we think we need initially to launch our product in the US and a number of places across the world this year.

We are SMART'R Inc. for smarter devices and our new site should be up in the next day or two.

Ed, let's chat when you get a minute.

Best,

Chad



Elizabeth Blaylock <lblaylock@utah.gov>

## Fwd: MR. ELVIS just messaged you
1 message

████████ @gmail.com>                                    Thu, Sep 29, 2022 at 5:10 PM
To: Liz Blaylock <lblaylock@utah.gov>

---------- Forwarded message ---------
From: ████ @gmail.com>
Date: Mon, Jun 20, 2022 at 12:40 PM
Subject: Re: MR. ELVIS just messaged you
To: Chad Sayers <chadsayers@gmail.com>

No worries.

On Mon, Jun 20, 2022 at 12:12 PM Chad Sayers <chadsayers@gmail.com> wrote:
Hey ████

I didn't yet. Just to you. I've been still feeling lousy.

I'll pull it up shortly and get an email out to him.

Thanks!

Chad

On Mon, Jun 20, 2022, 7:44 AM ████████ @gmail.com> wrote:
Have you been able to respond to him?

---------- Forwarded message ---------
From: ████████ **via LinkedIn** <messaging-digest-noreply@linkedin.com>
Date: Mon, Jun 20, 2022 at 2:01 AM
Subject: MR. ELVIS just messaged you
To: ████████ @gmail.com>

**Linked** in                                                    

# 2 new messages await your response



**MR.** ████████
H.J Heinz Finance UK Plc

View messages

This email was intended for Michael Verdun (Owner/Founder Secure Solutions.
Financial Services professional specializing in Risk-Averse solutions).
Learn why we included this.

You are receiving Messages digest emails.

Unsubscribe  ·  Help

Linked in

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

# MEMORANDUM OF INTERVIEW



Utah Department of Commerce
Division of Securities

**To:**    Case File
**From:** Liz Blaylock
**Date:**  Sept. 29, 2022
**Case:**  2:21-cr-00229-DS-1 - Sayers, Chad Leon
**RE:**    ██████████████    Phone Interview

On September 29, 2022, I, Liz Blaylock contacted ████████████ by email ████████████ @gmail.com and phone ████████████ concerning Smart'r Inc. and any contact with Chad Sayers. After being advised of the parties present and purpose of the call ████████ provided the following information:

████████ states he has never heard of Smart'r Inc. is not an advisor for the company and has absolutely no involvement with this company whatsoever. ████████ was presented with a copy of the *Smart'r Inc. One Page summary* (attachment) by email and confirmed again he has no knowledge of or involvement in the business.

████████ states Chad Sayers has no permission to use his name and this seems to be an ongoing problem with Chad. He described that Chad owes him a lot of money and continued to use his name affiliated with Saygus, when ████████ was no longer affiliated with the company. He previously asked Chad to stop using his name in Saygus and pay him what is owed. ████████ states he hired an attorney to make this demand and sued Chad and Saygus for breach of contract. ████████ states he would never do business with Chad again. He states working with Chad was the biggest mistake of his career.

Regarding his most recent contract with Chad, ████████ reports Chad called him by phone at the beginning of this year. ████████ described he took the call in hopes Chad was calling to talk about a settlement to pay him what is owed. ████████ says Chad the call short and mostly social in nature. ████████ asked Chad again to pay him what he's owed, which he never has. No further contact occurred since then.

Attachment: *Smart'r Inc. One Page summary*



Elizabeth Blaylock <lblaylock@utah.gov>

## Re: Smart'r Inc.

1 message

███████████ @gmail.com>                                              Thu, Sep 29, 2022 at 3:34 PM
To: Liz Blaylock <lblaylock@utah.gov>

Liz,

Thank you for sharing this.

This is the first time that I hear about Smart'r Inc.
I have absolutely no involvement with this company.

Please let em know if you need anything else from me.

Best regards,

███████████

On Sep 29, 2022, at 3:15 PM, Liz Blaylock <lblaylock@utah.gov> wrote:

-

Just following up with you. Please see the summary attached. Your name is listed on the bottom. Just to
confirm, you are not affiliated with this company?

On Thu, Sep 29, 2022 at 12:26 PM Liz Blaylock <lblaylock@utah.gov> wrote:
  Mr. ███████████

  You are listed as a Senior Advisor of Smart'r Inc. Are you affiliated with that company in that way?
  Have you had contact with Mr. Chad Sayers about Smart'r Inc.?

