




## Overview

### SMART'R

We design, develop and engineer smarter mobile devices and mobile equipment for global mobile enterprise and consumers, and the global mobile healthcare market.

Our smarter designs fuel the mobile innovations of tomorrow and become the innovations of today.

# Company Facts



Year established:
**2022**



Worldwide offices:
**USA & China**



Production facility:
**Shenzhen, China**
**Future Facilities Scheduled for
the United Kingdom and the USA**



Ownership:
**Privately Held**



Management:
**Developed & Launched Over 200
Mobile Devices Combined with
Numerous International Awards Won**



Research & Development:
**Salt Lake City, USA
Shenzhen, China**

# Product Line-Up


We focus on mobile device solutions for our international buyers and partners.


Enterprise and personal healthcare gateway and patient biometric information devices.


International mobile device awards for design and engineering and top honors at the international Consumer Electronics Show.


Advanced 5G indoor and outdoor router production with sales over 10 million units. TV and unique home storage devices planned.


Patient monitoring and wellness solutions for home and mobile use to assist doctors, clinics, hospitals, etc.


Designed and developed mobile device solutions for government public safety and government medical entities.



# Home and Mobile Technologies - Features


**Waterproofing**
IPX Waterproofing and Dust Rating


**Iris Scanning**
Most Advanced Security Technology


**Artificial Intelligence**
Proprietary Artificial Intelligence Information Analysis Technology


**Security**
Proprietary Mobile Communications, Biometrics, Banking, Blockchain & Monitoring


**Screen Protector**
Ruggedized


**Screen Technology**
High Resolution Exclusive Sunlight Viewability Screens


**Mobile Video**
Award Winning Proprietary Cellular Video Calling Technology for Super Low Bandwidth Push-To-Talk Two-Way Video Calling


**WiHD**
Exclusive Wireless Content Beaming With No Lag Time From Smartphone to TV or Monitor


**Routers**
Exclusive Most Advanced 5G Indoor and Outdoor Home and Office


**Storage**
Secured Home and Office Memory Storage

# Partnerships

| Qualcomm | Google android | CORNING | Lattice |
| SHARP | SONY | HARMAN (A Samsung Company) | QuickLogic |
| SanDisk | TOSHIBA | REDSTONE | FINGERPRINTS |
| | Iritech, Inc. Technology with the Iris | FRACTAL ANTENNA SYSTEMS INC | |

# Team



**Chad Sayers**
Founder, CEO

Mobile Device Visionary, Designer and Creator of Award Winning Smartphones; Creator of the world's first low-bandwidth two-way video calling technology and patented inventor.



**Tim Riker**
Chief Scientist

Lineo (CTO), Texas Instruments (Linux Project Director) Multiple International Smartphone Design and Engineering and Software Awards and Linux Developer Extraordinaire; Engineer of the world's first low-bandwidth two-way video calling software



**Tim Williams**
CFO

Innovation Solutions Technologies (CFO), Acadian Energy (CFO), Internet Telebusiness & Marketing Service (CFO), Sprint Arbor Distribution Company (CFO)



**Dr. Gary Barbour**
CTO

Phobos Corporation (Founder/Chair), Fusion-io (Founder/Director, IT), University of Vermont (Assistant Professor), University of Utah (Research Professor)



**Kuang Cheng (KC) Lo**
VP of Manufacturing and Production

Founder of Cyber Sys Integration Technology, developer of LCD screen tech used today; Founder of Litemix, developer of high brightness screens; Former President of high-end tablet maker; Current Advisor to Chinese smartphone makers



**Dr. Kasem Charnvitayapong**
Chief Medical Director

Board Certified: American Board of Pulmonary Disease: Doctor of Medicine; Medical School: Creighton University School of Medicine; Pulmonary Emergency Room Specialist



**Anthony Delow**
Board Advisor

Financial and Technology Industry Analyst; Executive Management Director and Marketing Management Consultant to Fortune 500 Companies



**Clay Epstein**
Chief Security Officer

VP Cryptography Bank of America, CIO Venafi, SVP Technology Identrust, Head of eCommerce ANZ Bank

## Awards & Accolades



Consumer Electronics Association
*Outstanding Design Award*



Consumer Electronics Show
*Design/Engineering Innovation Award*

- **Android Authority's** Top Pick at CES
- **Gizmag** Best of CES
- **Forbes Magazine's** Most Disruptive Innovation
- **The Fuse Joplin** Best Smartphone
- **Computer Business Review** Standout Smartphone
- **WIRED Magazine** Coolest Gadget
- **Computerworld** Smartphone Star
- **International Business Times** Top 2 Gadgets
- **Best of State,** Hardware/Firmware Development, 5x

- *PC Magazine:* "Dream Phone"
- *CNET:* "The Superman Phone", "Uber Phone", "Superphone"
- *Gizmag:* "Beast of a Smartphone"
- *Tom's Guide:* "Swiss Army Knife of Smartphones"
- *Tech Radar:* "Spec Lover's Dream"
- *Computerbild:* "The Killer-Super-Mega-Smartphone"
- *Mobile ID World:* "Super-Phone"
- *Popzara:* "The Most Drool-Worthy Phone"