





## Overview

### American Smartphone, Inc.

Designs, develops, engineers production of, and establishes branding, marketing and sales strategies for lines of new mobile devices and ancillary equipment for global enterprise and global healthcare delivery markets.

## Company Facts



Year established:
**2014**



Worldwide offices:
**USA & China**



Production facility:
**Shenzhen, China**



Ownership:
**Privately held**



Management:
**Developed & launched over 200 new mobile devices combined**



Research & Development:
**Salt Lake City, USA & Shenzhen, China**

# Product Line-Up

 We focus on enterprise mobile handset solutions for our international clients

 Patient monitoring and wellness solutions

 Saygus-branded VSquared smartphone

 Designed and developed mobile handset solution for government public safety entities

 Saygus-branded SaygusMD, enterprise, personal healthcare gateway and patient biometric information devices





# Partnerships

| Qualcomm | Google android | CORNING |  Lattice |
| SHARP | SONY | HARMAN <br> A SAMSUNG COMPANY |  QuickLogic |
| SanDisk | TOSHIBA | REDSTONE |  FINGERPRINTS |
| |  Iritech, Inc. <br> Technology with the Iris |  FRACTAL ANTENNA SYSTEMS INC | |



# Team

### Chad Sayers

Chairman; Saygus (Founder, CEO), CONOCO (Senior Marketing Advisor), VHS Network (SVP), Multiple International Smartphone Design Awards

### Tim Riker

Chief Scientist; Saygus (Co-founder and CTO), Lineo (CTO), Texas Instruments (Linux Project Director), Multiple International Smartphone Design Awards and CES Software Award

### Tim Williams

CFO; Innovation Solutions Technologies (CFO), Acadian Energy (CFO), Internet Telebusiness & Marketing Service (CFO), Sprint Arbor Distribution Company (CFO)

### Dr. Wenyu (Henry) Li

GM/Manufacturing; Motorola (Senior Design and Production Engineering Mgr. for multiple models including RAZR, Lead Software Integration Mgr. for integration of Android OS) Multiple International Smartphone Engineering Awards

### Dr. Brad Adams

Board Certified: Medical Oncology/Internal Medicine, Board eligible: Hematology. Conducts groundbreaking research and co-inventor of the patented IL-2 Transmembrane Construct. 3 years gene therapy research at the Huntsman Cancer Institute. Director and owner of Onesource Home Health and Hospice. Doctor of Medicine, University of Vermont; MS in Medical Laboratory Science, University of Utah; BS in Clinical Laboratory Science, BYU

### Kelly Poole

Project Management Director: Kaiser Permanente (Project Manager/IT Business Consultant Specialist), Management Projects: Kaiser, Boeing, Walmart

### Dr. Gary Barbour

CTO; Phobos Corporation (Founder/Chair), Fusion-io (Founder/Director, IT), University of Vermont (Assistant Professor), University of Utah (Research Professor)

### Clay Epstein
Chief Security Officer; Saygus: VP Cryptography Bank of America, CIO Venafi, SVP Technology Identrust, Head of eCommerce ANZ Bank

## Awards & Accolades



Consumer Electronics Association

*Outstanding Design Award*



Consumer Electronics Show

*Design/Engineering Innovation Award*

- **Android Authority's** Top Pick at CES
- **Gizmag** Best of CES
- **Forbes Magazine's** Most Disruptive Innovation
- **The Fuse Joplin** Best Smartphone
- **Computer Business Review** Standout Smartphone
- **WIRED Magazine** Coolest Gadget
- **Computerworld** Smartphone Star
- **International Business Times** Top 2 Gadgets
- **Best of State,** Hardware/Firmware Development, 5x

- *PC Magazine:* "Dream Phone"
- *CNET:* "The Superman Phone", "Uber Phone", "Superphone"
- *Gizmag:* "Beast of a Smartphone"
- *Tom's Guide:* "Swiss Army Knife of Smartphones"
- *Tech Radar:* "Spec Lover's Dream"
- *Computerbild:* "The Killer-Super-Mega-Smartphone"
- *Mobile ID World:* "Super-Phone"
- *Popzara:* "The Most Drool-Worthy Phone"