GOVERNMENT EXHIBIT 3

# SMART'R

## Executive Summary

**SMART'R INC.**

1042 E. Fort Union Blvd.
Suite 233
Salt Lake City, UT 84047

Contact Info:

Email: info@smartrinc.com

Website: smartrinc.com



**The Vmed**



**Vmed Vitals Measured**



**Box Contents**



**FCC and CE (European) Electronics Certification**

## Summary

**Smart'r** is a technology company that specializes in designing and developing the world's most advanced mobile devices in the medical, communications and entertainment industry. Smart'r executives and advisors have won some of the world's top product awards, including the coveted Consumer Electronics Show's (CES) *Design & Engineering Showcase Award for Innovation,* twice as well as for a variety of innovative hardware, software and chipset designs. Our team has had devices certified by Verizon, AT&T, Sprint and TMobile and received authorization to sell on Verizon's network to more than 30,000 direct resellers including Best Buy, Wal-Mart and Target etc. in the US, AT&T, Sprint, T-Mobile and Int'l retailers Media Saturn, with more than a thousand consumer electronic retail stores across Europe, and EE, the largest mobile carrier in England, in addition to online retailers Amazon and Flipcart, are all direct buyer contacts for Smart'r among many others. The Smart'r team of experts have designed and built consumer products in a variety of markets including the medical, smartphone, router, tablet and TV industries for consumers in the US, Japan, Asia, Europe and across the globe. They have served as top engineers and/or executives, founders and CEOs for a number of technology companies, some of which continue to build and develop products today. The accolades awarded to Smart'r team members from the products their teams have created across varied industries establishes their expertise in technology and the international consumer appeal for their products. During Q3 of 2022 Smart'r expects to launch the world's most advanced handheld mobile healthcare device, the Vmed, that measures key vital statistics in the body to assist medical professionals in the assessment of a patient's health on the fly. The Vmed data can help confirm diagnosis accuracy and assist in recognizing health issues. This data can help identify a variety of health concerns in a significantly shorter period when compared to the months or years it may take to identify them due to limited vitals testing done through visits only.

## Healthcare

Healthcare is the largest and fastest growing industry in the world. The global healthcare industry is expected to top $10 trillion this year (2022) according to advicepolicy.com with more than $4 trillion of that amount being attributed to the US alone. The current Smart'r consumer product is designed for the healthcare industry and is already certified by the FCC and CE. Although FDA approval is not necessary, we do believe it can be certified it as a Type II FDA device prior to launch. This handheld device is the most advanced self-use vital statistics monitoring device the world has ever seen providing doctor approved accuracy. As a one-of-a-kind medical device this credit card sized product provides a plethora of vital statistics data in less than one minute. This data is considered crucial by doctors in determining a patients immediate health status throughout their day while away from direct medical monitoring at hospitals and clinics, while on home recovery or living with challenging health issues that are better diagnosed through intermittent daily monitoring to help confirm condition of health, find maladies or observe status of recovery. Our palm-sized device accurately measures temperature, blood pressure, blood oxygen (Sp02), ECG, pulse, respiration (breathing) rate, heart rate variability and afib/arrhythmia through the simple placement of just two fingers, one from each hand, on the finger pads of the device. The process is easy, takes less than one minute and can be done multiple times in an hour, during a workout, before/after or while eating, or throughout the day or night providing instant uploading capabilities for swift analysis by medical professionals as needed. A wrist version is in the planning stages.

## Distribution

The Vmed is positioned for distribution to healthcare companies and hospitals worldwide. Since March of 2022, one of the largest healthcare companies in the US has been testing our Vmed device with doctors and has expressed enthusiasm for its capabilities. Our Smart'r contact believes that this healthcare giant will likely order an initial 100,000 units and up to a million units by the end of 2022.

## Market Share

The Global medical device technology industry was valued in 2021 at more than $470 billion and is expected to grow significantly with IoT (Internet of Things) expanding worldwide to allow for access to on-the-go data like never before. We expect the Smart'r Vmed vital statistics device to sell in the millions of units to hospitals and clinics as well as to retailers worldwide. Our "Year 3" (below) would account for less than .004 percent of the market.

## Projected Financials

| IN THOUSANDS | Yr-1 | Yr-2 | Yr-3 | Yr-4 | Yr-5 | Yr-6 | Yr-7 |
|---|---|---|---|---|---|---|---|
| Units | 100 | 1,105 | 7,791 | 9,169 | 10,637 | 12,126 | 13,823 |
| Revenue | $35,000 | $348,100 | $2,259,281 | $2,659,142 | $3,084,603 | $3,516,450 | $4,008,752 |
| $ EBITDA | $2,489 | $72,170 | $533,092 | $678,189 | $787,965 | $949,441 | $1,082,363 |
| % EBITDA | 7.1% | 20.7% | 23.6% | 25.5% | 25.5% | 27.0% | 27.0% |
| Projected Val at PE: | 10 | $471,798 | $3,751,362 | $4,722,556 | $5,463,935 | $6,583,652 | $7,505,361 |

## Management Team

- Founder - Chad Sayers is a patented inventor with 20+ years' experience creating ground breaking products for US carriers Verizon, AT&T, Sprint and TMobile, European carriers and retailers such as EE in GB, and Media Saturn in the EU, in addition to Amazon, Best Buy, Vodafone and many others.
- CTO - Tim Riker has been an award-winning Linux architect for more than 18 years. He was the CTO at Lineo, a top Linux development software company, and the Linux Project Director at Texas Instruments. Tim headed Sharp's Zaurus Linux OS team, winning the CES 'Best Mobile OS' award.
- Senior Advisor – Sergio Leveratto worked as the Product Manager for one of the world's largest carriers out of Spain, Telefonica Movil, during his 5 years there. From 2000 to 2013 Sergio ran two of Nokia's multi-billion-dollar phone sales divisions where he was instrumental in the building and distribution of more than a billion Nokia phones worldwide, including Nokia's all-time best seller.