

## Executive Summary

**SAYGUS**
10421 S. Jordan Gateway
Suite 500
Salt Lake City, UT 84095

Contact Info:
Phone: (801) 748-1780
Fax: (801) 748-1781
Email: info@saygus.com
Website: www.saygus.com



**Wireless HD Beaming**

**The VSquared**








GOVERNMENT EXHIBIT 4

### Summary

Saygus is a smartphone handset maker that designs and develops the world's most advanced smartphones. The Saygus smartphones have won the Consumer Electronics Show's Design & Engineering Showcase Award for Innovation twice and one has been certified by the Verizon lab and received its final "Authorization to Sell" on the Verizon network which only a handful of smartphone makers have achieved. The newest version of our Vphone series, the VSquared, has been upgraded with exclusive features and is expected to be ready for launch and distribution in 4th Quarter 2019. Verizon signed a three-year distribution agreement for the original Vphone that gave Saygus access to 30,000 Verizon Reseller locations, including Best Buy, Wal-Mart, Target, and hundreds of other local and regional resellers in the US. AT&T, Sprint and T-Mobile and International retailers Media Saturn (in Germany) the leading consumer electronic retailer in Europe and Everything Everywhere, British Mobile Network Operator and Internet service provider (in the UK), along with online retailers Amazon and Flipcart have requested sample phones. Clearly the VSquared's International sales potential is impressive. The VSquared will launch as an international "unlocked" smartphone, giving it the opportunity for rapid global distribution. The Company is poised to sell the VSquared into markets with more than 940 million cell subscribers in the U.S., Latin America and Canada within the next 12-18 months. Our recent sales and marketing campaign pre-sold the V Squared to 74 countries around the world. We anticipate selling a conservative 1 million VSquared smartphones in 2019 providing gross profits of $100 million. Saygus previously raised $8 million in a 506 Reg D offering for the VSquared design and development. The Company expects to initiate an Initial Public Offering (IPO) in the next 12 to 18 months to raise a minimum of $432 million to fund the manufacturing and distribution of nearly 8 million phones annually by Year-3 (less than .5 percent of the projected smartphone market in 2022). Prior to January, 2019, the country of Mexico committed to buy 400,000 of our rugged smartphones by reserving $48 million for that purchase. Of this amount, it is anticipated that Saygus will generate about $8 million in gross profit from that contract.

### The VSquared

The VSquared competes in the largest personal electronics market worldwide. Smartphones are more than a half-trillion dollar industry and sales of 1.7 billion are expected in 2019 with nearly 2 billion sold annually by 2023. Saygus competes against Apple's iPhone, Samsung's Galaxy, LG's V10, and other high-end smartphones through a unique combined feature set at a lower price. It promotes user choice of software by being "rooted" out of the box.

This means that programmers can write and deploy Android apps on our phones without having their computer to assist. A programmer in the field can identify a problem or opportunity, invent an application solution, and deploy it to a network or computer all using the VSquared. It can connect to multiple devices simultaneously while exclusively beaming lag free HD video to a TV or overhead projector via the 60 GHz spectrum without a WiFi connection. The VSquared promotes a "host" USB port (like a laptop) that directly connects memory sticks, printers, keyboards, medical devices, displays, etc. to it for unparalleled versatility. The VSquared includes an exclusive sunlight viewable screen, expanded removable dual memory SD card slots of up to 1.24 TB (Terabytes) of storage, exclusive dual water-resistant high-fidelity speakers made for tablets, a large battery for superb movie and/or video performance, and even a TV/audio system remote control IR port. It is the first smartphone designed as a mini-laptop and is targeted to be priced at about $100 less than competitors who have substantially fewer features. The VSquared will be the most advanced smartphone to hit the market. Verizon's handset buyer is awaiting samples.

### Distribution

The VSquared will be positioned as the phone with the best combined feature-set at the lowest price and will launch on networks worldwide with the latest Qualcomm chipset in the coming months. The target is value-minded consumers who demand high-end features at a competitive price. Targeted retailers are Amazon, Media Saturn (Europe), Flipcart, Best Buy etc. and most International carriers, including Verizon.

### Market Share

Global smartphone subscribers will hit 6.1 billion in 2020 analysts say. Using our lower priced, full-featured device and launching its exclusive features worldwide, Saygus expects to conservatively capture one half of a percent (.5%) of the global market by Year-3, or 8 million units annually. These sales will generate nearly a Billion Dollars in gross profits and establish an approximate company valuation of between $7 and $9 billion.

### Projected Financials

| IN THOUSANDS | Yr-1 | Yr-2 | Yr-3 | Yr-4 | Yr-5 | Yr-6 | Yr-7 |
|---|---|---|---|---|---|---|---|
| Units | 100 | 1,105 | 7,791 | 9,169 | 10,637 | 12,126 | 13,823 |
| Revenue | $35,000 | $348,100 | $2,259,281 | $2,659,142 | $3,084,603 | $3,516,450 | $4,008,752 |
| $ EBITDA | $2,489 | $72,170 | $533,092 | $678,189 | $787,965 | $949,441 | $1,082,363 |
| % EBITDA | 7.1% | 20.7% | 23.6% | 25.5% | 25.5% | 27.0% | 27.0% |
| Projected Val at PE: | 10 | $471,798 | $3,751,362 | $4,722,556 | $5,463,935 | $6,583,652 | $7,505,361 |