

Elizabeth Blaylock <lblaylock@utah.gov>

## RE: Smart'r Inc.
1 message

**Timothy C Williams** <TCW@internettelebusiness.com>  Fri, Sep 30, 2022 at 7:35 AM
To: Liz Blaylock <lblaylock@utah.gov>

Liz,

I've never heard of "Smart'r Inc". No, I am not a CFO of that company, nor have a had any involvement with a company by that name.

I have not had any contact with Chad in over a year. I have not had contact with Chad at any time regarding that company.

Tim Williams

C: 734-417-1992

**From:** Liz Blaylock <lblaylock@utah.gov>
**Sent:** Thursday, September 29, 2022 2:27 PM
**To:** tcw@internettelebusiness.com
**Subject:** Smart'r Inc.

Mr. Williams,

You have been listed as a CFO of the company Smart'r Inc. Are you in fact the CFO of this company?

Have you had contact with Mr. Chad Sayers regarding this company?

Please let me know

--

Liz Blaylock | / Senior Enforcement Investigator



Utah Department of Commerce
Division of Securities

Phone 801. 530. 6138 | Email lblaylock@utah.gov



GOVERNMENT EXHIBIT 6