

Elizabeth Blaylock <lblaylock@utah.gov>

---

## Re: Smart'r Inc.
1 message

**Sergio Leveratto** <sergio.leveratto@gmail.com>  Thu, Sep 29, 2022 at 3:34 PM
To: Liz Blaylock <lblaylock@utah.gov>

Liz,

Thank you for sharing this.

This is the first time that I hear about Smart'r Inc.
I have absolutely no involvement with this company.

Please let em know if you need anything else from me.

Best regards,
Sergio Leveratto

> On Sep 29, 2022, at 3:15 PM, Liz Blaylock <lblaylock@utah.gov> wrote:
>
> Sergio-
>
> Just following up with you. Please see the summary attached. Your name is listed on the bottom. Just to confirm, you are not affiliated with this company?
>
>> On Thu, Sep 29, 2022 at 12:26 PM Liz Blaylock <lblaylock@utah.gov> wrote:
>> Mr. Leveratto
>>
>> You are listed as a Senior Advisor of Smart'r Inc. Are you affiliated with that company in that way? Have you had contact with Mr. Chad Sayers about Smart'r Inc.?
>>
>> Please let me know
>>
>> --
>>
>> **Liz Blaylock** | / Senior Enforcement Investigator
>> 
>> UTAH DEPARTMENT OF COMMERCE
>> Division of Securities
>> Phone 801. 530. 6138 | Email lblaylock@utah.gov



GOVERNMENT EXHIBIT 7