

Elizabeth Blaylock <lblaylock@utah.gov>

---

**Fwd: sports**
1 message

---

**Edward Crowder** <edwardcrowder@gmail.com>    Wed, Oct 5, 2022 at 10:52 AM
To: Liz Blaylock <lblaylock@utah.gov>

Ms. Blaylock,

Below is the email with attachments you requested of me. Will call you shortly.

Edward

---------- Forwarded message ----------
From: **Chad Sayers** <chadsayers@gmail.com>
Date: Wed, May 18, 2022 at 7:07 PM
Subject: Re: sports
To: Edward Crowder <edwardcrowder@gmail.com>

Ed,

I got it! LOVED the video! Brotha, you were a superstar! Your ball handling and quickness was obvious! What a great point guard your were with some amazing outside shots too!

Even your coach mentioned that you were the best guard he ever coached! Very cool!

I wish I had some video of my playing days. I could catch a tight rope throw behind my head one handed when the QBs were off their mark. I did it in practice in high school and college and both times it elevated me to the starting line up from the middle and more back of the pack.

Not sure how I did it, but I bet all that juggling and grip strengthening made a difference!

Attached are recent images of our newly finished product.

The BP (Blood Pressure) needs some software work and the servers need to be tested with just minor adjustments for the doctors to access each individual patient's medical data once measured and sent to the cloud.

Time to completion after funds are in is estimated by the engineers to be 3-5 months. At that time we expect to have our personal medical vitals reader fully tested and ready for the market WITH initial FDA certification in process as a Class I/Class II device. FDA certification is NOT needed to sell, but does build credibility. That is why we will begin pushing for the FDA certifications immediately after the funds arrive.

There is an FDA fast track for immediately relevant devices like the Vmed, called Fast Track. We plan to get it qualified for that certification process.

We are living for between $300k and $500k and only from funds outside of the US. We could accept more for those who recognize the $1,650 to $1 ratio in favor of startups. It's a huge advantage to those angels who invest in pre-revenue, pre-IPO starups with a unique product in a very large market like ours of healthcare

The healthcare market alone is a $3.8 trillion industry in just the US with spending at it $11.582 per person in 2019, according to Wikipedia. And we actually think that this little mobile health measuring device could be even bigger in third world countries where there are fewer doctors and less resources available overall.

The world healthcare industry was valued at $8.45 trillion in 2018 and was expected to hit $10 trillion by 2022, 5 months ago according to Policy Advice.org. Our industry is extremely large and expected to continue to grow with the increased life expectancy rising and the US spending twice as much on healthcare as other countries.

Advantages in participating in our Vmed product:
1. Pre-revenue
2. Pre-IPO
3. Huge Market
4. R&D Completed
5. Product Finished- Software Adjustments Needed Only.
6. Samples in the Hands of US Doctors for Months of Testing Already
7. Doctors Reviews are Thumbs Up
8. Buyers Already in Place with Relationships Established
9. Sales Planned to Begin Fall 22'
10. Price of Shares Just $1 Each



GOVERNMENT EXHIBIT

ROI for Original Angel Investors in the Following Pre- Revenue,/Pre-IPO Companies:

| COMPANY | ROI | FOUNDED |
|---|---|---|
| Microsoft | 104,499 | 1975 |
| Apple | 3,191,000 | 1976 |
| Amazon | 440,049 | 1994 |
| Netflix | 268,529 | 1997 |
| Google | 21,705 | 1998 |
| Tesla | 116,291 | 2003 |
| Palantir | 13,977 | 2003 |
| Facebook | 12,443. | 2004 |
| ETSY | 9,944 | 2005 |
| Roblox | 37,930 | 2005 |
| FitBit | 16,956 | 2007 |
| AirBnB | 52,771 | 2007 |
| ROKU | 14,790 | 2008 |
| UBER | 29,915 | 2009 |
| DataDog | 14,460 | 2010 |
| Pinterest | 32,957 | 2010 |
| Shopify | 92,180 | 2010 |
| ZOOM | 10,732 | 2011 |
| SNAP | 22,229 | 2011 |
| Carta | 17,051 | 2012 |
| Door Dash | 43,372 | 2013 |

These are just a few. They're are hundreds of them. The question is, where do angel investors find these future unicorns? Well, HERE WE ARE!! There's no need to look any farther.

"Startups generate about $3 trillion in economic output a year. That's about eight Amazons, twenty Microsoft's or Ninety-seven Teslas creating 3.1 million jobs a year" according to Josh Zanderkin, Lawyer and Business Analyst.

That's more than Fortune 500 companies. Startups in the US are the number one source for new jobs each year. Today, $148 billion goes into new start ups each year in the US.

Ebay did something amazing as a startup when it went from a $20 million in value during one of its first years, to $21 billion in value just one year later! That was an increase in value by 1,050 times in just twelve months.

Studies reveal that startups beat stock returns by 1,650 times!

And finally, studies have confirmed that by the time a company IPOs, 95% of its gains are taken off the table by the original angel investors.

Startups create generational wealth faster and more often than any other investment opportunity for those who can find them.

Angel investing is how the rich invest, when they can. Here we are right now and the opportunity to step in as one of our angels is on the table.

We are looking for $300K to $500K. We would consider more, but that's what we think we need initially to launch our product in the US and a number of places across the world this year.

We are SMART'R Inc. for smarter devices and our new site should be up in the next day or two.

Ed, let's chat when you get a minute.

Best,

Chad

On Tue, May 17, 2022, 7:02 PM Edward Crowder <edwardcrowder@gmail.com> wrote:
> Hi Chad, let me know you got this???
>
> If so, please send info on product.
>
> Link: #4 in White Uniforms at Univ of Illinois Assembly Hall; 18,000 in attendance and on statewide TV. Edited with music of the era.
> https://youtu.be/ctUlg-UrCbc
>
> Wife's web site: RubineArtWorks.com (I am still building it, no complete)

See attachments

Ed

..

Pa

**5 attachments**


IMG_20220503_155130.jpg
2408K


IMG_20220503_155114.jpg
2282K


IMG_20220503_155516.jpg
2436K


IMG_20220507_175158.jpg
2390K


IMG_20220507_174623.jpg
2756K