**From:** Sam Alipia (702) 349-8185 <99249@pm.me>
**Sent:** Friday, July 15, 2022 10:03 AM
**To:** Randy Poole <rb.poole@live.com>
**Cc:** sogt@duck.com
**Subject:** SAYGUS LATEST UPDATE

Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, June 15th, 2022 at 9:36 AM, Michael Verdun <mikeverdun91@gmail.com> wrote:

FYI Take a look let me know your thoughts. We have access to this new device.

---------- Forwarded message ----------
From: **Michael Verdun** <mikeverdun91@gmail.com>
Date: Wed, Jun 15, 2022 at 9:25 AM
Subject: Fwd: Confirmation
To: Mark Huisinger <yes@ria.net>, William Torbet <william.torbet@gmail.com>, Terry Atzen <terry@theinvestmentcompass.com>

**2 attachments**

ECJ~Chad_Smartr One Page Summary.pdf
658K

ECJ~Chad_Smartr Slidedeck 06_22.pdf
941K


GOVERNMENT EXHIBIT 9