**Kris Angelos**

| | |
|---|---|
| **From:** | Alicia D <adeleon310@gmail.com> |
| **Sent:** | Thursday, October 6, 2022 2:44 PM |
| **To:** | Kris Angelos |
| **Subject:** | Re: Statement from Cheddi Thomas |

EXTERNAL SENDER
The entire thing is a complete fabrication! Since Chad's indictment, I have not called any shareholders on his behalf! I only answer calls from shareholders if they call me. But I really don't have anything to tell them because I can't talk to Chad to find out updates. I just tell them that I hope Chad can get through this and we can get back to business, but currently Saygus is in limbo until further notice. He called me, I did tell him about Henry, but I never asked him for money and we never spoke about a phone. We aren't even working on any phones currently, we have put all of our efforts into a medical device instead for the past 3 years. Cheddhi has always been volatile, negative and berating, why would anyone ask someone like that for money?! I am not even allowed to speak to Chad, so how am I calling anyone on his behalf?! Cheddhi Thomas is not a Housti, TX resident, he has always lived in Saint Kitts/Nevis. Here is Cheddhi's address: P.O. Box 482 Charles Town West indies, Saint Kitts and Nevis. He has alway lived there since his inception into the Saygus shareholders, so my question is, why is he lying about where he lives? Even without it being an international call, he has always been very unpleasant to speak to, so I never call him. He has always called me and not often, maybe once per year. This last time that he called me and we spoke, he was uncharacteristically pleasant and calm. not even a week later he tried to call me again on whatssapp app, but I thought it very strange and didn't answer. I thought it strange because he never calls me that often and suddenly he is calling me again in such a short time?! After speaking to you, now it makes sense, I think he was fishing for information, didn't get what he wanted so he fabricated it instead.


Thank You!
Regards,
*Alicia De Leon*
adeleon310@gmail.com
(801) 899-3757 Main
(3100 666-7915 Mobile


On Wed, Oct 5, 2022 at 4:26 PM Kris Angelos <Kris_Angelos@fd.org> wrote:

> Alicia,
>
>
> Here is the statement regarding Cheddi Thomas' statements to Liz Blaylock. Can you please review and tell me if this is an accurate reflection/true statement?
>
>
> Kris Angelos


DEFENDANT'S EXHIBIT A

1