# Memo

To: Kris Angelos

From: Matthew Alba


RE- Chad Sayers Case

Phone Call with Leroy Chausse


On October 5th, 2022 we (Kris Angleos and I) called and spoke to Leroy Chausse. It was explained to Mr. Chausse that our office is currently representing Chad Sayers on a federal matter. Kris explained she is currently representing Chad. Kris asked if Leroy would be willing to talk to us about a conversation he had with Chad earlier this year, Leroy said he would. The following is my account of the conversation.

Leroy told us that Chad had contacted him around the first of this year, 2022. He was not clear or certain on a specific date the conversation happened. He had invested with Chad about ten years ago. He had respect for Chad.

Leroy told us that Chad had reached out to him and asked if for $7,000. Chad told him that he needed to get the Saygus documents out of a storage facility. Leroy told him that he did not have that kind of money. Chad told him that he as some things coming in and he would be able to pay him back in a week. Leroy understood it to have been a loan.

Leroy told us that there were never any terms drawn up for the loan, because it never got to that point. He never ended up giving Chad any money.

Leroy told us that when he spoke with Liz that he thinks there may have been some misunderstanding, while talking to him about the $7,000.


This concludes our conversation with Leroy…………………………………………

