11:17  

**TSDR**  **ASSIGN Status**  **TTAB Status**  *( Use the "Back" button of the Internet Browser to return to TESS)*

# VMED

| | |
|---|---|
| **Word Mark** | VMED |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Cases for smartphones; Cases for mobile phones; Cell phone cases. FIRST USE: 20201216. FIRST USE IN COMMERCE: 20201216 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88873748 |
| **Filing Date** | April 15, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 11, 2020 |
| **Registration Number** | 6374218 |
| **Registration Date** | June 1, 2021 |
| **Owner** | (REGISTRANT) AMERICAN SMARTPHONE, INC. DBA SAYGUS CORPORATION UTAH 10421 SOUTH JORDAN GATEWAY STE 500 Salt Lake City UTAH 84095 |