# Kris Angelos

**From:** Hackford-Peer, Ruth (USAUT) <Ruth.Hackford-Peer@usdoj.gov>
**Sent:** Wednesday, June 30, 2021 11:17 AM
**To:** Kris Angelos
**Subject:** This no-contact list Updated Sayers
**Attachments:** Sayers No contact List investors 2014-2020.pdf

**EXTERNAL SENDER**

Kris,
Use this no-contact list. It is even shorter. It is pared down to approx.. 250 investors in our time frame.
On top of investors, we would likely call Rebecca Brady, Roger Yack, Randy Pool, Tim Williams, and Alicia De Leon for trial.

Please let me know if your client will stipulate to this list.

Thanks,

Ruth


Ruth Hackford-Peer
Assistant United States Attorney
White Collar Section
Telephone: (801) 325-3265
Cell: (801) 803-4937



| # | Name |
|---|---|
| 1 | AAF TEG FUNDING ACCNT |
| 2 | AJM CONSULTING LTD c/o Angelo Michilli |
| 3 | Allan Packer |
| 4 | AMERICAN ENTERPRISE INVESTMENT SERVICES |
| 5 | American Estate & Trust |
| 6 | AMERICAN PENSIONS SERVICES INC |
| 7 | America's First Credit Union |
| 8 | Andrew Dignam |
| 9 | ANNE OLSEN |
| 10 | Annette Schillinger |
| 11 | Anthony M Limpede |
| 12 | Antonio DiGiovanni |
| 13 | ATP LEGACY LLC |
| 14 | Avtech Services, LLC c/o Don Young |
| 15 | Barbara & James Hawkins |
| 16 | Baron Investments LLC c/o Lester A Perry |
| 17 | Becky & Jacob Harris |
| 18 | Beverly Beach |
| 19 | Bob Pray Jr |
| 20 | Bohman Family LLC c/o Bruce Bohman |
| 21 | Bradley G Williams |
| 22 | Bradley P. Welch DDS |
| 23 | Brendan G Burke |
| 24 | Brent & Sharlyn Knight |
| 25 | Brett Olveson |
| 26 | Bruce W. Reiche |
| 27 | Burke K. Poole |
| 28 | Carol J. Brown |
| 29 | Chancey & Wilberta Dement |
| 30 | Cheddi Thomas |
| 31 | Christina Powell |
| 32 | Christopher G Poole |
| 33 | Christopher Robinson |
| 34 | Clair Schaffer |
| 35 | CLOUDBASE INC 401K c/o Glen Volk |
| 36 | Connie Jo Bachman |
| 37 | Craig and Ronda Shaffer |
| 38 | Cyprus Credit Union |
| 39 | Daniel A Metzler |
| 40 | Darrell King |
| 41 | David A Dye |
| 42 | David J Boydston |
| 43 | David L Girard |
| 44 | David S Pedroli |
| 45 | Dean L Brown |
| 46 | Deborah J Kominus |
| 47 | Deborah K. Jackson & John P. Jackson |
| 48 | Deloris & Douglas Kisiel |
| 49 | Destry & Layne Peterson |
| 50 | Don & Melissa Young |
| 51 | Donald A. Werner |

