

## Assignments on the Web > Trademark Query

### Trademark Assignme[nt]

**Total Assignments:** 1
   **Serial #:** 88873748    **Filing Dt:** 04/15/2020
   **Registrant:** AMERICAN SMARTPHONE, INC.
   **Mark:** VMED

**Assignment:** 1
   **Reel/Frame:** 7541/0044    **Recorded:** 12/23/2021
   **Conveyance:** ASSIGNS THE ENTIRE INTEREST
   **Assignor:** AMERICAN SMARTPHONE, INC.

   **Assignee:** VMEDICAL, INC.
         1384 NORTH WASHINGTON BLVD
         OGDEN, UTAH 84414
   **Correspondent:** STEVEN C STEWART
         5550 HASTINGS TERRACE
         ALPHARETTA, GA 30005



who authorized this transfer?

If you have any comments or questions concerning the data disp[layed]
Web interface last modified:

| HOME | INDEX | SEARCH | eBUSINESS | C[ONTACT]