Rudy J. Bautista (8636)
BAUTISTA & CAMPBELL, PC
136 E South Temple, Suite 1530
Salt Lake City, UT 84111
Telephone: (801) 232-5311
Email: rudy@boslaw.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | MOTION FOR SUBSTITUTION OF COUNSEL |
|---|---|
| Plaintiff, | |
| vs. | Case No. 2:21-CR-00229-DS |
| CHAD LEON SAYERS, | |
| Defendant. | |

Rudy J. Bautista, of the law firm of Bautista & Campbell, PC, herewith moves this Court to allow him to substitute as counsel for the defendant, Chad Sayers, replacing Ms. Kristen R. Angelos and Mr. Robert K. Hunt of the Federal Public Defender Office, who have previously entered an appearance on behalf of the defendant as counsel.  The defendant has indicated his desire to retain the undersigned counsel in this matter.  Counsel has contacted Ms. Angeles to discuss her, along with Mr. Hunt, entry of a Motion for Leave to Withdraw as Counsel.

In the instant case, good cause is shown as to why substitution of counsel is warranted. Defendant has consulted with Mr. Bautista and is in a position where he is able to retain him as counsel of choice.

While it is important to ensure that a defendant is not permitted to delay proceedings indefinitely though changes in representation, this is the first time that Mr. Sayers has retained substitute counsel in this case. Further, undersigned counsel is aware of and will comply with all pending deadlines in this matter, including the currently scheduled jury trial. Furthermore, undersigned counsel is aware of the plaintiff's previous attempt to resolve the matter and its position as to proceeding to trial. For the foregoing reasons, good cause is established in this case and Mr. Sayers asks this Court to allow the requested substitution of counsel.

DATED this 27th day of October, 2022.

                                                                           */s/ Rudy J. Bautista*
                                                                           Rudy J. Bautista
                                                                           Attorney for Mr. Sayers

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of October, 2022, I electronically filed the foregoing Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

>Ms. Jamie Z. Thomas
>United States Attorney's Office
>111 South Main Street, Suite 1800
>Salt Lake City, UT 84111
>Email: jamie.thomas@usdoj.gov
>
>Ms. Ruth J. Hackford-Peer
>United States Attorney's Office
>111 South Main Street, Suite 1800
>Salt Lake City, UT 84111
>Email: ruth.hackford-peer@usdoj.gov
>
>Ms. Kristin R. Angelos
>Federal Public Defender for District of Utah
>46 W Broadway, Suite 110
>Salt Lake City, UT 84101
>Email: kris_angelos@fd.org
>
>Mr. Robert K. Hunt
>Federal Public Defender for District of Utah
>46 W Broadway, Suite 110
>Salt Lake City, UT 84101
>Email: robert_hunt@fd.org

             */s/ Julie Sorensen*