Rudy J. Bautista (8636)
BAUTISTA & CAMPBELL, PC
136 E South Temple, Suite 1530
Salt Lake City, UT 84111
Telephone: (801) 232-5311
Email: rudy@boslaw.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ORDER ALLOWING SUBSTITUTION OF COUNSEL |
|---|---|
| Plaintiff, | |
| vs. | Case No. 2:21-CR-00229-DS |
| CHAD LEON SAYERS, | |
| Defendant. | |

Based upon motion of counsel and good cause appearing, now therefore;

IT IS HEREBY ORDERED that Rudy J. Bautista be allowed to substitute as counsel for the Defendant, Chad Leon Sayers, replacing Ms. Kristen R. Angelos and Mr. Robert K. Hunt, who have previously entered appearances of counsel.

Dated this _____ day of October, 2022.

BY THE COURT:

_____
Honorable David Sam
United States District Court Judge

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 27th day of October, 2022, I electronically filed the foregoing Order Allowing Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

> Ms. Jamie Z. Thomas
> United States Attorney's Office
> 111 South Main Street, Suite 1800
> Salt Lake City, UT 84111
> Email: jamie.thomas@usdoj.gov
>
> Ms. Ruth J. Hackford-Peer
> United States Attorney's Office
> 111 South Main Street, Suite 1800
> Salt Lake City, UT 84111
> Email: ruth.hackford-peer@usdoj.gov
>
> Ms. Kristin R. Angelos
> Federal Public Defender for District of Utah
> 46 W Broadway, Suite 110
> Salt Lake City, UT 84101
> Email: kris_angelos@fd.org
>
> Mr. Robert K. Hunt
> Federal Public Defender for District of Utah
> 46 W Broadway, Suite 110
> Salt Lake City, UT 84101
> Email: robert_hunt@fd.org

                */s/ Julie Sorensen*