SCOTT KEITH WILSON, Federal Public Defender (#7347)
ROBERT K. HUNT, Assistant Federal Public Defender (#5722)
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Robert_Hunt@fd.org

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHAD LEON SAYERS, Defendant. | MOTION TO WITHDRAW AS COUNSEL  Case No. 2:21-cr-00229 DS |

Robert K. Hunt, Assistant Federal Public Defender, hereby moves the Court as follows:

1. On June 22, 2021, the Office of the Federal Public Defender, District of Utah, was appointed by the Court and Robert K. Hunt was assigned to represent Mr. Sayers.

2. Mr. Sayers has retained private counsel to represent him in these proceedings. A Motion for Substitution of Counsel was filed in this matter on October 27, 2022, by Rudy J. Bautista.

3. Accordingly, the undersigned Assistant Federal Public Defender requests leave to withdraw as counsel of record for Mr. Sayers

Dated this 2nd day of November, 2022.

                                  */s/ Robert K. Hunt*
                                  ROBERT K. HUNT
                                  Assistant Federal Public Defender