IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD LEON SAYERS,<br><br>Defendant. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br><br>Case No. 2:21-cr-00229 DS |

This matter has been reviewed by the court on a Motion to Withdraw as Counsel filed by Robert K. Hunt, Assistant Federal Public Defender; the court being fully advised and good cause appearing, IT IS HEREBY ORDERED:

Robert K. Hunt, Assistant Federal Public Defender, is hereby granted leave to withdraw as counsel of record for defendant, Chad Leon Sayers.

Dated this _____ day of November, 2022.

BY THE COURT:

_____
DAVID SAM
United States District Judge