IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, v. CHAD LEON SAYERS, Defendant. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL Case No. 2:21-cr-00229 DS |
|---|---|

This matter has been reviewed by the court on a Motion to Withdraw as Counsel filed by Kristen R. Angelos, Assistant Federal Public Defender; the court being fully advised and good cause appearing, IT IS HEREBY ORDERED:

Kristen R. Angelos, Assistant Federal Public Defender, is hereby granted leave to withdraw as counsel of record for defendant, Chad Leon Sayers.

Dated this _____ day of November, 2022.

BY THE COURT:

_____
DAVID SAM
United States District Judge