IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD LEON SAYERS,<br><br>Defendant. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br><br>Case No. 2:21-cr-00229 DS |

This matter has been reviewed by the court on a Motion to Withdraw as Counsel filed by Robert K. Hunt, Assistant Federal Public Defender; the court being fully advised and good cause appearing, IT IS HEREBY ORDERED:

Robert K. Hunt, Assistant Federal Public Defender, is hereby granted leave to withdraw as counsel of record for defendant, Chad Leon Sayers.

Dated this 2nd day of November, 2022.

BY THE COURT:

_____
DAVID SAM
United States District Judge