TRINA A. HIGGINS, United States Attorney (#7349)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>CHAD LEON SAYERS,<br><br>                 Defendant. | Case No.  2:21cr229<br><br>NOTICE OF SUBSTITUTION OF COUNSEL<br><br>U.S. District Court Judge David Sam |

Notice is hereby given of the entry of appearance of Jacob J. Strain, Assistant U.S. Attorney, replacing Jamie Z. Thomas, as counsel for the United States of America in the above-entitled action.

TRINA A. HIGGINS
United States Attorney

 /s/ Jacob J. Strain
JACOB J. STRAIN
Assistant United States Attorney

 /s/ Jamie Z. Thomas
Jamie Z. Thomas
Assistant United States Attorney