TRINA A. HIGGINS, United States Attorney (7349)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
MARK E. WOOLF, Assistant United States Attorney (WA 39399)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
Travis.Elder@usdoj.gov

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

---

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHAD LEON SAYERS, <br><br> Defendant. | **SUBSTITUTION OF COUNSEL** <br><br> Case No. 2:21-cr-00229-DS <br><br> Judge David Sam |

---

Travis K. Elder, Assistant United States Attorney, enters his appearance as counsel for

forfeiture related matters in place of Assistant United States Attorney Mark E. Woolf.

Dated this 7th day of February, 2023.

TRINA A. HIGGINS
United States Attorney

*/s/ Travis K. Elder*
TRAVIS K. ELDER
Assistant United States Attorney

*/s/ Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney
