TRINA A. HIGGINS, United States Attorney (#7349)
RUTH HACKFORD-PEER, Assistant United States Attorney (#15049)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. CHAD LEON SAYERS, Defendant. | Case No. 2:21cr00229 FOURTH CERTIFICATE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY Judge Jill N. Parrish |
|---|---|

The United States of America, by and through the undersigned, hereby files its fourth certificate of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendant.

The United States gives notice that the following is being or has been provided to counsel for the defendant:

| Description | Bates Numbers |
|---|---|
| Certified Copies of Court Filings, Jencks, Company Information, and Business Records produced via USAfx (NOC 4) | *See attached discovery index* |

Pursuant to Rule 12(b)(4)(A) of the Federal Rules of Criminal Procedure, the United States notified the defense that at trial, the United States may seek to use all physical evidence, statements made by the defendant and others, police reports, phone records, electronic evidence

(including body camera footage), documents, and photographs obtained during the investigation. The United States reserves the right to introduce in its case-in-chief all tangible objects, physical, documentary, and electronic evidence, and all other evidence provided, made available, or identified in discovery.

As additional discoverable material becomes available, such material will be provided within a reasonable time. Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material. Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c). By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

    a. Documents and tangible objects the defendant intends to introduce as evidence at trial;

    b. Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

    c.  A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph. Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

  The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

  DATED this 13th day of March, 2023.

            TRINA A. HIGGINS
            United States Attorney


            */s/Ruth Hackford-Peer*
            RUTH HACKFORD PEER
            Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on the 13th day of March, 2023, the FOURTH CERTIFICATE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY was filed electronically to the District Court, and caused to be made available for download from USAfx, to the following:

**Rudy J. Bautista**
Bautista & Campbell PC
136 E South Temple, Ste 1530
Salt Lake City, UT 84111
(801) 232-5311
Email: rudy@boslaw.com

                                         /s/ *Melissa McKinnon*
                                         Melissa McKinnon, Supervisory Paralegal

