TRINA HIGGINS, United States Attorney (#)
RUTH HACKFORD-PEER Assistant United States Attorney (#15049)
JAMIE THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHAD LEON SAYERS<br><br>    Defendant. | Case No. 21-cr-229<br><br>MOTION FOR STATUS CONFERENCE<br><br><br>Judge David Sam |

The United States of America, by and through the undersigned, respectfully moves this court to schedule an in-person status conference as soon as possible in order to schedule a firm 10-day jury trial setting.

Trial is currently scheduled for 8:30 am on May 8, 2023. Counsel for both parties are in preparation for a 4-day jury trial against Mr. Sayers in another criminal matter – 22-cr-480 in front of Judge Nielson, which is set to begin on April 17, 2023. Because of trial preparations in that case, it is not feasible for counsel to proceed to trial on May 8th. The United States seeks a status conference to discuss the parties' availability and scheduling with the court, to determine whether a continuance is appropriate and if so, the length of the continuance, and to set a firm trial setting at the earliest feasible time.

DATED this 29th day of March 2023.

                                         TRINA HIGGINS
                                         United States Attorney

                                         */s/ Ruth Hackford-Peer*
                                         RUTH HACKFORD-PEER
                                         JACOB STRAIN
                                         Assistant United States Attorney