**United States Probation Office**
**For the District of Utah**

**Report on Defendant Under Pretrial Supervision**

Name of Offender:  **Chad Leon Sayers**                Docket No.:  1088 2:21CR00229- 001

Name of Judicial Officer:   Honorable Daphne A. Oberg
                            U.S. Magistrate Judge

Date of Release:  June 22, 2021

On June 22, 2021, the defendant was released after appearing on a charge of Securities Fraud, Wire Fraud, Money Laundering, under multiple conditions.

September 29, 2022, a petition for summons was filed citing a violation of release conditions. Additionally, a motion to revoke pretrial release citing additional violations was filed by the government on September 30, 2022. A violation hearing was held on October 7, 2022, and the defendant was permitted to remain in the community under the following amended conditions.

(a) maintain or actively seek verifiable employment and/or maintain or commence an educational program as approved by the pretrial officer.

(b) abide by the following restrictions on his/her personal associations, place of abode, or travel:
☒ (i) maintain residence and do not change without prior permission from the pretrial officer.
☒ (ii) not travel outside the state of Utah without prior permission from the pretrial officer.
☒ (iii) not travel outside the United States without prior permission from the Court.

(d) avoid all contact with those named persons, who are considered either alleged victims, potential witnesses and/or codefendants, reflected in the list at Doc. No. 25-2, with the exceptions noted at the hearing on Oct. 27. 2021 (Doc. No. 28).

(e) report on a regular basis to the pretrial officer as directed.

(n) not obtain or apply for passport.

(o) not open additional lines of credit or seek or obtain loans of any kind without prior permission from the pretrial officer.

(p) not be employed in any fiduciary capacity in the United States or elsewhere. Not to seek any investments or conduct any fundraisers in the United States or elsewhere.

(v) submit person, residence, office, or vehicle to a search, conducted by the pretrial officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant will warn any other residents that the premises may be subject to searches pursuant to this condition.

PS8                                                                                                     Chad Leon Sayers
D/UT 12/16                                                                              1088 2:22CR00229-001

On December 7, 20222, the defendant was federally indicted on charges of Attempted Wire Fraud and Contempt. He made his Initial Appearance on these new charges on January 4, 2023 and was permitted to remain in the community under the same conditions ordered in the present case.

On April 20, 2023, the defendant was found guilty by jury in all three counts of case 2:22CR480. He was taken into custody at verdict. A sentencing date has yet to be set.

As the defendant is in custody on another federal matter, it is respectfully requested the defendant's pretrial supervision obligation in case 2:21CR00229 be removed.

If the Court desires more information or another course of action, please contact me at 385-910-2791.

                                                                     Respectfully submitted,

By     Caroline Bye-Routh
        U.S. Pretrial Services Officer
        Date: April 25, 2023

THE COURT:

☒ Approves the request noted above
☐ Denies the request noted above
☐ Other

                                                      Honorable Daphne A. Oberg
                                                      U.S. Magistrate Judge
                                                      Date: April 25, 2023