SCOTT KEITH WILSON, Federal Public Defender (#7347)
KRISTEN R. ANGELOS, Assistant Federal Public Defender (#8314)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email:  kris_angelos@fd.org

---

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD LEON SAYERS,<br><br>Defendant. | APPEARANCE OF COUNSEL<br><br>Case No. 2:21-cr-000229 DS |

KRISTEN R. ANGELOS, Assistant Federal Public Defender, hereby enters her

appearance as counsel for the defendant CHAD LEON SAYERS.

DATED this 27th day of July, 2023.


/s/ Kristen R. Angelos
KRISTEN R. ANGELOS
Assistant Federal Public Defender