SCOTT KEITH WILSON, Federal Public Defender (#7347)
WOJCIECH NITECKI, Assistant Federal Public Defender (#12187)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email: wojciech_nitecki@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD LEON SAYERS,<br><br>Defendant. | APPEARANCE OF CO-COUNSEL<br><br><br><br>Case No. 2:21-cr-00229 DS and<br>2:22-cr-00480 HCN |

WOJCIECH NITECKI, Assistant Federal Public Defender, hereby enters his appearance as co-counsel for the defendant, CHAD LEON SAYERS.

DATED this 15th day of August, 2023.


/s/ Wojciech Nitecki
WOJCIECH NITECKI
Assistant Federal Public Defender