SCOTT KEITH WILSON, Federal Public Defender (#7347)
KRISTEN R. ANGELOS, Assistant Federal Public Defender (#8314)
WOJCIECH NITECKI, Assistant Federal Public Defender (#12187)
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email: kristen_angelos@fd.org and wojciech_nitecki@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. CHAD LEON SAYERS, Defendant. | **MOTION TO CONTINUE JURY TRIAL** <br><br> Case No. 2:21-cr-00229 <br><br> Judge David Sam |
|---|---|

Defendant, Chad Leon Sayers, through undersigned counsel, respectfully moves to continue his jury trial for 120 days and exclude time under the Speedy Trial Act. Counsel for the United States does not oppose to the motion, which is made in accordance with 18 U.S.C. § 3161.

**FACTUAL BACKGROUND**

On May 26, 2021, a grand jury returned an indictment against Mr. Sayers charging him with Securities Fraud, Wire Fraud and Money Laundering. The Court arraigned Mr. Sayers on June 22, 2021, and scheduled his original trial for August 30, 2021, which was within the 70-day time-period. Since that time, Ms. Sayers has had four continuances in the matter with his

current trial setting set for October 2, 2023. Defense counsel was recently re-appointed to this matter on July 25, 2023.

Defendant seeks a continuance under 18 U.S.C. §3161(h)(7)(B)(iv). Defendant alleges that the continuance is necessary because not granting the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

## ARGUMENT

Undersigned counsel was appointed on July 25, 2023. Defense counsel is currently in the process of receiving discovery from Mr. Sayers prior counsel. Although defense counsel was initially appointed to Mr. Sayers' matter, and is somewhat familiar with the criminal matter, it has been over eight months since defense counsel has reviewed the case. As such, additional time is required in order to receive discovery, review discovery, and begin to again investigate Mr. Sayers' matter. This is a complex criminal matter with an anticipated number of witnesses and exhibits, some of whom, if counsel remembers correctly, reside outside the state of Utah. The complexity of the criminal matter is supported by the 12-day jury setting. It is anticipated that, if after investigation, Mr. Sayers determines that he would like to proceed to trial, defense counsel will need additional time to prepare for trial.

Moreover, counsel needs time to re-establish an attorney-client relationship where Mr. Sayers trusts defense counsel.

Additionally, Mr. Sayers is currently incarcerated and housed in Pahrump, Nevada, making communications to prepare for trial difficult. It is anticipated that defense counsel will have to

travel to Nevada numerous times to meet with Mr. Sayers to discuss this matter and prepare for trial.

Finally, Ms. Angelos is scheduled to be out of town September 20, 2023, through October 15, 2023. Ms. Angelos also has a complex fraud trial beginning on November 13, 2023.

Counsel has conferred with Mr. Sayers and explained the need for the continuance, and he agrees that the defense will not be hindered or prejudiced by the delay.

Counsel for the United States, Ruth Hackford Peer and Jacob Strain, have been contacted and do not oppose a continuance.

There are no other defendants in this case.

## **CONCLUSION**

For these reasons, Mr. Sayers asks to continue trial for 120 days. Because the proposed 120-day continuance will allow Mr. Sayers the necessary time to complete the above, the ends of justice are best served by a continuance of the trial date, and the ends of justice outweigh the interest of the public and Mr. Sayers in a speedy trial.

DATED this 15th day of August, 2023.

*/s/ Kristen R. Angelos*
KRISTEN R. ANGELOS
Assistant Federal Public Defender


*/s/ Wojciech Nitecki*
WOJCIECH NITECKI
Assistant Federal Public Defender