TRINA A. HIGGINS, United States Attorney (#7349)
SACHIKO JEPSON, Assistant United States Attorney (#17077)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. CHAD SAYERS, Defendant. | Case No. 2:21-cr-00229 NOTICE OF ENTRY OF APPEARANCE OF COUNSEL Judge David Sam |
|---|---|

Comes now, the United States by and through the undersigned Assistant United States Attorney and Notice is hereby given of the entry of appearance of counsel Sachiko Jepson, Assistant United States Attorney for the United States of America.

DATED this 24th day of October, 2023.

TRINA A. HIGGINS
United States Attorney


*/s/ Sachiko Jepson*
SACHIKO JEPSON
Assistant United States Attorney