KATHRYN N. NESTER (#13967)
WENDY M. LEWIS (#5993)
Attorneys for Defendant
NESTER LEWIS, PLLC
40 South 600 East
Salt Lake City, UT  84102
Phone: (801) 535-4375
Email: kathy@nesterlewis.com
Email: wendy@nesterlewis.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, v. CHAD LEON SAYERS, Defendant. | NOTICE OF APPEARANCE OF COUNSEL Case No. 2:21-cr-00229 Judge: David Sam |
|---|---|

Wendy M. Lewis, of the law firm of Nester Lewis, PLLC, hereby enters appearance as counsel for Defendant Chad Leon Sayers.

Dated December 1, 2023.

By:   */s/ Wendy M. Lewis*
      Wendy M. Lewis
      Attorney for Defendant

1