KATHRYN N. NESTER (#13967)
WENDY M. LEWIS (#5993)
Attorneys for Defendant
NESTER LEWIS, PLLC
40 South 600 East
Salt Lake City, UT  84102
Phone: (801) 535-4375
Email: kathy@nesterlewis.com
Email: wendy@nesterlewis.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD LEON SAYERS,<br><br>Defendant. | NOTICE OF APPEARANCE OF COUNSEL<br><br><br><br>Case No. 2:21-cr-00229<br><br>Judge: David Sam |

Kathryn N. Nester, of the law firm of Nester Lewis, PLLC, hereby enters appearance as counsel for Defendant Chad Leon Sayers.

Dated December 1, 2023.


By:   /s/ Kathryn N. Nester
      Kathryn N. Nester
      Attorney for Defendant

1