KATHRYN N. NESTER (#13967)
WENDY M. LEWIS (#5993)
Attorneys for Defendant
NESTER LEWIS, PLLC
40 South 600 East
Salt Lake City, UT  84102
Phone: (801) 535-4375
Email: kathy@nesterlewis.com
Email: wendy@nesterlewis.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD LEON SAYERS,<br><br>Defendant. | FORMAL REQUEST FOR DISCOVERY UNDER RULE 16 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND FOR *BRADY/GIGLIO* MATERIAL<br><br>Case No. 2:21-cr-00229<br><br>Judge: David Sam |
|---|---|

The defendant, Chad Leon Sayers, by and through counsel, Wendy M. Lewis and Kathryn N. Nester, hereby requests that all discovery be disclosed to the defense.  Mr. Sayer's request is made pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure, the Due Process Clause of the Fifth Amendment of the United States Constitution, as well as *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972).

Dated December 1, 2023.

By:   */s/ Wendy M. Lewis*
      Wendy M. Lewis
      Kathryn N. Nester
      Attorneys for Defendant

1