SCOTT KEITH WILSON, Federal Public Defender (#7347)
KRISTEN R. ANGELOS, Assistant Federal Public Defender (#8314)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email:  kris_angelos@fd.org

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CHAD LEON SAYERS,<br><br>  Defendant. | NOTICE OF WITHDRAWAL<br>OF COUNSEL<br><br>Case No. 2:21-cr-00229 DS |

Kristen R. Angelos and Wojciech NItecki, Assistant Federal Public Defender's, hereby gives notice that they are withdrawing as counsel for the defendant.  Attorney's Wendy Lewis and Kathryn Neal Nester have been retained to represent Mr. Sayers and each filed an Appearance of Counsel on December 1, 2023.  Doc. 81 and Doc. 82.

RESPECTFULLY SUBMITTED this 4th day of December, 2023.

/s/ *Kristen R. Angelos*
KRISTEN R. ANGELOS
Assistant Federal Public Defender


/s/ *Wojciech Nitecki*
WOJCIECH NITECKI
Assistant Federal Public Defender