TRINA A. HIGGINS, United States Attorney (7349)
RUTH HACKFORD-PEER, Assistant United States Attorney (15049)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, Suite 1800 | Salt Lake City, Utah 84111
(801) 524-5682 | travis.elder@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD LEON SAYERS,<br><br>Defendant. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:21-cr-00229-DS<br><br>Senior Judge David Sam |

Travis K. Elder, Assistant United States Attorney, hereby withdraws as counsel for the United States of America. All other attorneys currently representing the United States in this matter shall continue such representation.

Dated: June 27, 2024.

TRINA A. HIGGINS
United States Attorney

*/s/ Travis K. Elder*
TRAVIS K. ELDER
Assistant United States Attorney