FELICE JOHN VITI, Acting United States Attorney (#7007)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHAD LEON SAYERS,<br><br>                Defendant. | Case No. 2:21-cr-00229-DS<br><br>Notice of Substitution of Counsel and Withdrawal of Counsel<br><br>Judge David Sam |

The undersigned, on behalf of the United States of America, hereby provides notice of substitution of counsel: AUSA Jacob Strain should replace Ruth Hackford-Peer as lead counsel on the case, and Ruth Hackford-Peer should be removed from the case as she is no longer in the US Attorney's Office.

Respectfully submitted,

FELICE JOHN VITI
Acting United States Attorney

*/s/ Jacob J. Strain*
JACOB J. STRAIN
Assistant United States Attorney