IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| United States of America, | |
|---|---|
| Plaintiff, | Case No. 2:21-cr-00229-DS-1 |
| vs. | |
| Chad Leon Sayers, | |
| Defendant. | |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney: _____

☒ Party: Chelsea Spencer

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| July 15, 2024 | Sentencing |
| | |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date: June 16, 2025                    Michelle B. Gonsalves
                                        Court Reporter