  Please let me know

  --

  **Liz Blaylock** | / Senior Enforcement Investigator
  
  **UTAH DEPARTMENT
  OF COMMERCE**
  **Division of Securities**
  Phone 801. 530. 6138 | Email lblaylock@utah.gov

**SMART'R**

## Executive Summary

**SMART'R INC.**

1042 E. Fort Union Blvd.
Suite 233
Salt Lake City, UT 84047

Contact Info:

Email: info@smartrinc.com

Website: smartrinc.com



**The Vmed**



**Vmed Vitals Measured**



**Box Contents**



**FCC and CE (European) Electronics Certification**

## Summary

**Smart'r** is a technology company that specializes in designing and developing the world's most advanced mobile devices in the medical, communications and entertainment industry. Smart'r executives and advisors have won some of the world's top product awards, including the coveted Consumer Electronics Show's (CES) *Design & Engineering Showcase Award for Innovation*, twice as well as for a variety of innovative hardware, software and chipset designs. Our team has had devices certified by Verizon, AT&T, Sprint and TMobile and received authorization to sell on Verizon's network to more than 30,000 direct resellers including Best Buy, Wal-Mart and Target etc. in the US. AT&T, Sprint, T-Mobile and Int'l retailers Media Saturn, with more than a thousand consumer electronic retail stores across Europe, and EE, the largest mobile carrier in England, in addition to online retailers Amazon and Flipcart, are all direct buyer contacts for Smart'r among many others. The Smart'r team of experts have designed and built consumer products in a variety of markets including the medical, smartphone, router, tablet and TV industries for consumers in the US, Japan, Asia, Europe and across the globe. They have served as top engineers and/or executives, founders and CEOs for a number of technology companies, some of which continue to build and develop products today. The accolades awarded to Smart'r team members from the products their teams have created across varied industries establishes their expertise in technology and the international consumer appeal for their products. During Q3 of 2022 Smart'r expects to launch the world's most advanced handheld mobile healthcare device, the Vmed, that measures key vital statistics in the body to assist medical professionals in the assessment of a patient's health on the fly. The Vmed data can help confirm diagnosis accuracy and assist in recognizing health issues. This data can help identify a variety of health concerns in a significantly shorter period when compared to the months or years it may take to identify them due to limited vitals testing done through visits only.

## Healthcare

Healthcare is the largest and fastest growing industry in the world. The global healthcare industry is expected to top $10 trillion this year (2022) according to advicepolicy.com with more than $4 trillion of that amount being attributed to the US alone. The current Smart'r consumer product is designed for the healthcare industry and is already certified by the FCC and CE. Although FDA approval is not necessary, we do believe it can be certified it as a Type II FDA device prior to launch. This handheld device is the most advanced self-use vital statistics monitoring device the world has ever seen providing doctor approved accuracy. As a one-of-a-kind medical device this credit card sized product provides a plethora of vital statistics data in less than one minute. This data is considered crucial by doctors in determining a patients immediate health status throughout their day while away from direct medical monitoring at hospitals and clinics, while on home recovery or living with challenging health issues that are better diagnosed through intermittent daily monitoring to help confirm condition of health, find maladies or observe status of recovery. Our palm-sized device accurately measures temperature, blood pressure, blood oxygen (Sp02), ECG, pulse, respiration (breathing) rate, heart rate variability and afib/arrhythmia through the simple placement of just two fingers, one from each hand, on the finger pads of the device. The process is easy, takes less than one minute and can be done multiple times in an hour, during a workout, before/after or while eating, or throughout the day or night providing instant uploading capabilities for swift analysis by medical professionals as needed. A wrist version is in the planning stages.

## Distribution

The Vmed is positioned for distribution to healthcare companies and hospitals worldwide. Since March of 2022, one of the largest healthcare companies in the US has been testing our Vmed device with doctors and has expressed enthusiasm for its capabilities. Our Smart'r contact believes that this healthcare giant will likely order an initial 100,000 units and up to a million units by the end of 2022.

## Market Share

The Global medical device technology industry was valued in 2021 at more than $470 billion and is expected to grow significantly with IoT (Internet of Things) expanding worldwide to allow for access to on-the-go data like never before. We expect the Smart'r Vmed vital statistics device to sell in the millions of units to hospitals and clinics as well as to retailers worldwide. Our "Year 3" (below) would account for less than .004 percent of the market.