| | |
|---|---|
| 52 | Donald R. Curtis |
| 53 | Donna Chan |
| 54 | Doug Nilsson |
| 55 | Douglas Jones |
| 56 | Dr ED Horton |
| 57 | Dr. Steven J Wideman |
| 58 | Edward C Wallace |
| 59 | Elvin C Peabody |
| 60 | Equity Trust Group |
| 61 | Eric P Thomas |
| 62 | Erik Poole |
| 63 | FBO Various retirement |
| 64 | FOUR SEASONS POOL SERVICE |
| 65 | Fredrick L. Beck |
| 66 | Gary Conley |
| 67 | Gary F. Hansen |
| 68 | Gary Winthers |
| 69 | Gene Batey Jr. |
| 70 | George Anthony Delbert |
| 71 | George Lohmann |
| 72 | Gerald Dee Smith c/o Diana Wadsworth |
| 73 | Gerhard Linder |
| 74 | Gita Chandra |
| 75 | Glen Holm |
| 76 | Glenda Griffin |
| 77 | GREENEST PASTURES LLC |
| 78 | Greg Frownfelter |
| 79 | Gregory P. Welch DDS |
| 80 | Gregory R. Harris |
| 81 | H Barr Carlisle III |
| 82 | Harold E Wake |
| 83 | HDP ENERGY Group c/o Jim Hawkins |
| 84 | Huber Leasing & Properties LLC |
| 85 | Huber Shaw Living Trust c/o Randy Huber |
| 86 | Humbert Bromma |
| 87 | J fiege & M Feige |
| 88 | Jack D & Julie Newsome |
| 89 | James G Geistfeld |
| 90 | Janelle Newman |
| 91 | Janet P. Harrison |
| 92 | Jason Lynch |
| 93 | JDF GRISWOLD LTD c/o James Feldhan |
| 94 | Jed & Jamie Seeley |
| 95 | Jeff Hampsten |
| 96 | Jeff Schunk |
| 97 | Jeffrey C Flamm |
| 98 | Jeremy R Hoge |
| 99 | Jerrel Lee Whited |
| 100 | Jerry B Davis |
| 101 | Jerry L Dillahunty |
| 102 | Jimmy & Kathryn Keesee |
| 103 | Joanne M Williams |

| # | Name |
|---|---|
| 104 | Jodie Lynn Stimpson |
| 105 | John and Gloria J. Smith |
| 106 | John Mark Langley MD |
| 107 | John R Hoge & Sharon Hoge |
| 108 | Jonathan Everett Samuelson |
| 109 | Joseph Barth |
| 110 | Joseph P Aivazian |
| 111 | Julie Zinderman |
| 112 | K A RIETKERK PENSION PLAN U/A/ DTD 7/01/2019 |
| 113 | Kade D Harral |
| 114 | Kasem Charnvitayapong MD |
| 115 | Katie Liljenquist |
| 116 | Kay & Lapriel Wixom |
| 117 | Kelly Poole |
| 118 | Kenneth Alan Zinderman |
| 119 | Kent E Banner |
| 120 | Kevin W. Carpenter |
| 121 | Lacynda F Springer |
| 122 | Larry Villa |
| 123 | Laurie Pray |
| 124 | Lehardy Family Trust |
| 125 | Leonard Penner |
| 126 | Leslie Herbst |
| 127 | Lester A Perry |
| 128 | Lewis P. Blake & Betty J. Blake |
| 129 | LG & S FARMS INC. c/o Leo G. Epp |
| 130 | Lois Arelene Meihak |
| 131 | Lola R Maughan Trust Angela Daniels Trust |
| 132 | Lorne L. Olson |
| 133 | Louis A Burton |
| 134 | Luana A Williams |
| 135 | Mark v Sprague |
| 136 | Marlien Paine |
| 137 | Mehta D. Yeshwant |
| 138 | Mei Hong |
| 139 | Melinda St. Pierre |
| 140 | Michael R Schrand |
| 141 | Michele E Lehman |
| 142 | Miguel E Nelson |
| 143 | Mike Macpherson |
| 144 | Mitchel C. Ratchford & Sheri Ratchford |
| 145 | Mtn. America Credit Union |
| 146 | Nancy Holm |
| 147 | Nicholas Green |
| 148 | Northern Wyoming Ophthalmology c/o Barry Welch |
| 149 | Nyla Benedict |
| 150 | Olympus Investments LLC c/o Eric Thomas |
| 151 | Pamela A Harrison |
| 152 | Pamela Levine |
| 153 | Patsy M Rubrecht |
| 154 | Paul Hansen |
| 155 | Paul W. Roberts & Beverly A. Roberts |