## US v. CHAD SAYERS DISCOVERY INDEX

| CATEGORY | FOLDER NAME | | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| Investigative | Utah Dept. Commerce | Memorandum to the Case File Regarding interview of Caroline Bye-Routh on 03/08/2023 | INV-UDC-01-00281 | INV-UDC-01-00281 | None | Agent | 3 |
| | Utah Dept. Commerce | Case Summaries issued by the Agent of Record | INV-UDC-01-00282 | INV-UDC-01-00283.31 | None | Agent | 3 |
| | Jencks | Jencks Materials | JENKCS-000001 | JENKCS-000314 | None | Agent | 3 |
| | Defense Exhibits | Investigator Notes regarding Mr. Crowder received from FDO | INV-DEF-01-00003 | INV-DEF-01-00003.02 | None | Other | 3 |
| | Transcripts | Grand Jury Transcript dated 05/26/2021 | GJ-01-00001 | GJ-01-00001.21 | None | Other | 3 |
| | Transcripts | Grand Jury Transcript dated 12/07/2022 | GJ-01-00002 | GJ-01-00002.16 | None | Other | 3 |
| | Company Information | Certified Copy of Saygus' Entire File filed with the Utah Division of Corporations & Commercial Code | CI-UDC-SI-01-00005 | CI-UDC-SI-01-00005.05 | None | Agent | 3 |
| | Company Information | Certified Copy of Saygus, Inc.'s Entire File filed with the Utah Divison of Corporations & Commercial Code | CI-UDC-SI-01-00006 | CI-UDC-SI-01-00006.03 | None | Agent | 3 |
| | Company Information | Smart' Slide Deck | CI-UDC-SI-01-00007 | CI-UDC-SI-01-00007 | None | Agent | 3 |
| | Company Information | Certified Copy of the American Smartphone, Inc. Entire File filed with the Utah Division of Corporations & Commercial Code | CI-UDC-AS-01-00002 | CI-UDC-AS-01-00002.40 | None | Agent | 3 |
| | Company Information | Smart' Website Printout | CI-UDC-SM-01-00008 | CI-UDC-SM-01-00008.10 | None | Agent | 3 |
| | Company Information | Certified Copy of the *Stipulation and Joint Motion to Amend the Order Staying Proceedings Dated January 11, 2021 to Include a Temporary Cease and Desist Order filed In the Matter of American Smartphone, Inc, et al.,* before the Division of Securities | CI-UDC-SM-01-00009 | CI-UDC-SM-01-00009.10 | None | Agent | 3 |
| | Company Information | Certified Copy of the *Notice of Agency Action filed in the Matter of American Smartphone, Inc, et al.,* before the Division of Securities | CI-UDC-SM-01-00010 | CI-UDC-SM-01-00010.27 | None | Agent | 3 |
| | Company Information | Certified Copy of the *Amended Order Staying Proceedings filed In the Matter of American Smartphone, Inc, et al.,* before the Division of Securities | CI-UDC-SM-01-00011 | CI-UDC-SM-01-00011.03 | None | Agent | 3 |
| | Company Information | Saygus Presentation | CI-UDC-SM-01-00012 | CI-UDC-SM-01-00012.08 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Indictment filed in US v. Chad Leon Sayers, case number 2:21cr00229 and filed on 05/26/2021 | CF-01-00001 | CF-01-00001.20 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Order Setting Conditions of Release filed in US v. Chad Leon Sayers, case number 2:21cr229 and filed 06/22/2021 | CF-01-00002 | CF-01-00002.04 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Minute Entry for the Initial Appearance of Mr. Sayers in US v. Chad Sayers on 06/22/2021 | CF-01-00003 | CF-01-00003.04 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Motion for a No-Contact Order filed in US v. Chad Leon Sayers on 10/19/2021 and attaching a copy of the No Contact List | CF-01-00004 | CF-01-00004.11 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Minute Entry for the Motion to Modify Conditions of Release re: No Contact filed in US v. Chad Sayers on 10/19/2021 | CF-01-00005 | CF-01-00005.02 | None | Agent | 3 |
| | Legal Matters | Partial Objections to Government's Motion for Non-Contact Order | CF-01-00006 | CF-01-00006.03 | None | Agent | 3 |
| | Legal Matters | Minute Entry for the Motion to Modify Conditions of Release re: No Contact in US v. Chad Leon Sayers filed on 10/27/2021, Case Number 2:21cr00229 | CF-01-00007 | CF-01-00007.02 | None | Agent | 3 |
| | Legal Matters | Certified Copy of Statement of Judgment entered in American Express v. American Smartphone, et al. in the Supreme Court, County of New York, State of New York, Index No.: 154775/2016 and filed 04/06/2017 | CI-LM-AS-01-00002 | CI-LM-AS-01-00002.10 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Judgment and Order on Motion for Entry of Judgment and to Enforce the Settlement Agreement filed in James P. Hawkins v. American Smartphones, et al. under civil number 170900457 filed in the Third District Court for State of Utah | CI-LM-AS-01-00003 | CI-LM-AS-01-00003.06 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Complaint filed in James P. Hawkins v. American Smartphones, et al. in the Third District Court for State of Utah | CI-LM-AS-01-00004 | CI-LM-AS-01-00004.14 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Complaint filed in Jeff Lund v. American Smartphone, Inc. dba Saygus filed in the Third District Court for State of Utah on 04/06/2021 | CI-LM-AS-01-00005 | CI-LM-AS-01-00005.54 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Judgment filed in N.A.R., Inc. v. American Smartphone, et al. in the Third District Court for State of Utah on 05/22/2020 | CI-LM-AS-01-00006 | CI-LM-AS-01-00006.04 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Complaint filed in Sergio Leveratto v. American Smartphone, Inc. in the Third District Court for State of Utah on 07/05/2019 | CI-LM-AS-01-00007 | CI-LM-AS-01-00007.08 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Notice of Default in Payments filed in Symmetry Electronics Corp v. American Smartphone, Inc. in the Third District Court for the State of Utah on 08/20/2019 | CI-LM-AS-01-00008 | CI-LM-AS-01-00008.04 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Order on Plaintiff's Motion for Partial Summary Judgment filed in Utah Business Insurance Company, Inc. v. American Smartphone, et al. under civil number 18090317 in the Third District Court for the State of Utah on 07/30/2019 | CI-LM-AS-01-00009 | CI-LM-AS-01-00009.06 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the docket in Utah State Tax Commission v. American Smartphone, Inc. under cased number 216930097 filed in the Third District Court for the State of Utah on 09/06/2021 | CI-LM-AS-01-00010 | CI-LM-AS-01-00010.02 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Complaint filed in Jesse Coombs v. Chad Sayers, et al. in the Third District Court for the State of Utah on 02/04/2019 | CI-LM-CS-01-00001 | CI-LM-CS-01-00001.50 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Default Judgment filed in Pear Sperling Eggan & Daniels v. Chad Sayers, et al. under case number 100923320 in the Third District Court for the State of Utah on 06/29/2011 | CI-LM-CS-01-00002 | CI-LM-CS-01-00002.06 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Order entered in 106th South Business Park LP v. Saygus LLC, et al. under case number 19-0401346 EV in the Third District Court for the State of Utah on 05/14/2019 | CI-LM-SI-01-00007 | CI-LM-SI-01-00007.02 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Notice of Lien filed in Needa Parts Manufacturing, et al. v. PSNET, Inc., et al. under civil number 106917526FJ in the Third District Court for the State of Utah on 07/30/2010 | CI-LM-SI-01-00008 | CI-LM-SI-01-00008.04 | None | Agent | 3 |
| | Legal Matters | Certified Copy of the Complaint (Tier III) filed in Ron Dunn v. Saygus, Inc., et al. in the Third District Court for the State of Utah on 11/19/2015 | CI-LM-SI-01-00009 | CI-LM-SI-01-00009.14 | None | Agent | 3 |
| | GoDaddy | Certificate of Authenticity | BR-GD-01-00001 | BR-GD-01-00001 | BR-GD-01-00001 | Subpoena | 1 & 3 |
| | The Mail Center | Certificate of Authenticity | BR-MC-01-00001 | BR-MC-01-00001 | BR-MC-01-00001 | Agent | 3 |
| Business Records | The Mail Center | USPS Application for Delivery of Mail completed by Mr. Sayers and Request for Change of Address Letters | BR-MC-01-00002 | BR-MC-01-00002.05 | BR-MC-01-00001 | Agent | 3 |

1