## Projected Financials

| IN THOUSANDS | Yr-1 | Yr-2 | Yr-3 | Yr-4 | Yr-5 | Yr-6 | Yr-7 |
|---|---|---|---|---|---|---|---|
| Units | 100 | 1,105 | 7,791 | 9,169 | 10,637 | 12,126 | 13,823 |
| Revenue | $35,000 | $348,100 | $2,259,281 | $2,659,142 | $3,084,603 | $3,516,450 | $4,008,752 |
| $ EBITDA | $2,489 | $72,170 | $533,092 | $678,189 | $787,965 | $949,441 | $1,082,363 |
| % EBITDA | 7.1% | 20.7% | 23.6% | 25.5% | 25.5% | 27.0% | 27.0% |
| Projected Val at PE: | 10 | $471,798 | $3,751,362 | $4,722,556 | $5,463,935 | $6,583,652 | $7,505,361 |

## Management Team

- Founder - Chad Sayers is a patented inventor with 20+ years' experience creating ground breaking products for US carriers Verizon, AT&T, Sprint and TMobile, European carriers and retailers such as EE in Gb, and Media Saturn in the EU, in addition to Amazon, Best Buy, Vodafone and many others.

- CTO - Tim Riker has been an award-winning Linux architect for more than 18 years. He was the CTO at Lineo, a top Linux development software company, and the Linux Project Director at Texas Instruments. Tim headed Sharp's Zaurus Linux OS team, winning the CES 'Best Mobile OS' award.

- Senior Advisor – Sergio Leveratto worked as the Product Manager for one of the world's largest carriers out of Spain, Telefonica Movil, during his 5 years there. From 2000 to 2013 Sergio ran two of Nokia's multi-billion-dollar phone sales divisions where he was instrumental in the building and distribution of more than a billion Nokia phones worldwide, including Nokia's all-time best seller.

## <u>MEMORANDUM OF INTERVIEW</u>

Utah Department of Commerce
Division of Securities



**To:**     Case File

**From:** Liz Blaylock

**Date:** Sept. 30, 2022

**Case:** 2:21-cr-00229-DS-1 - Sayers, Chad Leon

**RE:** ███████████████ Phone Interview

On September 30, 2022, I, Liz Blaylock contacted ████████████ (████) by email ████@internettelebusiness.com and phone ███████████ concerning Smart'r Inc. and any contact he has had with Chad Sayers. After being advised of the parties present and purpose of the call ████ provided the following information:

████ states he has never heard of Smart'r Inc. and that he is not the Chief Financial Officer of the company, nor has he had any involvement with the company ████ was presented with a copy of the *Smart'r Inc. Pitch deck* (attachment) by email and confirmed again he is not involved in the business.

In review of the pitch deck ████ states this is the exact same thing as Saygus. He identified principles listed including Chad, ████████, himself, ████████ and ████████████ as all previously affiliated with Saygus in those same officer roles. He did not know the other three new individuals listed. ████ also noted the Awards and Accolades page of the deck are all from Saygus and its smartphone product. ████ does not think the Partnerships listed in the deck are real or even possible. ████ looked up Smartr Inc's entity filing online and noted it was started just 3 months ago.

Regarding his most recent contract with Chad, ████ reports he has not had any form of contact with Chad in over a year. His last contact was in Sept. of 2021, which was a voice message from Chad saying ████████ ████ would be contacting him for an interview. ████ is aware of the no contact order and states he has not reached out to Chad since last September, but would like to inquire why Chad is listing him as CFO on this new business without talking to him.

*Attachment: Email Smart'r Inc. Pitch deck*



Elizabeth Blaylock <lblaylock@utah.gov>

## RE: Smart'r Inc.

1 message

█████████████████ @internettelebusiness.com>                    Fri, Sep 30, 2022 at 7:35 AM
To: Liz Blaylock <lblaylock@utah.gov>

Liz,

I've never heard of "Smart'r Inc". No, I am not a CFO of that company, nor have a had any involvement with a company by that name.

I have not had any contact with Chad in over a year. I have not had contact with Chad at any time regarding that company.

████████████

C: ████████████

From: Liz Blaylock <lblaylock@utah.gov>
Sent: Thursday, September 29, 2022 2:27 PM
To: ███@internettelebusiness.com
Subject: Smart'r Inc.

Mr. ████████.

You have been listed as a CFO of the company Smart'r Inc. Are you in fact the CFO of this company?

Have you had contact with Mr. Chad Sayers regarding this company?

Please let me know

--

**Liz Blaylock** | / Senior Enforcement Investigator



**UTAH DEPARTMENT
OF COMMERCE**

**Division of Securities**

Phone 801. 530. 6138 | Email lblaylock@utah.gov



## Overview

### SMART'R

We design, develop and engineer smarter mobile devices and mobile equipment for global mobile enterprise and consumers, and the global mobile healthcare market.

Our smarter designs fuel the mobile innovations of tomorrow and become the innovations of today.



# Company Facts



Year established:
**2022**



Worldwide offices:
**USA & China**



Production facility:
**Shenzhen, China**
**Future Facilities Scheduled for**
**the United Kingdom and the USA**



Ownership:
**Privately Held**



Management:
**Developed & Launched Over 200**
**Mobile Devices Combined with**
**Numerous International Awards Won**



Research & Development:
**Salt Lake City, USA**
**Shenzhen, China**

# Product Line-Up



Enterprise and personal healthcare gateway and patient biometric information devices.