| | |
|---|---|
| 156 | Paulo Nabuco |
| 157 | Pulmonary & Internal Medicine Assoc c/o Kasem Charnvitayapong |
| 158 | Purity Technology of Utah |
| 159 | Q TEE PIES INC. c/o Pamela Harrison |
| 160 | Randy Poole |
| 161 | Raymond Steffner |
| 162 | Rebecca & Nathan B. Adams |
| 163 | REBECCA FISHER |
| 164 | RED BURRO INVESTMENTS LLC c/o Todd Newman |
| 165 | Regency Excavation LLC c/o Eric Thomas |
| 166 | Renae W Mackley & Reo Mackley |
| 167 | Renee M Brady |
| 168 | Richard G. Winsor |
| 169 | Richard H Bachman |
| 170 | Richard L. Hammitt & Barbara J. Hammitt |
| 171 | Rick Simpson |
| 172 | Ricky S Brown |
| 173 | Robert C Richardson |
| 174 | Robert C. Pernsteiner |
| 175 | Robert H Klassen & Alice Klassen |
| 176 | Robert L Vaagen |
| 177 | Robert N. Miller |
| 178 | Roger A. Graham |
| 179 | Roger Yack |
| 180 | Ron R and Nancy E. Hatch |
| 181 | Ronald Dunn |
| 182 | RONALD J REIMERS |
| 183 | Ronald Rubrecht |
| 184 | Rosa Hu |
| 185 | Roy Dale Griffin |
| 186 | Roy I. Roberts |
| 187 | Ryan harrison |
| 188 | Sandford Hopkins |
| 189 | SANDMANS DREAMSCAPES LLC c/o Sanford Leverne Hopkins |
| 190 | Sandra & Ted Silva |
| 191 | Santuccio Ricciardi MD |
| 192 | Sarah Gorodn Drake |
| 193 | Scott & Athena Poole |
| 194 | Scott A Caldwell |
| 195 | Scott Duyon Stringham |
| 196 | Scott R. Jenkins |
| 197 | Scury Appraisal Company LLC c/o Dnaile Scury |
| 198 | Sean Jump |
| 199 | Set4 Life Enterprises LLC c/o Sally A Simpson |
| 200 | Shannan & Kevin Busby |
| 201 | Shawn Stephen Stimpson |
| 202 | Shirley Bales |
| 203 | Sid Dey |
| 204 | Silvana Fredrickson |
| 205 | Spencer Bailey |
| 206 | Stanley Mccuiston |
| 207 | Stephanie L Sander |

| | |
|---|---|
| 208 | Stephen Ross |
| 209 | Stephen Smith |
| 210 | Stetson L Belnap |
| 211 | Steven B Hayes |
| 212 | Steven Fullmer |
| 213 | Steven G Crockett |
| 214 | Stuart A Wheelwright |
| 215 | Susan St. Martin |
| 216 | T and T Holdings LLC c/o Eric Thomas |
| 217 | T Indro Shahzam & Zamualudeen Shahzman |
| 218 | Terri A Dickerson |
| 219 | Thane or Connie Christensen |
| 220 | THE ENTRUST GROUP |
| 221 | Thomas F. Lenagh |
| 222 | Thomas L & Judy Dougerty |
| 223 | Thomas P Mahan |
| 224 | Thomas Paine |
| 225 | Thomsa McMillan |
| 226 | Tim Williams |
| 227 | Tina Effendi |
| 228 | Tina Luo |
| 229 | Tod G Williams |
| 230 | Todd Kartchner |
| 231 | Toni K. Elkins |
| 232 | Traci Ellis Poole |
| 233 | Turbine Diagonistic Services c/o Ronald Rubrecht |
| 234 | Tyson L Aeschbacher |
| 235 | V Leroy Chausse |
| 236 | Vicki Lynn Harder |
| 237 | Virgil E Wenger & Jo Anne Wenger |
| 238 | Walter R. & Shauna Hoge |
| 239 | Warren W Rohrer |
| 240 | Wayne C. Garkie & Enid L. Garkie |
| 241 | Wayne Davies |
| 242 | Wayne J Bachman & Patti A. Bachman |
| 243 | William C. Powell |
| 244 | William Cooper |
| 245 | William Elkins |
| 246 | William J Masuen |
| 247 | William M Ives |
| 248 | Wyoming Traders c/o Alan Chadwick |
| 249 | Xiao Guang Gao Or Yuan Zhu Gao |
| 250 | Xin Liu |