Advanced 5G indoor and outdoor router production with sales over 10 million units. TV and unique home storage devices planned.



Designed and developed mobile device solutions for government public safety and government medical entities.



We focus on mobile device solutions for our international buyers and partners.



International mobile device awards for design and engineering and top honors at the international Consumer Electronics Show.



Patient monitoring and wellness solutions for home and mobile use to assist doctors, clinics, hospitals, etc.

# Home and Mobile Technologies - Features



**Waterproofing**
IPX Waterproofing and Dust Rating



**Iris Scanning**
Most Advanced Security Technology



**Artificial Intelligence**
Proprietary Artificial Intelligence Information Analysis Technology



**Screen Protector**
Ruggedized



**Security**
Proprietary Mobile Communications, Biometrics, Banking, Blockchain & Monitoring



**Storage**
Secured Home and Office Memory Storage



**Screen Technology**
High Resolution Exclusive Sunlight Viewability Screens

**Mobile Video**
Award Winning Proprietary Cellular Video Calling Technology for Super Low Bandwidth Push-To-Talk Two-Way Video Calling



**WiHD**
Exclusive Wireless Content Beaming With No Lag Time From Smartphone to TV or Monitor

**Routers**
Exclusive Most Advanced 5G Indoor and Outdoor Home and Office

# Partnerships

Qualcomm

Google android

CORNING

Lattice 

SHARP

SONY

HARMAN A SAMSUNG COMPANY

QuickLogic 

SanDisk

TOSHIBA

REDSTONE

FINGERPRINTS

Iritech, Inc.
Technology with the Iris

FRACTAL ANTENNA SYSTEMS INC  

# Team



**Chad Sayers**

**Founder, CEO**

Mobile Device Visionary, Designer and Creator of Award Winning Smartphones; Creator of the world's first low-bandwidth two-way video calling technology and patented inventor.



**Tim Riker**

**Chief Scientist**

Lineo (CTO), Texas Instruments (Linux Project Director) Multiple International Smartphone Design and Engineering and Software Awards and Linux Developer Extraordinaire; Engineer of the world's first low-bandwidth two-way video calling software



**Tim Williams**

**CFO**

Innovation Solutions Technologies (CFO), Acadian Energy (CFO), Internet Telebusiness & Marketing Service (CFO), Sprint Arbor Distribution Company (CFO)



**Dr. Gary Barbour**

**CTO**

Phobos Corporation (Founder/Chair), Fusion-io (Founder/Director, IT), University of Vermont (Assistant Professor), University of Utah (Research Professor)



**Kuang Cheng (KC) Lo**

**VP of Manufacturing and Production**

Founder of Cyber Sys Integration Technology, developer of LCD screen tech used today; Founder of Litemix, developer of high brightness screens; Former President of high-end tablet maker; Current Advisor to Chinese smartphone makers

**Dr. Kasem Charnvitayapong**

**Chief Medical Director**

Board Certified; American Board of Pulmonary Disease; Doctor of Medicine; Medical School: Creighton University School of Medicine; Pulmonary Emergency Room Specialist



**Anthony Delow**

**Board Advisor**

Financial and Technology Industry Analyst; Executive Management Director and Marketing Management Consultant to Fortune 500 Companies



**Clay Epstein**

**Chief Security Officer**

VP Cryptography Bank of America, CIO Venafi, SVP Technology Identrust, Head of eCommerce ANZ Bank

# Awards & Accolades



Consumer Electronics Association

## *Outstanding Design Award*

- Android Authority's Top Pick at CES
- Gizmag Best of CES
- Forbes Magazine's Most Disruptive Innovation
- The Fuse Joplin Best Smartphone
- Computer Business Review Standout Smartphone
- WIRED Magazine Coolest Gadget
- Computerworld Smartphone Star
- International Business Times Top 2 Gadgets
- Best of State, Hardware/Firmware Development, 5x



Consumer Electronics Show

## *Design/Engineering Innovation Award*

- **PC Magazine:** *"Dream Phone"*
- **CNET:** *"The Superman Phone", "Uber Phone", "Superphone"*
- **Gizmag:** *"Beast of a Smartphone"*
- **Tom's Guide:** *"Swiss Army Knife of Smartphones"*
- **Tech Radar:** *"Spec Lover's Dream"*
- **Computerbild:** *"The Killer-Super-Mega-Smartphone"*
- **Mobile ID World:** *"Super-Phone"*
- **Popzara:** *"The Most Drool-Worthy Phone"*